BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: RETAILER TARIFF LITIGATION

MDL No. __________

SCHEDULE OF ACTIONS

| | **Plaintiff(s)** | **Defendant(s)** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1 | Gayle Brownlee<br>Stacee Severino<br>Ashley Jones<br>Pooja Prakash | Shein US Services, LLC<br>Roadget Business PTE LTD<br>Zoetop Business Co LTD | U.S. District Court, Northern District of California | 3:26-cv-04062 | Judge Trina L Thompson |
| 2 | *In re Sony Interactive Entertainment Tariff Litigation*<br>Amorey Walker<br>Bryce Foster-Quarles<br>Jamal Qureshi | Sony Interactive Entertainment LLC | U.S. District Court, Northern District of California | 3:26-cv-04121 | Judge Charles R. Breyer |
| 3 | Zuania Martínez | Target | U.S. District Court, Middle District of Florida | 3:26-cv-01807 | Judge Marcia Morales Howard |
| 4 | Sharon Lasseter | Amazon.com, Inc. | U.S. District Court, Middle District of Florida | 8:26-cv-02019 | Judge William F. Jung |
| 5 | Matthew Stockov | Costco Wholesale Corporation | U.S. District Court, Northern District of Illinois | 1:26-cv-02734 | Judge Steven C. Seeger |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 6 | Lola Russell | Whaleco Inc. | U.S. District Court, Northern District of Illinois | 1:26-cv-04296 | Judge Sharon Johnson Coleman |
| 7 | Lola Russell | Shein Distribution Corporation<br>Shein US Services, LLC<br>Shein Technology LLC | U.S. District Court, Northern District of Illinois | 1:26-cv-04533 | Judge Joan H. Lefkow |
| 8 | Melanie Mulconrey | The J.M. Smucker Company | U.S. District Court, Northern District of Illinois | 1:26-cv-08832 | Judge Charles P. Kocoras |
| 9 | Daniel Lemense | Puma United North America, LLC | U.S. District Court, District of Massachusetts | 1:26-cv-12654 | Judge Julia E. Kobick |
| 10 | Tonysha Emerson | Amazon.com, Inc.<br>Amazon.com Services LLC | U.S. District Court, Eastern District of Michigan | 2:26-cv-12614 | District Judge Terrence G. Berg |
| 11 | Louis Burgh<br>Christopher Figler<br>Amando Mercado<br>Xochilt Smith<br>Nathan Ward | EssilorLuxottica S.A.<br>Luxottica of America, Inc.<br>Essilor of America, Inc.<br>EssilorLuxottica USA Inc. | U.S. District Court, Eastern District of New York | 1:26-cv-01133 | Judge Ramon E. Reyes Jr. |
| 12 | Miguel Hernandez<br>Jason Schoen | adidas America, Inc. | U.S. District Court, Eastern District of New York | 1:26-cv-02848 | Judge Eric N. Vitaliano |
| 13 | Gregory Rittenhouse | Amazon.com, Inc. | U.S. District Court, Eastern District of New York | 2:26-cv-03392 | Judge Gary R. Brown |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 14 | Don Polistico | Amazon.com, Inc.<br>Amazon.com Services LLC | U.S. District Court, Eastern District of New York | 1:26-cv-04194 | Judge Gary R. Brown |
| 15 | Damany Browne | Target Corporation | U.S. District Court, Eastern District of New York | 1:26-cv-04959 | pending |
| 16 | Lynnea Trocchio | Zara USA, Inc. | U.S. District Court, Southern District of New York | 1:26-cv-05009 | Judge Victor Marrero |
| 17 | Patricia Cavallaro | Target | U.S. District Court, Southern District of New York | 7:26-cv-06165 | Judge Kenneth M. Karas |
| 18 | John Glase<br>Adam Falkner<br>Kristin Falkner<br>Greg Haehn | Walmart Inc. | U.S. District Court, Northern District of Ohio | 1:26-cv-00988 | Judge David A. Ruiz |
| 19 | Parveen Sangha | Amazon.com Inc.<br>Amazon.com Services LLC | U.S. District Court, Northern District of Ohio | 1:26-cv-01777 | Judge Patricia A. Gaughan |
| 20 | Diann Caldwell<br>Phillip Taylor<br>Rachel Bailey<br>Roman Merino<br>Tyranika Johnson<br>Gregory Hoffert<br>Elzey Linder<br>James Dunn<br>Robert White<br>Javier Mancilla<br>Chris Hufana | Nike, Inc. | U.S. District Court, District of Oregon | 3:26-cv-00923 | Judge Karin J. Immergut |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 21 | Amber Downs<br>Dhaman Gill<br>Taje Gill<br>Lakenya Lee<br>Alvyn Hernandez Reyes<br>Sonya Allen<br>Nicole St. George<br>Franklin Chang<br>Carlos Aris<br>Aaron Parisi<br>Paul Quinn<br>Antonio Chaidez<br>Chris Hufana | adidas America, Inc. | U.S. District Court, District of Oregon | 3:26-cv-01008 | Magistrate Judge Jolie A. Russo |
| 22 | Patrick Terrill<br>Brenda Perez<br>Lisa Matthews<br>Gezille Poniente | IKEA North America Services LLC<br>IKEA US Retail LLC<br>Ikea Property, Inc.<br>Ikea Holding US Inc.<br>Ingka Holding Overseas B.V.<br>Ingka Holding B.V.<br>Ingka Procurement LLC<br>Ingka Digital US, LLC<br>Ingka Investments Real Estate US LLC | U.S. District Court, Eastern District of Pennsylvania | 2:26-cv-02774 | Judge Juan R. Sanchez |
| 23 | David Briggs<br>Marcus Carreon<br>Erin Charlton<br>Emily Maldonado<br>Kelsey Morse<br>Ashley Parker<br>Karyn Wygle | Costco Wholesale Corporation | U.S. District Court, Western District of Washington | 2:26-cv-01064 | Judge Jamal N. Whitehead |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 24 | *In re Amazon Tariff Litigation*<br>Lisa Markland<br>Mari Cartagenova<br>Kathleen Holm<br>Jerry Kmiec<br>Jeffrey Price<br>Howard Rosen | Amazon.com Inc. | U.S. District Court, Western District of Washington | 2:26-cv-01670 | Judge Tana Lin |
| 25 | Trevor Hastings | Microsoft Corporation | U.S. District Court, Western District of Washington | 2:26-cv-02537 | Judge Michelle L. Peterson |