BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: RETAILER TARIFF LITIGATION | MDL No. _________ |
|---|---|

AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 20, 2026, copies of the foregoing Motion for Transfer and Centralization, Memorandum in Support of Motion for Transfer and Centralization, Schedule of Actions, and Proof of Service were served on all parties in the following cases as indicated in **Exhibit A**. I further certify that on August 20, 2026, copies of the foregoing Motion for Transfer and Centralization, Memorandum in Support of Motion for Transfer and Centralization, Schedule of Actions, and Proof of Service were served on the clerks of the district courts.

DATED: August 20, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON

*/s/ Stuart A. Davidson*
Stuart A. Davidson

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com

*Attorneys for Plaintiff Don Polistico in Polistico v. Amazon.com, Inc., No. 1:26-cv-04194 (E.D.N.Y.)*

NAPOLI SHKOLNIK
HUNTER J. SHKOLNIK
1302 Avenida Ponce de León
Santurce, PR 00907
Telephone: 787/493-5088
Hunter@nsprlaw.com

NAPOLI SHKOLNIK
SALVATORE C. BADALA
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: 212/397-1000
SBadala@napolilaw.com

NAPOLI SHKOLNIK
SHAYNA E. SACKS
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212/397-1000
SSacks@napolilaw.com

*Attorneys for Plaintiffs Patricia Cavallaro in Cavallaro v. Target Corp., No. 7:26-cv-06165 (S.D.N.Y), Gregory Rittenhouse in Rittenhouse v. Amazon.com, Inc., No. 2:26-cv-03392 (E.D.N.Y.), and Luisa Spadafino in Spadafino v. Amazon.com, Inc., No. 2:26-cv-10023 (D.N.J.)*

FARRELL & FULLER LAW
MICHAEL J. FULLER, JR.
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Telephone: 939/293-8244
mike@farrellfuller.com

*Attorneys for Plaintiffs Tonysha Emerson in Emerson v. Amazon.com, Inc., No. 2:26-cv-12614 (E.D. Mich.), Sharon Lasseter in Lasseter v. Amazon.com, Inc., No. 8:26-cv-02019 (M.D. Fla.), Zuania Martínez in Martinez v. Target Corp., No. 3:26-cv-01807 (M.D. Fla.), and Parveen Sangha in Sangha v. Amazon.com, Inc., 26-cv-01777 (N.D. Ohio)*

# EXHIBIT A

| **1.** *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) | |
|---|---|
| ***Via Email***<br>Yanni Law APC<br>John C. Bohren<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Poulin \| Willey \| Anastopoulo, LLC<br>Paul J. Doolittle<br>Andre Bèlanger<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Ali S. Ahmed, P.C.<br>Salar Ali Ahmed<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh*<br><br>David A. Perez<br>Mallory A. Gitt<br>Shireen Lankarani<br>Melody E. Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>*Counsel for Sony Interactive Entertainment LLC* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 |

| **2.** *Martinez v. Target*, No. 3:26-cv-01807 (M.D. Fla.**)** | |
|---|---|
| ***Via Email***<br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Zuania Martinez* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Middle District of Florida<br>300 North Hogan Street<br>Jacksonville, FL 32202<br><br>Target Corporation<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| **3.** *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.**)** | |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Middle District of Florida<br>801 North Florida Avenue<br>Tampa, FL 33602<br><br>Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501 |
| **4.** *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.**)** | |
| ***Via Email***<br>George A. Zelcs<br>Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Matthew Stockov*<br><br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |

| | |
|---|---|
| Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* | |
| **5.** *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.**)** | |
| ***Via Email***<br>Myles McGuire<br>Evan M. Meyers<br>Joseph Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell*<br><br>Gary Feinerman<br>Alexis Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner<br>Matthew Valenti<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |

<table>
<tr><td>Counsel for Defendant Whaleco Inc.</td><td></td></tr>
<tr><td colspan="2">6. Russell v. Shein Distribution Corporation, No. 1:26-cv-04533 (N.D. Ill.)</td></tr>
<tr><td>Via Email<br>Myles McGuire<br>Evan M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>Counsel for Plaintiff Lola Russell<br><br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary)<br><br>Jason J. Kim<br>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br>Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604</td></tr>
<tr><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="2">7. Mulconrey v. J.M. Smucker Company, No. 1:26-cv-08832 (N.D. Ill.)</td></tr>
<tr><td>Via Email<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Perry<br>Law Offices of Todd M. Friedman, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com<br><br>Counsel for Plaintiff Melanie Mulconrey<br><br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>Counsel for Defendant The J. M. Smucker Company</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604</td></tr>
<tr><td colspan="2">8. Lemense v. Puma United North America, LLC, No. 1:26-cv-12654 (D. Mass.)</td></tr>
<tr><td>Via Email<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court District of Massachusetts<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210</td></tr>
</table>

| | |
|---|---|
| dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense*<br><br>Andrew E Skroback<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com<br><br>Jeffrey B. Margulies<br>Yi E. Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>*Counsel for Defendant Puma United North America, LLC* | Puma North America, Inc.<br>455 Grand Union Boulevard<br>Somerville, MA 02145<br><br>United Legwear Company<br>48 West 38th Street, 3rd Floor<br>New York, NY 10018 |
| **9.** *Emerson v. Amazon.com, Inc.*, No. 2:26-cv-12614 (E.D. Mich.) | |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501 |

| **10.** *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) | |
|---|---|
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501 |
| **11.** *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) | |
| ***Via Email***<br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com<br><br>Tina Wolfson<br>Ahdoot & Wolfson, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br><br>Bradley K. King<br>Ahdoot & Wolfson, PC<br>521 Fifth Avenue, 17th Floor | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

