**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

-------------------------------------------------------

**IN RE RETAILER TARIFF LITIGATION** — **MDL 3202**

-------------------------------------------------------

**SCHEDULE OF ACTIONS**

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Gregory Rittenhouse | Amazon.Com, Inc. | U.S. Dist. Court, E.D. New York | 2:26-cv-03392 | Gary R. Brown |
| **2.** | Luisa Spadafino | Amazon.Com, Inc., Amazon.Com Services LLC | U.S. Dist. Court, D. New Jersey | 2:26-cv-10023 | Michael E. Farbiarz |
| **3.** | Patricia Cavallaro | Target Corporation | U.S. Dist. Court, S.D. New York | 7:26-cv-06165 | Kenneth M. Karas |