BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related action that was filed after the initial motion to transfer in this case:

1. *Richard Meloy v. Home Depot, Inc.*, Northern District of Ohio, No. 1:26-cv-02103 (filed August 31, 2026).

A Schedule of Action is attached to this Notice. A copy of the docket sheet and complaint is attached as Exhibit A to this Notice. The complaint shares common questions of fact and law and is premised on the same core issues as the other actions pending before the JPML, and is therefore a "Related Action" for the purpose of this proceeding.

DATED: September 1, 2026

LAW OFFICE OF GEORGE W. COCHRAN

*s/ George W. Cochran*
GEORGE W. COCHRAN

1981 Crossfield Circle
Kent, Ohio 44240
Telephone: (330) 607-2187
(330) 595-4513 (fax)
lawchrist@gmail.com

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: BLACKBAUD, INC.,<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION | )<br>)<br>)<br>) | MDL No. 2972 |

**SCHEDULE OF ACTION**

| | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>Richard Meloy<br><br>**Defendant:**<br>Home Depot, Inc. | 1:26-cv-02103 | N.D. Ohio | Honorable Chief District Judge Sara Lioi |