**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 2, 2026, I caused the Notice of Appearance to be filed with the Court's CM/ECF system, which sends a service copy to all registered parties in the action at their associated email addresses.

I further caused true and correct copies of the above to be served via U.S. Mail on the following defendant:

HOME DEPOT, INC.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus Oh 43215

**Defendant in Case No. 1:26-cv-02103 (N.D. Ohio)**

LAW OFFICE OF GEORGE W.COCHRAN

*s/ George W. Cochran*

GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, Ohio 44240
Telephone: (330) 607-2187
(330) 595-4513 (fax)
lawchrist@gmail.com