**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 3202
IN RE: RETAILER TARIFF LITIGATION

---

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Lola Russell | Whaleco Inc. | U.S. Dist. Court, N.D. Illinois | 1:26-cv-04296 | Hon. Sharon Johnson Coleman |
| Lola Russell | Shein Distribution Corporation; Shein US Services, LLC; Shein Technology LLC | U.S. Dist. Court, N.D. Illinois | 1:26-cv-04533 | Hon. Joan H. Lefkow |