# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3202 & Title - **IN RE:** Retailer Tariff Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendants. Please see Attachment A

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Lemense v. PUMA United North America, LLC, et al., D. Mass, 1:26-cv-12654-JEK

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

September 2, 2026

Date | Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Jeffrey B. Margulies
NORTON ROSE FULBRIGHT US LLP
555 S. Flower Street, 41st Floor, Los Angeles, California 90071

Telephone No.: (213) 892-9200 Fax No.: (213) 892-9494

Email Address: jeff.margulies@nortonrosefulbright.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**Attachment A**

PUMA NORTH AMERICA, INC.

UNITED LEGWEAR COMPANY, LLC

PUMA UNITED NORTH AMERICA, LLC

**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE RETAILER TARIFF LITIGATION** | MDL No. 3202 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedures of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Appearance was electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on September 2, 2026 through the CM/ECF system which sent notice of electronic filing to all counsel of record who has consented to electronic notification and also served on all parties in the manner set forth in the service list below via e-mail.

Dated: September 2, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES

By *\/s/ Jeffrey B. Margulies*

JEFFREY B. MARGULIES
NORTON ROSE FULBRIGHT US LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Tel: 213-892-9200
Fax: 213-892-9494
jeff.margulies@nortonrosefulbright.com

Attorney for defendants
PUMA UNITED NORTH AMERICA, LLC;
PUMA NORTH AMERICA, INC; AND UNITED
LEGWEAR COMPANY, LLC
(Case No. 1:26-cv-12654)

## SERVICE LIST

**1.** *Severino v. Shein US Services LLC*, No. 3:26-cv-04062 (N.D. Cal.**)**

| | |
|---|---|
| ***Via Email***<br>Alexander E.<br>Wolf Milberg,<br>PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>awolf@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Daniel O. Herrera<br>Christopher P. Dolotosky<br>Cafferty Clobes Meriwether & Springel<br>LLP 135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>dherrera@caffertyclobes.com<br>cdolotosky@caffertyclobes.com<br><br>*Counsel for Plaintiffs Stacee Severino, Gayle Brownlee, Pooja Prakash*<br><br>Tina<br>Wolfson<br>Lisa Cintron<br>Theodore Walter<br>Maya Jeff S.<br>Westerman Ahdoot<br>& Wolfson, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br>lcintron@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489<br><br>Shein Us Services LLC<br>c/o Matthew Marzucco, Registered Agent 2804 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>Roadget Business PTE<br>777 South Alameda Street, 2nd Floor<br>Los Angeles, CA 90021<br><br>***Via International Mail***<br>Zoetop Business CO<br>LTD RM 112 19/F<br>Taikoo Shing 14 Taikoo<br>Wan Road<br>Quarry Bay, Hong Kong SAR |



4932-1050-0040

| | |
|---|---|
| Alexander E.<br>Wolf Milberg,<br>PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>awolf@milberg.com<br><br>*Counsel for Consolidated Plaintiff Ashley Jones* | |
| **2.** *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) | |
| ***Via Email***<br>Yanni Law<br>APC John C.<br>Bohren<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Poulin \| Willey \| Anastopoulo,<br>LLC Paul J. Doolittle<br>Andre<br>Bèlanger 32<br>Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com<br>(secondary)<br><br>Ali S. Ahmed,<br>P.C. Salar Ali<br>Ahmed 430 West<br>Bell Street<br>Houston, TX<br>77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 |

| | |
|---|---|
| David A. Perez<br>Mallory A. Gitt<br>Shireen<br>Lankarani<br>Melody E.<br>Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>*Counsel for Sony Interactive Entertainment LLC* | |
| **3.** *Martinez v. Target*, No. 3:26-cv-01807 (M.D. Fla.**)** | |
| ***Via Email***<br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Zuania Martinez* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Middle District of<br>Florida 300 North Hogan Street<br>Jacksonville, FL 32202<br><br>Target Corporation<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| **4.** *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.**)** | |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Middle District of<br>Florida 801 North Florida Avenue<br>Tampa, FL 33602<br><br>Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-<br>CSCI Tumwater, WA 98501 |

