**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**SCHEDULE OF ACTIONS**

| # | Case Caption | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **1** | **Plaintiff:**<br>Zuania Martinez<br><br>**Defendant:**<br>Target Corporation | M.D. Fla. | 3:26-cv-01807 | Judge Marcia Morales Howard |
| **2** | **Plaintiff:**<br>Patricia Cavallaro<br><br>**Defendant:**<br>Target Corporation | S.D.N.Y. | 7:26-cv-06165 | Judge Kenneth M. Karas |
| **3** | **Plaintiff:**<br>Damany Browne<br><br>**Defendant:**<br>Target Corporation | E.D.N.Y. | 1:26-cv-04959 | Judge Pamela K. Chen |