**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 3, 2026, I electronically filed a copy of the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with ECF.

I further certify that on September 3, 2026, I caused to be served a true and correct copy of the Corporate Disclosure Statement on the following parties as indicated in **Exhibit A**.

Dated: September 3, 2026

Respectfully Submitted,

/s/ John H. Beisner
John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7410
Fax: (202) 661-8301
Email: john.beisner@skadden.com

Michael W. McTigue Jr.
Meredith C. Slawe
Shaud G. Tavakoli
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
Email: michael.mctigue@skadden.com
Email: meredith.slawe@skadden.com
Email: shaud.tavakoli@skadden.com

*Attorneys for Defendant Target Corporation in Martinez v. Target Corp., No. 3:26-cv-01807 (M.D. Fla.); Cavallaro v. Target Corp., No. 7:26-cv-06165 (S.D.N.Y.); and Browne v. Target Corp., No. 1:26-cv-04959 (E.D.N.Y.)*

**EXHIBIT A**

<table>
<tr><th colspan="2">1. In re Sony Interactive Entertainment Tariff Litigation, No. 3:26-cv-04121 (N.D. Cal.)</th></tr>
<tr><td><u>Via Email</u><br><br>John Christian Bohren<br>Yanni Law APC<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>yanni@bohrenlaw.com<br><br>Andre Robert Belanger<br>Paul Doolittle<br>Poulin Willey Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>andre.belanger@poulinwilley.com<br>paul.doolittle@poulinwilley.com<br><br>Salar Ali Ahmed<br>Ali S. Ahmed PC<br>430 W. Bell St.<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Qureshi</td><td><u>Via Email</u><br><br>David A. Perez<br>Mallory Anne Gitt<br>Shireen Lankarani<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br><br>Melody Ellen Wong<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>melodywong@mofo.com<br><br>Counsel for Defendant Sony Interactive Entertainment LLC</td></tr>
<tr><th colspan="2">2. Martinez v. Target Corporation, No. 3:26-cv-01807 (M.D. Fla.)</th></tr>
<tr><td><u>Via Email</u><br><br>Michael Jay Fuller, Jr.<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Zuania Martinez</td><td></td></tr>
<tr><th colspan="2">3. Lasseter v. Amazon.com, Inc., No. 8:26-cv-02019 (M.D. Fla.)</th></tr>
<tr><td><u>Via Email</u><br><br>Michael Jay Fuller, Jr.</td><td><u>Via Email</u><br><br>Brian David Buckley</td></tr>
</table>

<table>
<tr><td>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Sharon Lasseter</td><td>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Mark Vincent Donatiello<br>Morgan Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>mark.donatiello@morganlewis.com<br><br>Counsel for Defendant Amazon.com, Inc.</td></tr>
<tr><td colspan="2">4. Stockov v. Costco Wholesale Corporation, No. 1:26-cv-02734 (N.D. Ill.)</td></tr>
<tr><td><u>Via Email</u><br><br>Ryan Z. Cortazar<br>George A. Zelcs<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>rcortazar@koreintillery.com<br>gzelcs@koreintillery.com<br><br>Counsel for Plaintiff Matthew Stockov</td><td><u>Via Email</u><br><br>Brad Dennis Brian<br>Carl Hao Jiang<br>Jennifer Bryant<br>Joseph Donald Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Carl.Jiang@mto.com<br>Jennifer.Bryant@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>Christopher B. Wilson<br>Spencer A. Gottlieb<br>Perkins Coie LLC<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606-1511<br>cwilson@perkinscoie.com<br>sgottlieb@perkinscoie.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td></tr>
</table>

| **5. *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.)** | |
|---|---|
| **Via Email**<br><br>Joseph Dunklin<br>Myles P. McGuire<br>Evan Meyers<br>McGuire Law, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br><br>***Counsel for Plaintiff Lola Russell*** | **Via Email**<br><br>Gary Feinerman<br>Alexis M. Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Matthew P. Valenti<br>Serrin Turner<br>Latham & Watkins, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>***Counsel for Defendant Whaleco Inc.*** |
| **6. *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.)** | |
| **Via Email**<br><br>Joseph Dunklin<br>Evan M. Meyers<br>Myles P. McGuire<br>McGuire Law, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>emeyers@mcgpc.com<br>mmcguire@mcgpc.com<br><br>***Counsel for Plaintiff Lola Russell*** | **Via Email**<br><br>Robert Andrew Chapman<br>Shannon Therese Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br><br>Carlos Aaron Nevarez<br>Jason Jonathan Kim<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>cnevarez@hunton.com<br>kimj@Hunton.com<br><br>Jamie Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue, Suite 2400<br>Miami, FL 33131 |

