**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: RETAILER TARIFF LITIGATION

MDL NO. 3202

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Miguel Hernandez<br>Jason Schoen | adidas America, Inc. | U.S. District Court, Eastern District of New York | 1:26-cv-02848 | Judge Eric N. Vitaliano |
| 2 | Amber Downs<br>Dhaman Gill<br>Lakenya Lee<br>Alvyn Hernandez Reyes<br>Sonya Allen<br>Taje Gill<br>Nicole St. George<br>Franklin Chang<br>Carlos Aris<br>Aaron Parisi<br>Paul Quinn<br>Antonio Chaidez<br>Chris Hufana | adidas America, Inc. | U.S. District Court, District of Oregon | 3:26-cv-01008 | Magistrate Judge Jolie A. Russo |