**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 3, 2026, copies of the foregoing:

• **Corporate Disclosure Statement of adidas America, Inc.**

was electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system which sent notice of electronic filing to all counsel of record who has consented to electronic notification and also served on all parties in the manner set forth in the service list below.

Dated: September 3, 2026

DEBEVOISE & PLIMPTON LLP

*/s/ Maeve L. O'Connor*

Maeve L. O'Connor
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mloconnor@debevoise.com

*Counsel for adidas America, Inc.*

| |
|---|
| **1.** *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) |
| ***Via Email*** Yanni Law APC<br>John C. Bohren<br>145 South Spring Street, Suite 850 Los<br>Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Poulin \| Willey \| Anastopoulo, LLC<br>Paul J. Doolittle<br>Andre Bèlanger<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Ali S. Ahmed, P.C.<br>Salar Ali Ahmed<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh*<br><br>David A. Perez<br>Mallory A. Gitt<br>Shireen Lankarani<br>Melody E. Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>*Counsel for Sony Interactive Entertainment LLC* |
| **2.** *Martinez v. Target*, No. 3:26-cv-01807 (M.D. Fla.**)** |
| ***Via Email***<br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law |

| |
|---|
| 270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Zuania Martinez*<br><br>***Via First-Class Mail***<br>Target Corporation<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| **3.** *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.**)** |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter*<br><br>***Via First-Class Mail***<br>Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501 |
| **4.** *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.**)** |
| ***Via Email***<br>George A. Zelcs<br>Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Matthew Stockov* |

Carl Hao Jiang
Brad D. Brian
Jennifer L. Bryant
Joseph Mantegani
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Brad.Brian@mto.com
Jennifer.Bryant@mto.com
Carl.Jiang@mto.com
Joseph.Mantegani@mto.com

Elaine J. Goldenberg
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, Suite 500E
Washington, D.C. 20001
Elaine.Goldenberg@mto.com

*Counsel for Defendant Costco Wholesale Corporation*

**5.** *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.**)**

***Via Email***

Myles McGuire
Evan M. Meyers
Joseph Dunklin
McGuire Law, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
mmcguire@mcgpc.com
emeyers@mcgpc.com
jdunklin@mcgpc.com

*Counsel for Plaintiff Lola Russell*

Gary Feinerman
Alexis Lazarczyk
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
gary.feinerman@lw.com
alexis.lazarczyk@lw.com

Serrin Turner
Matthew Valenti
Latham & Watkins LLP

| |
|---|
| 1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>*Counsel for Defendant Whaleco Inc.* |
| **6.** *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.**)** |
| ***Via Email***<br>Myles McGuire<br>Evan M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell*<br><br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary)<br><br>Jason J. Kim<br>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br>*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC* |

| |
|---|
| **7.** *Mulconrey v. J.M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |
| ***Via Email***<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Perry<br>Law Offices of Todd M. Friedman,<br>P.C. 555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com<br><br>*Counsel for Plaintiff Melanie Mulconrey*<br><br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>*Counsel for Defendant The J. M. Smucker Company* |
| **8.** *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| ***Via Email***<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com |

Myles McGuire
Andrew T. Heldut
McGuire Law, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
mmcguire@mcgpc.com
aheldut@mcgpc.com

*Counsel for Plaintiff Daniel Lemense*

Andrew E Skroback
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
andrew.skroback@nortonrosefulbright.com

Jeffrey B. Margulies
Yi E. Yang
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

*Counsel for Defendant Puma United North America, LLC*

***Via First-Class Mail***
Puma North America, Inc.
455 Grand Union Boulevard
Somerville, MA 02145

United Legwear Company
48 West 38th Street, 3rd Floor
New York, NY 10018

**9.** *Emerson v. Amazon.com, Inc.*, No. 2:26-cv-12614 (E.D. Mich.)

***Via Email***
Michael J. Fuller, Jr.
Farrell & Fuller Law
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
mike@farrellfuller.com

