# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE RETAILER TARIFF LITIGATION, MDL No. 3202

## NOTICE OF APPEARANCE

## LIST OF ACTIONS

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| 1.Tonysha Emerson, Individually and on behalf of all others similarly situated | Amazon.com, Inc.; Amazon.com Services LLC | Eastern District Michigan | 2:26-cv-12614 | Judge Terrence G. Berg |
| 2.Sharon Lasseter, Individually and on behalf of all others similarly situated | Amazon.com, Inc. | Middle District Florida | 8:26-cv-02019 | Judge William F. Jung |
| 3.Parveen Sangha, Individually and on behalf of all others similarly situated | Amazon.com, Inc.; Amazon.com Services LLC | Northern District Ohio | 1:26-cv-01777 | Judge Patricia A. Gaughan |
| 4. Zuania Martinez, Individually and on behalf of all others similarly situated | Target Corporation | Middle District of Florida | 3:26-cv-1807 | Judge Marcia Morales Howard |