**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**MDL No.: 3202**

**IN RE: RETAILER TARIFF LITIGATION** )

# SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Diann Caldwell, Phillip Taylor, Rachele Bailey, Roman Merino, Tyraninka Johnson, Gregory Hoffert, Elzey Linder, James Dunn, Robert White, Javier Mancilla, and Chris Hufana | Nike, Inc., An Oregon Corporation | US. Dist. Court, Oregon | 3:26-cv-00923-IM | Karin J. Immergut |