**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL No. 3202** |

**CERTIFICATE OF SERVICE**

On September 3, 2026, I caused this document to be electronically filed through the CM/ECF system, which will send a notice of electronic filing to all registered parties in the action at their associated email addresses, or via electronic mail, as indicated below:

| | |
|---|---|
| Stuart A. Davidson<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com | Counsel for plaintiff Don Polistico in *Polistico v. Amazon, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.)<br><br>Counsel for plaintiff Damany Browne in *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) |
| Hunter J. Shkolnik<br>NAPOLI SHKOLNIK<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com | Counsel for plaintiff Patricia Cavallaro in *Cavallaro v. Target Corp.*, No. 7:26-cv-06165 (S.D.N.Y.)<br><br>Counsel for plaintiff Gregory Rittenhouse in *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-3392 (E.D.N.Y.)<br><br>Counsel for plaintiff Luisa Spadafino in *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |
| Salvatore C. Badala<br>NAPOLI SHKOLNIK<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com | Counsel for plaintiff Patricia Cavallaro in *Cavallaro v. Target Corp.*, No. 7:26-cv-06165 (S.D.N.Y.)<br><br>Counsel for plaintiff Gregory Rittenhouse in *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-3392 (E.D.N.Y.)<br><br>Counsel for plaintiff Luisa Spadafino in *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |

| | |
|---|---|
| Shayna E. Sacks<br>NAPOLI SHKOLNIK<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com | Counsel for plaintiff Patricia Cavallaro in *Cavallaro v. Target Corp.*, No. 7:26-cv-06165 (S.D.N.Y.)<br><br>Counsel for plaintiff Gregory Rittenhouse in *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-3392 (E.D.N.Y.)<br><br>Counsel for plaintiff Luisa Spadafino in *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |
| John C. Bohren<br>YANNI LAW APC<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Yanni@bohrenlaw.com | Counsel for plaintiff Amorey Walker, Brycer Foster-Quarles, and Jamal Quresh in *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) |
| Paul J. Doolittle<br>Andre Belanger<br>POULIN WILLEY ANASTOPOULO, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com | Counsel for plaintiff Amorey Walker, Brycer Foster-Quarles, and Jamal Quresh in *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.)<br><br>Counsel for plaintiffs Miguel Hernandez and Jason Schoen in *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.) |
| Salar Ali Ahmed<br>ALI S. AHMED, P.C.<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com | Counsel for plaintiff Amorey Walker, Brycer Foster-Quarles, and Jamal Quresh in *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) |
| David A. Perez<br>Mallory A. Gitt<br>Shireen Lankarani<br>Melody E. Wong<br>MORRISON & FOERSTER LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com | Counsel for defendant Sony Interactive Entertainment LLC in *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) |

| | |
|---|---|
| George A. Zelcs<br>Ryan Z. Cortazar<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com | Counsel for plaintiff Matthew Stockov in *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) |
| Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com | Counsel for defendant Costco Wholesale Corporation in *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) |
| Elaine J. Goldenberg<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com | Counsel for defendant Costco Wholesale Corporation in *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) and *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Myles McGuire<br>MCGUIRE LAW, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com | Counsel for plaintiff Lola Russell in *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.)<br><br>Counsel for plaintiff Lola Russell in *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.)<br><br>Counsel for plaintiff Daniel Lemense in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| Evan M. Meyers<br>Joseph Dunklin<br>MCGUIRE LAW, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com | Counsel for plaintiff Lola Russell in *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.)<br><br>Counsel for plaintiff Lola Russell in *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.) |

| | |
|---|---|
| Gary Feinerman<br>Alexis Lazarczyk<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com | Counsel for defendant Whaleco Inc. in *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.) |
| Serrin Turner<br>Matthew Valenti<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com | Counsel for defendant Whaleco Inc. in *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.) |
| Robert A. Chapman<br>Shannon T. Knight<br>CHAPMAN SPINGOLA, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary) | Counsel for defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC in *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.) |
| Jason J. Kim<br>Carlos A. Nevarez<br>HUNTON ANDREWS KURTH LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com | Counsel for defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC in *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.) |
| Jamie Zysk Isani<br>HUNTON ANDREWS KURTH LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com | Counsel for defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC in *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.) |
| Todd M. Friedman<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com | Counsel for plaintiff Melanie Mulconrey in *Mulconrey v. The J. M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |

| | |
|---|---|
| Steven G. Perry<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>steven.perry@toddflaw.com | Counsel for plaintiff Melanie Mulconrey in *Mulconrey v. The J. M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |
| Ronald Y. Rothstein<br>WINSTON TAYLOR LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com | Counsel for defendant The J. M. Smucker Company in *Mulconrey v. The J. M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |
| Clifford M. Laney<br>WINSTON TAYLOR LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com | Counsel for defendant The J. M. Smucker Company in *Mulconrey v. The J. M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |
| Tatianna Witter Robinson<br>WINSTON TAYLOR LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com | Counsel for defendant The J. M. Smucker Company in *Mulconrey v. The J. M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) |
| David Pastor<br>PASTOR LAW OFFICE PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com | Counsel for plaintiff Daniel Lemense in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| Andrew T. Heldut<br>MCGUIRE LAW, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>aheldut@mcgpc.com | Counsel for plaintiff Daniel Lemense in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| Andrew E Skroback<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com | Counsel for defendant Puma United North America, LLC in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| Jeffrey B. Margulies<br>Yi E. Yang<br>NORTON ROSE FULBRIGHT US LLP | Counsel for defendant Puma United North America, LLC in *Lemense v. Puma United* |

