**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**MDL No.: 3202**

**IN RE: RETAILER TARIFF LITIGATION** )

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Miguel Hernandez | Adidas America, Inc. | Eastern District of New York (Brooklyn) | 1:26-cv-02848-ENV-MMH | Eric N Vitaliano |
| Jason Schoen | Adidas America, Inc. | Eastern District of New York (Brooklyn) | 1:26-cv-02848-ENV-MMH | Eric N Vitaliano |
| Bryce Foster-Quarles | Sony Interactive Entertainment LLC | Northern District of California (San Francisco) | 3:26-cv-04121-CRB | Charles R Beyer |
| Amorey Walker | Sony Interactive Entertainment LLC | Northern District of California (San Francisco) | 3:26-cv-04121-CRB | Charles R Beyer |