**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

-------------------------------------------------------

**IN RE RETAILER TARIFF LITIGATION** **MDL 3202**

-------------------------------------------------------

**SCHEDULE OF PARTIES REPRESENTED**

| | **Plaintiffs** | **District** | **Civil Action No.** |
|---|---|---|---|
| **1.** | Chris Hufana<br>Lakenya Lee<br>Paul Quinn<br>Sonya Allen<br>Nicole St. George<br>Aaron Parisi<br>Carlos Aris<br>Antonio Chaidez<br>Franklin Chang<br>Taje Gill<br>Dhaman Gill<br>Alvyn Hernandez Reyes | D. Oregon | 3:26-CV-01008 |