**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related action that was filed after the initial motion to transfer in this case:

1. *Hutchins et al. v. Walmart Inc.*, Western District of Arkansas, No. 5:26-cv-05086 (filed April 22, 2026).

A Schedule of Action is attached to this Notice. A copy of the docket sheet and complaint is attached as Exhibit A to this Notice. The complaint shares common questions of fact and law and is premised on the same core issues as one of the actions pending before the JPML, and is therefore a "Related Action" for the purpose of this proceeding.

Dated: September 3, 2026

Respectfully Submitted,

/s/ Carolyn A. DeLone
Carolyn A. DeLone (DC#1004476)
**HOGAN LOVELLS CADWALADER US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-4860
carrie.delone@hlc.com

*Attorney for Defendant Walmart Inc.*