**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related action that was filed before the initial motion to transfer in this case but not included on the schedule of actions:

1. *Michael Nolen and Marlon Vera, individually and on behalf of all others similarly situated, v. Canon, U.S.A., Inc.*, Eastern District of New York, No. 2:26-cv-04939 (filed August 13, 2026).

A Schedule of Action is attached to this Notice as Exhibit 1. A copy of the docket sheet and complaint is attached as Exhibit 2 to this Notice.

Dated: September 3, 2026.

Respectfully Submitted,

*/s/ Jeremy R. Williams*

Jeremy R. Williams
**LEE SEGUI PLLC**
421 N. Harrington Street, Suite 460
Raleigh, NC 27603
Phone: 919-421-7784
jwilliams@leesegui.com