**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**Corporate Disclosure Statement Case List**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | John Glase and Greg Haehn | Walmart Inc. | N.D. of Ohio | 1:26-cv-00988 | Judge David A. Ruiz |
| 2. | Nathan Hutchins and Jordan Lesh | Walmart Inc. | W.D. of Arkansas | 5:26-cv-05086 | Judge Timothy L. Brooks |