**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL Docket No. 3202 |

**PLAINTIFF JAMES MCCOY'S INTERESTED PARTY NOTICE OF NON-OPPOSITION TO MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. §1407, TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

James McCoy, the named plaintiff in the related case of *James McCoy v. Lowe's Companies, Inc.*, No. , pending in the United States District Court for the Northern District of Ohio ("*Lowe's*"),[1] respectfully notifies the United States Judicial Panel on Multidistrict Litigation, that he does not oppose the Motion for Transfer of Actions Pursuant to 28 U.S.C. §1407, to the United States District Court for the Northern District of Illinois for Coordinated or Consolidated Pretrial Proceedings (ECF No. 1).

[1] Home Depot was related to these proceedings on September 3, 2026. *See* ECF No. .

Respectfully Submitted,

LAW OFFICE OF GEORGE W.COCHRAN

*s/ George W. Cochran*

GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, Ohio 44240
Telephone: (330) 607-2187
(330) 595-4513 (fax)
lawchrist@gmail.com