<table>
<tr><td>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith<br><br>Sarah M. Gilbert<br>Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>SGilbert@crowell.com<br><br>Henry W. Leung<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.</td><td></td></tr>
<tr><td colspan="2">12. Hernandez v. Adidas America, Inc., No. 1:26-cv-02848 (E.D.N.Y.)</td></tr>
<tr><td>Via Email<br>Paul J. Doolittle, Esq.<br>Poulin | Willey | Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Michael A. Tompkins, Esq.<br>Jeffrey K. Brown, Esq.<br>Leeds Brown Law, P.C.<br>1 Country Road, Suite 347<br>Carle Place, NY 11514<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br>Counsel for Plaintiffs Miguel Hernandez, Jason Schoen<br><br>Stephen M. Feldman<br>Chad M. Colton</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201</td></tr>
</table>

| | |
|---|---|
| Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant adidas America, Inc.* | |
| **13.** *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.) | |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000 | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of New York<br>100 Federal Plaza<br>Central Islip, NY 11722 |

| | |
|---|---|
| Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **14.** *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) | |
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico*<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| **15.** *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) | |
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720 | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br><br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403 |

| | |
|---|---|
| Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne* | |
| **16.** *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.**)** | |
| ***Via Email***<br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.co<br><br>*Counsel for Plaintiff Lynnea Trocchio*<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Southern District of New York<br>40 Foley Square<br>Manhattan, NY 10007 |
| **17.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.**)** | |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305 | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |

| | |
|---|---|
| Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Patricia Cavallaro*<br><br>Meredith C. Slawe<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br><br>*Counsel for Defendant Target Corporation* | |
| **18.** *Glase v. Walmart Inc.*, No. 1:26-cv-00988 (N.D. Ohio**)** | |
| ***Via Email***<br>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, OH 44113 |

| | |
|---|---|
| Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>*Counsel for Defendant Walmart Inc.* | |
| **19.** *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio) | |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, OH 44113<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501 |
| **20.** *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) | |
| ***Via Email***<br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, District of Oregon<br>1000 Southwest Third Avenue, Suite 740<br>Portland, OR 97204 |

| | |
|---|---|
| brandon@emeryreddy.com<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com<br><br>Zachary P. Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohgelernter Tanner Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*<br><br>B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP<br>760 S.W. Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com | |

| | |
|---|---|
| Anthony A. Todaro<br>DLA Piper LLP US<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com<br><br>Keara Marie Gordon<br>Rachael Kessler<br>Connor Rowinski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com<br><br>*Counsel for Defendant Nike, Inc.* | |
| **21.** *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) | |
| ***Via Email***<br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>J. Gerard Stranch, IV<br>Michael Tackeff<br>Grayson Wells<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>Nathan R. Ring<br>Stranch Jennings & Garvey, PLLC<br>3100 West Charleston, Suite 208<br>Las Vegas, NV 89102<br>lasvegas@stranchlaw.com<br><br>Jason T. Dennett<br>Milberg, PLLC | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, District of Oregon<br>1000 Southwest Third Avenue, Suite 740<br>Portland, OR 97204 |

| | |
|---|---|
| 1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Timothy Emery<br>Brook Garberding<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Jonathan T. Deters<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>jdeters@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>Matthew R. Wilson<br>Jared W. Connors<br>Meyer Wilson Werning Co., LPA<br>305 West Nationwide Boulevard | |

| | |
|---|---|
| Columbus, OH 43215<br>mwilson@meyerwilson.com<br>jconnors@meyerwilson.com<br><br>Brian Levin<br>Levin Law, P.A.<br>2665 South Bayshore Drive, PH2b<br>Miami, FL 33133<br>brian@levinlawpa.com<br><br>*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*<br><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant adidas America, Inc.* | |
| **22.** *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.**)** | |
| ***Via Email***<br>Donald R. Hall<br>Hae Sung Nam<br>Aaron Schwartz<br>Kaplan Fox & Kilsheimer LLP | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of Pennsylvania<br>601 Market Street |

| | |
|---|---|
| 800 Third Avenue, 38th Floor<br>New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Diana J. Zinser<br>William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>Spector Caldes & Corrigan<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br><br>Jonathan Shub<br>Benjamin F. Johns<br>Shub, Johns & Holbrook LLP<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente* | Philadelphia, PA 19106 |

<table>
<tr><td>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC</td><td></td></tr>
<tr><td colspan="2">23. Briggs v. Costco Wholesale Corporation, No. 2:26-cv-01064 (W.D. Wash.)</td></tr>
<tr><td>Via Email<br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, Washington 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101</td></tr>
</table>

| | |
|---|---|
| Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegaf.com<br>dgould@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@fefdmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle*<br><br>Elaine J. Goldenberg<br>Munger Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>Elaine.Goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br><br>Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP | |

<table>
<tr><td>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td><td></td></tr>
<tr><td colspan="2">24. In re Amazon Tariff Litigation, No. 2:26-cv-01670 (W.D. Wash.)</td></tr>
<tr><td>Via Email<br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101</td></tr>
</table>

| | |
|---|---|
| *Jeffrey Price, and Consolidated Plaintiff Howard Rosen*<br><br>Brian D. Buckley<br>Molly A. Terwilliger<br>Tjitske Dekker<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **25.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.**)** | |
| ***Via Email***<br>Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br>*Counsel for Plaintiff Trevor Hastings*<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |

| | |
|---|---|
| Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>*Counsel for Defendant Microsoft Corporation* | |