| **5.** *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) | |
|---|---|
| ***Via Email***<br>George A.<br>Zelcs Ryan Z.<br>Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Matthew Stockov*<br><br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L.<br>Bryant Joseph<br>Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn<br>Street Chicago, IL 60604 |
| Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson<br>LLP<br>601 Massachusetts Avenue, Suite<br>500E Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* | |

| **6.** *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.) | |
|---|---|
| ***Via Email***<br>Myles<br>McGuire Evan<br>M. Meyers<br>Joseph<br>Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell*<br><br>Gary<br>Feinerman<br>Alexis<br>Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner<br>Matthew<br>Valenti<br>Latham & Watkins LLP<br>1271 Avenue of the<br>Americas New York, NY<br>10020 serrin.turner@lw.com<br>matthew.valenti@lw.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District<br>of Illinois<br>219 South Dearborn<br>Street Chicago, IL 60604 |

| | |
|---|---|
| *Counsel for Defendant Whaleco Inc.* | |
| **7.** *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.**)** | |
| ***Via Email***<br>Myles<br>McGuire Evan<br>M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell*<br><br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com<br>(secondary)<br><br>Jason J. Kim<br>Carlos A.<br>Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn<br>Street Chicago, IL 60604 |

<table>
<tr><td>Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC</td><td></td></tr>
<tr><td></td><td></td></tr>
<tr><td colspan="2">8. Mulconrey v. J.M. Smucker Company, No. 1:26-cv-08832 (N.D. Ill.)</td></tr>
<tr><td>Via Email<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman,<br>P.C. 23586 Calabasas Road, Suite<br>105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Perry<br>Law Offices of Todd M. Friedman,<br>P.C. 555 Skokie Boulevard, Suite<br>500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com<br><br>Counsel for Plaintiff Melanie Mulconrey<br><br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle<br>Drive Chicago, IL<br>60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor<br>LLP 200 Park<br>Avenue New York,<br>NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter<br>Robinson Winston<br>Taylor LLP<br>2121 North Pearl Street, Suite 900</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Northern District<br>of Illinois<br>219 South Dearborn<br>Street Chicago, IL 60604</td></tr>
</table>

| | |
|---|---|
| Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>*Counsel for Defendant The J. M. Smucker Company* | |
| **9.** *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) | |
| ***Via Email***<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd<br>Floor Boston, MA 02110 | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court District of<br>Massachusetts 1 Courthouse Way, Suite<br>2300<br>Boston, MA 02210 |

| | |
|---|---|
| dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense*<br><br>Andrew E Skroback<br>Norton Rose Fulbright US<br>LLP 1301 Avenue of the<br>Americas New York, NY<br>10019<br>andrew.skroback@nortonrosefulbright.com<br><br>Jeffrey B.<br>Margulies Yi E.<br>Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st<br>Floor Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.c<br>om<br>eva.yang@nortonrosefulbright.com<br><br>*Counsel for Defendant Puma United North America, LLC* | Puma North America, Inc.<br>455 Grand Union<br>Boulevard Somerville, MA<br>02145<br><br>United Legwear Company<br>48 West 38th Street, 3rd<br>Floor New York, NY 10018 |
| **10.** *Emerson v. Amazon.com, Inc.*, No. 2:26-cv-12614 (E.D. Mich.**)** | |

<table>
<tr>
<td>Via Email<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Tonysha Emerson</td>
<td>Via First-Class Mail<br>Clerk<br>U.S. District Court, Eastern District<br>of Michigan<br>231 West Lafayette<br>Boulevard Detroit, MI 48226<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-<br>CSCI Tumwater, WA 98501</td>
</tr>
</table>