| | |
|---|---|
| | jisani@hunton.com<br><br>***Counsel for Defendants Shein Distribution Corporation, Shein US Services, LLC, and Shein Technology LLC*** |
| **7. *Mulconrey v. J.M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.)** | |
| **Via Email**<br><br>Steven Gene Perry<br>Law Offices of Todd M. Friedman P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>steven.perry@toddflaw.com<br><br>Todd M. Friedman<br>Law Offices of Todd M. Friedman P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>***Counsel for Plaintiff Melanie Mulconrey*** | **Via Email**<br><br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 N. LaSalle Drive, Suite 4400<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 Norther Pearl Street<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>***Counsel for Defendant The J. M. Smucker Company*** |
| **8. *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.)** | |
| **Via Email**<br><br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>aheldut@mcgpc.com<br><br>David Pastor<br>Pastor Law Office, LLP<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com | **Via Email**<br><br>Andrew E. Skroback<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com<br><br>Jeffrey B. Margulies<br>Yi E. Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071 |

| | |
|---|---|
| ***Counsel for Plaintiff Daniel Lemense*** | jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>***Counsel for Defendants Puma United North America, LLC, United Legwear Company, LLC, and Puma North America, Inc.*** |
| **9. *Emerson v. Amazon.com, Inc*., No. 2:26-cv-12614 (E.D. Mich.)** | |
| **Via Email**<br><br>Michael Jay Fuller, Jr.<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>***Counsel for Plaintiff Tonysha Emerson*** | **Via Email**<br><br>Brian David Buckley<br>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Mohamed M. Awan<br>Morgan Lewis & Bockius LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>mohamed.awan@morganlewis.com<br><br>***Counsel for Defendants Amazon.com Inc. and Amazon.com Services LLC*** |
| **10. *Spadafino v. Amazon.com, Inc*., No. 2:26-cv-10023 (D.N.J.)** | |
| **Via Email**<br><br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avendia Ponce de Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore Charles Badala<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 350<br>Melville, NY 11747<br>sbadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017 | **Via Email**<br><br>Brian David Buckley<br>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Mark Vincent Donatiello<br>Morgan Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>mark.donatiello@morganlewis.com<br><br>***Counsel for Defendants Amazon.com Inc. and Amazon.com Services LLC*** |

<table>
<tr><td>ssacks@napolilaw.com<br><br>Counsel for Plaintiff Luisa Spadafino</td><td></td></tr>
<tr><td colspan="2">11. Burgh v. EssilorLuxottica S.A., No. 1:26-cv-01133 (E.D.N.Y.)</td></tr>
<tr><td><u>Via Email</u><br><br>Charles R. Toomajian, III<br>June P. Hoidal<br>Katja Lange<br>Michael J. Laird<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>charles.toomajian@zimmreed.com<br>june.hoidal@zimmreed.com<br>katja.lange@zimmreed.com<br>michael.laird@zimmreed.com<br><br>Raphael Janove<br>Janove PLLC<br>115 Broadway, 5th Floor<br>New York, NY 10006<br>raphael@janove.law<br><br>Bradley Keith King<br>Ahdoot & Wolfson, PC<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>Tina Wolfson<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Ave, Suite 500<br>Burbank, CA 90069<br>twolfson@ahdootwolfson.com<br><br>Counsel for Plaintiffs Amando Mercado, Louis Burgh, Christopher Figler, and Xochilt Smith</td><td><u>Via Email</u><br><br>Henry W. Leung<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>Sarah Michelle Gilbert<br>Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>sgilbert@crowell.com<br><br>Counsel for Defendants EssilorLuxottica S.A., Luxottica of America, Inc., Essilor of America, Inc., and EssilorLuxottica USA Inc.</td></tr>
<tr><td colspan="2">12. Hernandez v. Adidas America, Inc., No. 1:26-cv-02848 (E.D.N.Y.)</td></tr>
<tr><td><u>Via Email</u></td><td><u>Via Email</u></td></tr>
</table>