*Counsel for Plaintiff Tonysha Emerson*

| |
|---|
| Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC* |
| **10.** *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson*<br><br>Mark Donatiello<br>502 Carnegie Center<br>Princeton, New Jersey 08540<br>Mark.donatiello@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **11.** *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| ***Via Email***<br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.co<br>m Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com |

Tina Wolfson
Ahdoot & Wolfson, PC
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
twolfson@ahdootwolfson.com

Bradley K. King
Ahdoot & Wolfson, PC
521 Fifth Avenue, 17th Floor
New York, NY 10175
bking@ahdootwolfson.com

*Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith*

Sarah M. Gilbert
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
SGilbert@crowell.com

Henry W. Leung
Crowell & Moring LLP
3 Embarcadero Center, Floor 26
San Francisco, CA 94111
hleung@crowell.com

*Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.*

**12.** *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.)

***Via Email***
Paul J. Doolittle, Esq.
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com (secondary)

Michael A. Tompkins, Esq.
Jeffrey K. Brown, Esq.
Leeds Brown Law, P.C.
1 Country Road, Suite 347
Carle Place, NY 11514

| |
|---|
| mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br><br>*Counsel for Plaintiffs Miguel Hernandez, Jason Schoen* |
| **13.** *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.) |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **14.** *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) |
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson |

| |
|---|
| Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico*<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* |
| **15.** *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) |
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne*<br><br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br><br>*Counsel for Defendant Target Corporation* |

| |
|---|
| **16.** *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |
| ***Via Email***<br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com<br><br>*Counsel for Plaintiff Lynnea Trocchio*<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite<br>1200N Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* |
| **17.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.) |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br>Shayna E. Sacks<br>Napoli Shkolnik |

360 Lexington Avenue, 11th Floor
New York, NY 10017
SSacks@napolilaw.com

*Counsel for Plaintiff Patricia Cavallaro*

Meredith C. Slawe
Shaud G. Tavakoli
Michael W. McTigue Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Meredith.Slawe@skadden.com
shaud.tavakoli@skadden.com
michael.mctigue@skadden.com

*Counsel for Defendant Target Corporation*

**18.** *Glase v. Walmart Inc.*, No. 1:26-cv-00988 (N.D. Ohio)

***Via Email***
Thomas J. Connick
Theodore M. Dunn, Jr.
Kevin Kozak Schneider Bell LLP
1375 East Ninth Street Suite 900
Cleveland, OH 44114
tconnick@sssb-law.com
tdunn@mysblaw.com

Edward A. Proctor
Mills, Mills, Fiely and Lucas, LLC
101 Canton Central Plaza, Suite 1200
Canton, OH 44702
eproctor@mmfllaw.com
Edward W. Cochran
20030 Marchmont Road
Shaker Heights, OH 44122
edward@edwcochran.com

*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn*

Rebecca C. Lutzko
Madison J. Kaufmann
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000

| |
|---|
| Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>*Counsel for Defendant Walmart Inc.* |
| **19.** *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio**)** |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha*<br><br>Daniel M. Finer<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15129<br>Daniel.finer@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* |
| **20.** *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.**)** |
| ***Via Email***<br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com |

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
dgould@msdlegal.com

Zachary P. Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohgelernter Tanner
Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*

B. John Casey
Rachel C. Lee
Stoel Rives LLP
760 S.W. Ninth Avenue, Suite 3000
Portland, OR 97205
john.casey@stoel.com
rachel.lee@stoel.com

Anthony A. Todaro
DLA Piper LLP US
701 Fifth Avenue, Suite 6900

Seattle, WA 98104-7029
anthony.todaro@us.dlapiper.com

Keara Marie Gordon
Rachael Kessler
Connor Rowinski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
keara.gordon@us.dlapiper.com
rachael.kessler@dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant Nike, Inc.*

**21.** *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)

***Via Email***
Kaleigh N. Boyd
McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, WA 98101
kboyd@mcnaul.com

J. Gerard Stranch, IV
Michael Tackeff
Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite
200 Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