| | |
|---|---|
| 555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com | *North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| Raphael Janove<br>JANOVE PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law | Counsel for plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith in *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com | Counsel for plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith in *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| Tina Wolfson<br>AHDOOT & WOLFSON, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com | Counsel for plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith in *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| Bradley K. King<br>AHDOOT & WOLFSON, PC<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com | Counsel for plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith in *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| Sarah M. Gilbert<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>SGilbert@crowell.com | Counsel for defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., and Luxottica of America, Inc. in *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| Henry W. Leung<br>CROWELL & MORING LLP<br>3 Embarcadero Center, Floor 26 | Counsel for defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., and Luxottica of America, Inc. in |

| | |
|---|---|
| San Francisco, CA 94111<br>hleung@crowell.com | *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |
| Michael A. Tompkins, Esq.<br>Jeffrey K. Brown, Esq.<br>LEEDS BROWN LAW, P.C.<br>1 Country Road, Suite 347<br>Carle Place, NY 11514<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com | Counsel for plaintiffs Miguel Hernandez and Jason Schoen in *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.) |
| Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>ASHURST PERKINS COIE US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com | Counsel for defendant Adidas America, Inc. in *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.) and *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Maeve O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com | Counsel for defendant Adidas America, Inc. in *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.) and *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Brian D. Buckley<br>MORGAN, LEWIS & BOCKIUS LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com | Counsel for defendant Amazon.com, Inc. in *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.), *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.), *Polistico v. Amazon, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.), *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.).<br><br>Counsel for defendants Amazon.com, Inc. and Amazon.com, Services LLC in *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.), *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio), and *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |

| | |
|---|---|
| David A. Rosenfeld<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com | Counsel for plaintiff Don Polistico in *Polistico v. Amazon, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.)<br><br>Counsel for plaintiff Damany Browne in *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) |
| Grant MacQueen<br>Matthew Cooper<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com | Counsel for defendants Amazon.com, Inc., and Amazon Services LLC in *Polistico v. Amazon, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) |
| Innessa M. Huot<br>FARUQI & FARUQI, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com | Counsel for plaintiff Lynnea Trocchio in *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |
| Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>STEPHAN ZOURAS, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com | Counsel for plaintiff Lynnea Trocchio in *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |
| Christopher Chorba<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>cchorbaa@gibsondunn.com | Counsel for defendant *Zara USA, Inc.* in *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |
| Jillian Nicole London<br>GIBSON, DUNN & CRUTCHER LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067<br>jlondon@gibsondunn.com | Counsel for defendant *Zara USA, Inc.* in *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |

| | |
|---|---|
| Meredith C. Slawe<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com | Counsel for defendant Target Corporation in *Cavallaro v. Target Corp.*, No. 7:26-cv-06165 (S.D.N.Y.) |
| Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>SCHNEIDER BELL LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@mysblaw.com<br>tdunn@mysblaw.com<br>kkozak@mysblaw.com | Counsel for plaintiffs John Glase and Greg Haehn in *Glase v. Walmart, Inc.*, No. 1:26-cv-00988 (N.D. Ohio) |
| Edward A. Proctor<br>MILLS, MILLS, FIELY AND LUCAS, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com | Counsel for plaintiffs John Glase and Greg Haehn in *Glase v. Walmart, Inc.*, No. 1:26-cv-00988 (N.D. Ohio) |
| Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edwardcochran@edwwoway.com | Counsel for plaintiffs John Glase and Greg Haehn in *Glase v. Walmart, Inc.*, No. 1:26-cv-00988 (N.D. Ohio) |
| Rebecca C. Lutzko<br>Madison J. Kaufmann<br>BAKER & HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com | Counsel for defendant Walmart Inc. in *Glase v. Walmart, Inc.*, No. 1:26-cv-00988 (N.D. Ohio) |
| Kaleigh N. Boyd<br>MCNAUL EBEL PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com | Counsel for Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) |

| | |
|---|---|
| | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv- 01008 (D. Or.) |
| M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>EMERY REDDY, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)<br><br>Counsel for plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Jason T. Dennett<br>MILBERG, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |

| | |
|---|---|
| | Counsel for plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Gary M. Klinger<br>MILBERG, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Terence R. Coates<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)<br><br>Counsel for plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Dylan J. Gould<br>MARKOVITS, STOCK & DEMARCO, LLC | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, |