<table>
<tr><td colspan="2">11. Spadafino v. Amazon.com, Inc., No. 2:26-cv-10023 (D.N.J.)</td></tr>
<tr><td>Via Email<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Tonysha Emerson</td><td>Via First-Class Mail<br>Clerk<br>U.S. District Court, District of New<br>Jersey 50 Walnut Street<br>Newark, NJ 07102<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-<br>CSCI Tumwater, WA 98501</td></tr>
<tr><td colspan="2">12. Burgh v. EssilorLuxottica S.A., No. 1:26-cv-01133 (E.D.N.Y.)</td></tr>
</table>

| *Via Email* | *Via First-Class Mail* |
| --- | --- |
| Raphael<br>Janove Janove<br>PLLC<br>500 7th Avenue, 8th<br>Floor New York, NY<br>10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R.<br>Toomajian Michael<br>J. Laird Katja D.<br>Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com<br><br>Tina Wolfson<br>Ahdoot & Wolfson, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br><br>Bradley K. King<br>Ahdoot & Wolfson,<br>PC<br>521 Fifth Avenue, 17th Floor | Clerk<br>U.S. District Court, Eastern District of New<br>York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

| | |
|---|---|
| New York, NY 10175<br>bking@ahdootwolfson.com<br><br>*Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith*<br><br>Sarah M. Gilbert<br>Crowell & Moring<br>LLP Two Manhattan<br>West 375 Ninth<br>Avenue New York,<br>NY 10001<br>SGilbert@crowell.co<br>m<br><br>Henry W. Leung<br>Crowell & Moring<br>LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>*Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.* | |
| **13.** *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.) | |

| ***Via Email*** | ***Via First-Class Mail*** |
|---|---|
| Paul J. Doolittle, Esq.<br>Poulin \| Willey \| Anastopoulo,<br>LLC 32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com<br>(secondary)<br><br>Michael A. Tompkins, Esq.<br>Jeffrey K. Brown, Esq.<br>Leeds Brown Law, P.C.<br>1 Country Road, Suite<br>347 Carle Place, NY<br>11514<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br>*Counsel for Plaintiffs Miguel Hernandez, Jason Schoen*<br><br>Stephen M. Feldman<br>Chad M. Colton | Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

| | |
|---|---|
| Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth<br>Floor Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.co<br>m Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve<br>O'Connor Elliot<br>Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton<br>LLP 66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant adidas America, Inc.* | |
| **14.** *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.**)** | |

| *Via Email* | *Via First-Class Mail* |
| --- | --- |
| Hunter J.<br>Shkolnik Napoli<br>Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000 | Clerk<br>U.S. District Court, Eastern District of New York<br>100 Federal Plaza<br>Central Islip, NY<br>11722 |

| | |
|---|---|
| Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **15.** *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) | |
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd<br>LLP 58 South Service Road, Suite<br>200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd<br>LLP 225 NE Mizner Boulevard,<br>Suite 720 Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico*<br><br>Grant<br>MacQueen<br>Matthew<br>Cooper<br>Morgan, Lewis & Bockius<br>LLP 101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| **16.** *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) | |

| *Via Email* | *Via First-Class Mail* |
|---|---|
| David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP 58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP 225 NE Mizner Boulevard, Suite 720 | Clerk<br>U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br><br>Target Corporation 1000 Nicollet Mall<br>Minneapolis, MN 55403 |



4932-1050-0040

| | |
|---|---|
| Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne* | |
| **17.** *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) | |
| ***Via Email***<br>Innessa M. Huot<br>Faruqi & Faruqi,<br>LLP<br>685 Third Avenue, 26th<br>Floor New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras,<br>LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.co<br><br>*Counsel for Plaintiff Lynnea Trocchio*<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite<br>1200N Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Southern District of<br>New York<br>40 Foley Square<br>Manhattan, NY 10007 |
| **18.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.) | |

| | |
|---|---|
| ***Via Email***<br>Hunter J.<br>Shkolnik Napoli<br>Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305 | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |

| | |
|---|---|
| Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Patricia Cavallaro*<br><br>Meredith C. Slawe<br>Skadden, Arps, Slate, Meagher & Flom<br>LLP One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br><br>*Counsel for Defendant Target Corporation* | |
| **19.** *Glase v. Walmart Inc.*, No. 1:26-cv-00988 (N.D. Ohio**)** | |