| | |
|---|---|
| Anthony Alesandro<br>Michael Tompkins<br>Jeffrey Kevin Brown<br>Leeds Brown Law P.C.<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>aalesandro@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br><br>Paul Doolittle<br>Poulin Willey Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br><br>***Counsel for Plaintiffs Miguel Hernandez and Jason Schoen*** | Maeve L. O'Connor<br>Brandon Fetzer<br>Elliot Greenfield<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>bfetzer@debevoise.com<br>egreenfield@debevoise.com<br><br>Chad M. Colton<br>Kayla L. Lindgren<br>Stephen Feldman<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR 97209-4128<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br>Stephen.Feldman@ashurstperkins.com<br><br>***Counsel for Defendant Adidas America, Inc.*** |
| **13. *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.)** | |
| **Via Email**<br><br>Salvatore C. Badala<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>sbadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Skolnik LLP<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>ssacks@napolilaw.com<br><br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>NS PR Law Services LLC<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com | **Via Email**<br><br>Brian David Buckley<br>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>***Counsel for Defendant Amazon.com, Inc.*** |

| | |
|---|---|
| ***Counsel for Plaintiff Gregory Rittenhouse*** | |
| **14. *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.)** | |
| **<u>Via Email</u>**<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>***Counsel for Plaintiff Don Polistico*** | **<u>Via Email</u>**<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>***Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*** |
| **15. *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.)** | |
| **<u>Via Email</u>**<br><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>***Counsel for Plaintiff Damany Browne*** | |
| **16. *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.)** | |
| **<u>Via Email</u>**<br><br>Danielle Sweet<br>James B. Zouras<br>Ryan F. Stephan<br>Stephan Zouras, LLC | **<u>Via Email</u>**<br><br>Christopher Chorba<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90067-4700 |

| | |
|---|---|
| 222 W. Adams Street, Suite 2020<br>Chicago, IL 60606<br>dsweet@stephanzouras.com<br>jzouras@stephanzouras.com<br>rstephan@stephanzouras.com<br><br>Innessa Melamed Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>***Counsel for Plaintiff Lynnea Trocchio*** | cchorba@gibsondunn.com<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067-4700<br>jlondon@gibsondunn.com<br><br>Judson Owen Littleton<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street, N.W.<br>Washington, DC 20036-4504<br>jlittleton@gibsondunn.com<br><br>***Counsel for Defendant Zara USA, Inc.*** |
| **17. *Cavallaro v. Target Corporation*, No. 7:26-cv-06165 (S.D.N.Y.)** | |
| **Via Email**<br><br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>NS PR Law Services LLC<br>1302 Avendia Ponce de Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore Charles Badala<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 350<br>Melville, NY 11747<br>sbadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>ssacks@napolilaw.com<br><br>***Counsel for Plaintiff Patricia Cavallaro*** | |
| **18. *Glase v. Walmart Inc.*, No. 1:26-cv-00988 (N.D. Ohio)** | |
| **Via Email**<br><br>Edward W. Cochran | **Via Email**<br><br>Carolyn A. DeLone |

| | |
|---|---|
| 20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edwardcochran@wowway.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely & Lucas<br>101 Central Plaza, South, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br><br>Kevin Kozak<br>Theodore M. Dunn, Jr.<br>Thomas J. Connick<br>Schneider Bell LLP<br>1375 East Ninth Street, Suite 900<br>Cleveland, OH 44114<br>kkozak@mysblaw.com<br>tdunn@mysblaw.com<br>tconnick@sssb-law.com<br><br>***Counsel for Plaintiffs John Glase and Greg Haehn*** | Rebecca Wilton<br>Hogan Lovells Cadwalader<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hoganlovells.com<br><br>Katherine B. Wellington<br>Hogan Lovells Cadwalader<br>125 High Street, Suite 2010<br>Boston, MA 02110<br>katherine.wellington@hoganlovells.com<br><br>Madison J. Kaufmann<br>Rebecca Chattin Lutzko<br>Baker & Hostetler<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>mkaufmann@bakerlaw.com<br>rlutzko@bakerlaw.com<br><br>***Counsel for Defendant Walmart Inc.*** |
| **19. *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio)** | |
| **Via Email**<br><br>Michael Jay Fuller, Jr.<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>***Counsel for Plaintiff Parveen Sangha*** | **Via Email**<br><br>Daniel M. Finer<br>Segal McCambridge Singer & Mahoney Ltd.<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606-6366<br>dfiner@smsm.com<br><br>***Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*** |
| **20. *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)** | |
| **Via Email**<br><br>Gregory Haroutunian<br>Brandon P. Jack<br>Brook Garberding<br>Timothy W. Emery<br>M. Anderson Berry | **Via Email**<br><br>Anthony A. Todaro<br>DLA Piper LLP<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com |