Nathan R. Ring
Stranch Jennings & Garvey, PLLC
3100 West Charleston, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101 jdennett@milberg.com

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

M. Anderson Berry
Gregory Haroutunian
Timothy Emery
Brook Garberding
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Terence R. Coates
Jonathan T. Deters
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
jdeters@msdlegal.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

Matthew R. Wilson
Jared W. Connors
Meyer Wilson Werning Co., LPA
305 West Nationwide Boulevard
Columbus, OH 43215
mwilson@meyerwilson.com
jconnors@meyerwilson.com

Brian Levin

Levin Law, P.A.
2665 South Bayshore Drive, PH2b
Miami, FL 33133
brian@levinlawpa.com

*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*

**22.** *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.)

***Via Email***
Donald R. Hall
Hae Sung Nam
Aaron Schwartz
Kaplan Fox & Kilsheimer
LLP 800 Third Avenue, 38th
Floor New York, NY 10022
dhall@kaplanfox.com
hnam@kaplanfox.com
aschwartz@kaplanfox.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
lking@kaplanfox.com

Diana J. Zinser
William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Spector Caldes & Corrigan
2001 Market Street, Suite 3420
Philadelphia, PA 19103
dzinser@scc.law
bcaldes@scc.law
jcorrigan@scc.law
jspector@scc.law

Jonathan Shub
Benjamin F. Johns
Shub, Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Drive, Suite 400

| |
|---|
| Conshohocken, PA 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente*<br><br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* |
| **23.** *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.**)** |
| ***Via Email***<br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian |

Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, Washington 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegaf.com
dgould@msdlegal.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernt Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@fefdmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle*

Elaine J. Goldenberg
Munger Tolles & Olson LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
Elaine.Goldenberg@mto.com

Alexis D. Campbell
Brad D Brian
Jennifer Bryant
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th
Floor Los Angeles, CA 90071
alexis.campbell@mto.com
brad.brian@mto.com
jennifer.bryant@mto.com

Andrew Nguyen

Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
andrew.nguyen@mto.com

Nicholas Peter Gellert Ashurst
Perkins Coie US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804 nick.gellert@ashurstperkins.com

*Counsel for Defendant Costco Wholesale Corporation*

**24.** *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.)

***Via Email***

Steve W. Berman
Sydney K. Thomas
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
sydney.thomas@hbsslaw.com

Christopher R. Pitoun
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
christopherp@hbsslaw.com

Dana Abelson
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
dana.abelson@hbsslaw.com

Kelly L. Tucker
Matthew Denn
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
ktucker@gelaw.com
mdenn@gelaw.com

Thomas Walsh
Grant & Eisenhofer P.A.

485 Lexington Avenue, 29th Floor
New York, NY 10017
twalsh@gelaw.com

*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec Jeffrey Price, and Consolidated Plaintiff Howard Rosen*

Brian D. Buckley
Molly A. Terwilliger
Tjitske Dekker
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
brian.buckley@morganlewis.com
molly.terwilliger@morganlewis.co
m tjitske.dekker@morganlewis.com

*Counsel for Defendant Amazon.com, Inc*

**25.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.**)**

***Via Email***
Samuel J. Strauss
One Magnificent Mile
980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com

J. Gerard Stranch, IV
Grayson Wells
Michael Tackeff
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com
*Counsel for Plaintiff Trevor Hastings*

James Moon
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th
Floor Los Angeles, CA 90071
jamesmoon@dwt.com

Emily Parsons

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
emilyparsons@dwt.com

Laura Flahive Wu
Maeve McBride
Nathan Lange
Valerie Hletko
Covington & Burling
LLP One City Center
850 Tenth Street NW
Washington, DC 20001
lflahivewu@cov.com
mmcbride@cov.com
nlange@cov.com
vhletko@cov.com

*Counsel for Defendant Microsoft Corporation*