| | |
|---|---|
| 119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>dgould@msdlegal.com | Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Zachary P. Arbitman<br>Nicole A. Maruzzi<br>FELDMAN SHEPHERD<br>WOHLGELERNTER<br>TANNER<br>WEINSTOCK & DODIG, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com | Counsel for plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, and Chris Hufana in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.)<br><br>Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)<br><br>Counsel for plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| B. John Casey<br>Rachel C. Lee<br>STOEL RIVES LLP<br>760 S.W. Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com | Counsel for defendant Nike Inc. in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) |
| Anthony A. Todaro<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029 | Counsel for defendant Nike Inc. in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) |

| | |
|---|---|
| anthony.todaro@us.dlapiper.com | |
| Keara Marie Gordon<br>Rachael Kessler<br>Connor Rowinski<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com | Counsel for defendant Nike Inc. in *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) |
| J. Gerard Stranch, IV<br>Michael Tackeff<br>Grayson Wells<br>STRANCH, JENNINGS & GARVEY, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)<br><br>Counsel for plaintiff Trevor Hastings in *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
| Nathan R. Ring<br>STRANCH JENNINGS & GARVEY, PLLC<br>3100 West Charleston, Suite 208<br>Las Vegas, NV 89102<br>lasvegas@stranchlaw.com | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>jdeters@msdlegal.com | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Matthew R. Wilson<br>Jared W. Connors<br>MEYER WILSON WERNING CO., LPA<br>305 West Nationwide Boulevard<br>Columbus, OH 43215<br>mwilson@meyerwilson.com | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez |

| | |
|---|---|
| jconnors@meyerwilson.com | Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-01008 (D. Or.) |
| Brian Levin<br>LEVIN LAW, P.A.<br>2665 South Bayshore Drive, PH2b<br>Miami, FL 33133<br>brian@levinlawpa.com | Counsel for plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes in *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) |
| Donald R. Hall<br>Hae Sung Nam<br>Aaron Schwartz<br>KAPLAN FOX & KILSHEIMER LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com | Counsel for plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com | Counsel for plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Diana J. Zinser<br>William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>SPECTOR CALDES & CORRIGAN<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law | Counsel for plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Jonathan Shub<br>Benjamin F. Johns<br>SHUB, JOHNS & HOLBROOK LLP<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>jshub@shublawyers.com | Counsel for plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |

| | |
|---|---|
| bjohns@shublawyers.com | |
| Jeffrey S. Goldenberg<br>Todd B. Naylor<br>GOLDENBERG SCHNEIDER, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com | Counsel for plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com | Counsel for defendants *IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Meegan Brooks<br>BALLARD SPAHR LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com | Counsel for defendants *IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* in *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.) |
| Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com | Counsel for defendant Costco Wholesale Corporation in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Andrew Nguyen<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com | Counsel for defendant Costco Wholesale Corporation in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |

| | |
|---|---|
| Nicholas Peter Gellert<br>ASHURST PERKINS COIE US LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com | Counsel for defendant Costco Wholesale Corporation in *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) |
| Steve W. Berman<br>Sydney K. Thomas<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com | Counsel for plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and consolidated plaintiff Howard Rosen in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |
| Christopher R. Pitoun<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com | Counsel for plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and consolidated plaintiff Howard Rosen in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |
| Dana Abelson<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>dana.abelson@hbsslaw.com | Counsel for plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and consolidated plaintiff Howard Rosen in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |
| Kelly L. Tucker<br>Matthew Denn<br>GRANT & EISENHOFER P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com | Counsel for plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and consolidated plaintiff Howard Rosen in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |
| Thomas Walsh<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com | Counsel for plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and consolidated plaintiff Howard Rosen in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |
| Molly A. Terwilliger<br>Tjitske Dekker<br>MORGAN, LEWIS & BOCKIUS LLP | Counsel for defendant Amazon.com, Inc. in *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) |

| | |
|---|---|
| 1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com | |
| Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com | Counsel for plaintiff Trevor Hastings in *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
| James Moon<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com | Counsel for defendant Microsoft Corporation in *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
| Emily Parsons<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com | Counsel for defendant Microsoft Corporation in *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
| Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com | Counsel for defendant Microsoft Corporation in *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
| John H. Beisner<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.,<br>Washington, D.C.<br>john.beisner@skadden.com | Counsel for defendant Target Corporation in *Martinez v. Target*, No. 3:26-cv-01807 (M.D. Fla.), *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.), and *Cavallaro v. Target Corp.*, No. 7:26-cv-06165 (S.D.N.Y.). |

Further on September 3, 2026, I caused this document to be transmitted by first class mail to the following parties who are presently unrepresented in the referenced matters:

| | |
|---|---|
| Puma North America, Inc.<br>455 Grand Union Boulevard<br>Somerville, MA 02145 | Defendant in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |
| United Legwear Company<br>48 West 38th Street, 3rd Floor<br>New York, NY 10018 | Defendant in *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) |

Dated: September 3, 2026

Respectfully submitted,

*/s/Ronald Y. Rothstein*

Ronald Y. Rothstein
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
Tel.: (312) 558-7464
Fax: (312) 558-5700
ron.rothstein@winstontaylor.com