| | |
|---|---|
| ***Via Email***<br>Thomas J. Connick<br>Theodore M. Dunn,<br>Jr. Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-<br>law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas,<br>LLC 101 Canton Central Plaza,<br>Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH<br>44122<br>edward@edwcochran.co<br>m<br><br>*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of<br>Ohio 801 West Superior Avenue<br>Cleveland, OH 44113 |

| | |
|---|---|
| Rebecca C. Lutzko<br>Madison J.<br>Kaufmann Baker &<br>Hostetler LLP Key<br>Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>*Counsel for Defendant Walmart Inc.* | |
| **20.** *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio**)** | |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha* | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Northern District of<br>Ohio 801 West Superior Avenue<br>Cleveland, OH 44113<br><br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-<br>CSCI Tumwater, WA 98501 |
| **21.** *Caldwell v. Nike, Inc*., No. 3:26-cv-00923 (D. Or.**)** | |

| *Via Email* | *Via First-Class Mail* |
|---|---|
| Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory<br>Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com | Clerk<br>U.S. District Court, District of Oregon<br>1000 Southwest Third Avenue, Suite<br>740<br>Portland, OR 97204 |

| | |
|---|---|
| brandon@emeryreddy.com<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Terence R.<br>Coates Dylan J.<br>Gould<br>Markovits, Stock & Demarco,<br>LLC 119 East Court Street, Suite<br>530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com<br><br>Zachary P. Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohgelernter Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*<br><br>B. John Casey<br>Rachel C. Lee | |

| | |
|---|---|
| Stoel Rives LLP<br>760 S.W. Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com | |

| | |
|---|---|
| Anthony A.<br>Todaro DLA<br>Piper LLP US<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com<br><br>Keara Marie<br>Gordon Rachael<br>Kessler Connor<br>Rowinski DLA<br>Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com<br><br>*Counsel for Defendant Nike, Inc.* | |
| **22.** *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.**)** | |

| ***Via Email*** | ***Via First-Class Mail*** |
| --- | --- |
| Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>J. Gerard Stranch, IV<br>Michael Tackeff<br>Grayson Wells<br>Stranch, Jennings & Garvey, PLLC 223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203 gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>Nathan R. Ring<br>Stranch Jennings & Garvey, PLLC 3100 West Charleston, Suite 208 Las Vegas, NV 89102<br>lasvegas@stranchlaw.com<br><br>Jason T. Dennett<br>Milberg, PLLC | Clerk<br>U.S. District Court, District of Oregon<br>1000 Southwest Third Avenue, Suite 740<br>Portland, OR 97204 |

| | |
|---|---|
| 1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>M. Anderson Berry<br>Gregory<br>Haroutunian<br>Timothy Emery<br>Brook Garberding<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R.<br>Coates Jonathan<br>T. Deters<br>Markovits, Stock & Demarco,<br>LLC 119 East Court Street, Suite<br>530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>jdeters@msdlegal.com<br><br>Zachary<br>Arbitman Nicole<br>A. Maruzzi<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103 | |

| | |
|---|---|
| zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>Matthew R. Wilson<br>Jared W. Connors<br>Meyer Wilson Werning Co.,<br>LPA 305 West Nationwide<br>Boulevard | |

| | |
|---|---|
| Columbus, OH 43215<br>mwilson@meyerwilson.com<br>jconnors@meyerwilson.com<br><br>Brian Levin<br>Levin Law,<br>P.A.<br>2665 South Bayshore Drive, PH2b<br>Miami, FL 33133<br>brian@levinlawpa.com<br><br>*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*<br><br>Stephen M.<br>Feldman Chad M.<br>Colton Kayla L.<br>Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth<br>Floor Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.co<br>m Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve<br>O'Connor Elliot<br>Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton<br>LLP 66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant adidas America, Inc.* | |

| **23.** *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.**)** | |
|---|---|
| ***Via Email***<br>Donald R. Hall<br>Hae Sung Nam<br>Aaron<br>Schwartz<br>Kaplan Fox & Kilsheimer LLP | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Eastern District<br>of Pennsylvania<br>601 Market Street |