| | |
|---|---|
| Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>gregory@emeryreddy.com<br>anderson@emeryreddy.com<br>brandon@emeryreddy.com<br>brook@emeryreddy.com<br>emeryt@emeryreddy.com<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Jennifer Rust Murray<br>Terrell Marshall Law Group PLLC<br>1700 Westlake Avenue North, Suite 300<br>Seattle, WA 98109<br>jmurray@terrellmarshall.com<br><br>Kaleigh Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>Nicole Maruzzi<br>Zachary P. Arbitman<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock Dodig LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>nmaruzzi@feldmanshepherd.com<br>zarbitman@feldmanshepherd.com<br><br>Dylan James Gould<br>Terence R. Coates<br>Markovits, Stock & DeMarco LLC<br>119 E. Court Street, Suite 530<br>Cincinnati, OH 45202<br>dgould@msdlegal.com<br>tcoates@msdlegal.com<br><br>Gary M. Klinger<br>Milberg PLLC | B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com<br><br>Connor Rowinski<br>Keara M. Gordon<br>Rachael Kessler<br>DLA Piper LLP<br>1251 Avenue of the Americas<br>New York, NY 98102<br>connor.rowinski@us.dlapiper.com<br>keara.gordon@dlapiper.com<br>rachael.kessler@dlapiper.com<br><br>***Counsel for Defendant Nike, Inc.*** |

<table>
<tr><td>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, and James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana</td><td></td></tr>
<tr><td colspan="2">21. Downs v. Adidas America, Inc., No. 3:26-cv-01008 (D. Or.)</td></tr>
<tr><td><u>Via Email</u><br><br>Brian Levin<br>Levin Law, P.A.<br>2665 South Bayshore Drive, PH2B<br>Miami, FL 33133<br>brian@levinlawpa.com<br><br>J. Gerard Stranch, IV<br>Michael C. Tackeff<br>Grayson Wells<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>mtackeff@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Kaleigh Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>Nathan R. Ring<br>Reese Ring Velto PLLC<br>3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102<br>nathan@rrvlawyers.com<br><br>Jonathan T. Deters<br>Terence R. Coates<br>Markovits, Stock & DeMarco LLC</td><td><u>Via Email</u><br><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR 97209-4128<br>stephen.feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Brandon Fetzer<br>Elliot Greenfield<br>Maeve O'Connor<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>bfetzer@debevoise.com<br>egreenfield@debevoise.com<br>mloconnor@debevoise.com<br><br>Counsel for Defendant Adidas America, Inc.</td></tr>
</table>

| | |
|---|---|
| 119 E. Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>jdeters@msdlegal.com<br><br>Brandon P. Jack<br>Brook Garberding<br>Timothy W. Emery<br>Gregory Haroutunian<br>M. Anderson Berry<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>brandon@emeryreddy.com<br>brook@emeryreddy.com<br>emeryt@emeryreddy.com<br>gregory@emeryreddy.com<br>anderson@emeryreddy.com<br><br>Gary M. Klinger<br>Milberg PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Jared William Connors<br>Matthew Ryan Wilson<br>Meyer Wilson Werning Co., LPA<br>305 W. Nationwide Boulevard<br>Columbus, OH 43215<br>jconnors@meyerwilson.com<br>mwilson@meyerwilson.com<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Nicole Maruzzi<br>Zachary P. Arbitman<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock Dodig LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>nmaruzzi@feldmanshepherd.com | |