| | |
|---|---|
| 800 Third Avenue, 38th<br>Floor New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Diana J. Zinser<br>William G.<br>Caldes Jeffrey J.<br>Corrigan Jeffrey<br>L. Spector<br>Spector Caldes & Corrigan<br>2001 Market Street, Suite<br>3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br><br>Jonathan Shub<br>Benjamin F.<br>Johns<br>Shub, Johns & Holbrook<br>LLP Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs- | Philadelphia, PA 19106 |

| | |
|---|---|
| legal.com tnaylor@gs-legal.com<br><br>*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente* | |

| | |
|---|---|
| Marcel S. Pratt<br>Facundo<br>Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr<br>LLP<br>71 Stevenson Street, Suite<br>400 San Francisco, CA<br>94105<br>brooksm@ballardspahr.com<br><br>*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* | |
| **24.** *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.**)** | |

| | |
|---|---|
| ***Via Email***<br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory<br>Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, Washington 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Western District<br>of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |

| | |
|---|---|
| Terence R.<br>Coates Dylan J.<br>Gould<br>Markovits, Stock & DeMarco,<br>LLC 119 East Court Street, Suite<br>530<br>Cincinnati, OH 45202<br>tcoates@msdlegaf.com<br>dgould@msdlegal.com<br><br>Zachary<br>Arbitman Nicole<br>A. Maruzzi<br>Feldman Shepherd Wohlgelernt<br>Tanner Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@fefdmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle*<br><br>Elaine J. Goldenberg<br>Munger Tolles & Olson<br>LLP<br>601 Massachusetts Avenue NW, Suite<br>500E Washington, DC 20001<br>Elaine.Goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com | |

| | |
|---|---|
| Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th<br>Floor San Francisco, CA<br>94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US<br>LLP | |

| | |
|---|---|
| 1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* | |
| **25.** *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.**)** | |
| ***Via Email***<br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro<br>LLP 301 North Lake Avenue,<br>Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite<br>2410 Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com | ***Via First-Class Mail***<br>Clerk<br>U.S. District Court, Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |

| | |
|---|---|
| *Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec* | |

| | |
|---|---|
| *Jeffrey Price, and Consolidated Plaintiff Howard Rosen*<br><br>Brian D. Buckley<br>Molly A.<br>Terwilliger Tjitske<br>Dekker<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **26.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) | |

| ***Via Email*** | ***Via First-Class Mail*** |
| --- | --- |
| Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch,<br>IV Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br>*Counsel for Plaintiff Trevor Hastings*<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite<br>3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com | Clerk<br>U.S. District Court, Western District<br>of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |

| | |
|---|---|
| Laura Flahive<br>Wu Maeve<br>McBride Nathan<br>Lange Valerie<br>Hletko<br>Covington & Burling<br>LLP One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>*Counsel for Defendant Microsoft Corporation* | |
| Stuart A. Davidson<br>Robbins Geller Rudman & Down LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico in Polistico v. Amazon.com, Inc., No. 1:26-cv-04194 (E.D.N.Y.)* | |
| Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Naploi Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com | |

| | |
|---|---|
| *Counsel for Plaintiffs Patricia Cavallaro in Cacallaro v. Target Corp., No. 7:26-cv-06165 (S.D.N.Y), Gregory Rittenhouse in Rittenhouse v. Amazon.com, Inc., No. 2:26-cv-03392 (E.D.N.Y.) and Luisa Spadafino in Spadafino v. Amazon.com, Inc., No. 2:26-cv-10023 (D.N.J.)* | |
| Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiffs Tonysha Emerson in Emerson v. Amazon.com, Inc., No. 2:26-cv-12614 (E.D. Mich.), Sharon Lasseter in Lasseter v. Amazon.com, Inc., No. 8:26-cv-02019 (M.D. Fla), Zuania Martinez in Martinez v. Target Corp., No. 3:26-cv-01807 (M.D. Fla) and Parveen Sangha in Sangha v. Amazon.com, Inc., 26-cv-01777 (N.D. Ohioo)* | |