<table>
<tr><td>zarbitman@feldmanshepherd.com<br><br>Counsel for Plaintiffs Amber Downs, Dhaman Gill, Lakenya Lee, Alvyn Hernandez Reyes, Sonya Allen, Taje Gill, Nicole St. George, Franklin Chang, Carlos Aris, Aaron Parisi, Paul Quinn, Antonio Chaidez, and Chris Hufana</td><td></td></tr>
<tr><td colspan="2">22. Terrill v. IKEA North America Services LLC, No. 2:26-cv-02774 (E.D. Pa.)</td></tr>
<tr><td><u>Via Email</u><br><br>Clara Abramson<br>Aaron L. Schwartz<br>Donald R. Hall<br>Matthew Lindenmuth<br>Hae Sung Nam<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Ave, 38th Floor<br>New York, NY 10022<br>CAbramson@kaplanfox.com<br>aschwartz@kaplanfox.com<br>dhall@kaplanfox.com<br>MLindenmuth@kaplanfox.com<br>hnam@kaplanfox.com<br><br>Jeffrey S. Goldenberg<br>Todd Naylor<br>Goldenberg Schneider<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>Benjamin F. Johns<br>Jonathan Shub<br>Shub Johns & Holbrook LLP<br>Four Tower Bridge<br>200 Barr Harbor Dr., Suite 400<br>Conshohocken, PA 19428<br>bjohns@shublawyers.com<br>jshub@shublawyers.com<br><br>Diana J. Zinser<br>Jeffrey J. Corrigan</td><td><u>Via Email</u><br><br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, and INGKA Investments Real Estate US LLC</td></tr>
</table>

| | |
|---|---|
| Jeffrey L. Spector<br>William Gerald Caldes<br>Spector Caldes & Corrigan, PC<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br>bcaldes@scc.law<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>***Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, and Gezille Pontiente*** | |
| **23. *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.)** | |
| **Via Email**<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Brook Garberding<br>Timothy Emery<br>Brandon P. Jack<br>Gregory Haroutunian<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, Washington 98101<br>anderson@emeryreddy.com<br>brook@emeryreddy.com<br>emeryt@emeryreddy.com<br>brandon@emeryreddy.com<br>gregory@emeryreddy.com<br><br>Zachary Arbitman<br>George A. Donnelly, IV | **Via Email**<br><br>Alexis D. Campbell<br>Brad Dennis Brian<br>Jennifer Bryant<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br><br>Andrew Nguyen<br>Munger, Tolles & Olson LLP<br>560 Mission St, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Elaine Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 500 E<br>Washington, DC 20004<br>elaine.goldenberg@mto.com |

<table>
<tr><td>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@fefdmanshepherd.com<br>gdonnelly@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>Dylan James Gould<br>Terence R. Coates<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>dgould@msdlegal.com<br>tcoates@msdlegaf.com<br><br>Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, and Karyn Wygle</td><td>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP<br>1301 Second Ave, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td></tr>
<tr><td colspan="2">24. In re Amazon Tariff Litigation, No. 2:26-cv-01670 (W.D. Wash.)</td></tr>
<tr><td><u>Via Email</u><br><br>Christopher Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana A. Abelson<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>dana.abelson@hbsslaw.com<br><br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com</td><td><u>Via Email</u><br><br>Tjitske Dekker<br>Brian David Buckley<br>Molly A. Terwilliger<br>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>tjitske.dekker@morganlewis.com<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br><br>John Goldmark<br>Kevin Kramer<br>Davis Wright Tremaine LLP<br>920 Fifth Ave, Suite 3300<br>Seattle, WA 98104-1610<br>johngoldmark@dwt.com<br>kevinkramer@dwt.com<br><br>Counsel for Defendant Amazon.com, Inc.</td></tr>
</table>

<table>
<tr><td>Kelly Lauren Tucker<br>Matthew P. Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, and Jeffrey Price, and Consolidated Plaintiff Howard Rosen</td><td></td></tr>
<tr><td colspan="2">25. Hastings v. Microsoft Corporation, No. 2:26-cv-02537 (W.D. Wash.)</td></tr>
<tr><td><u>Via Email</u><br><br>Samuel J. Strauss<br>Strauss Borrelli PLLC<br>980 N Michigan Ave, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>Grayson Wells<br>J. Gerard Stranch, IV<br>Michael Charles Tackeff<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gwells@stranchlaw.com<br>gstranch@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>Counsel for Plaintiff Trevor Hastings</td><td><u>Via Email</u><br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com</td></tr>
</table>

<table>
<tr><td></td><td>vhletko@cov.com<br><br>Counsel for Defendant Microsoft Corporation</td></tr>
<tr><td colspan="2">26. Meloy v. Home Depot, Inc., No. 5:26-cv-02103 (N.D. Ohio)</td></tr>
<tr><td><u>Via Email</u><br><br>George W. Cochran, III<br>Law Office of George W. Cochran<br>1981 Crossfield Circle<br>Kent, OH 44240<br>lawchrist@gmail.com<br><br>Counsel for Plaintiff Richard Meloy</td><td><u>Via First-Class Mail</u><br><br>Home Depot, Inc.<br>Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43125</td></tr>
</table>