**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing were served on all parties in the following cases electronically via ECF, or as indicated below, on September 3, 2026.

Dated: September 3, 2026

CROWELL & MORING LLP

*/s/ Sarah M. Gilbert*

Sarah M. Gilbert
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
SGilbert@crowell.com

*Counsel for EssilorLuxottica S.A., Luxottica of America, Inc., Essilor of America, Inc., and EssilorLuxottica USA Inc.*

| **1.** *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) |
|---|
| ***Via Email*** Yanni Law APC<br>John C. Bohren<br>145 South Spring Street, Suite 850 Los<br>Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Poulin \| Willey \| Anastopoulo, LLC<br>Paul J. Doolittle<br>Andre Bèlanger<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Ali S. Ahmed, P.C.<br>Salar Ali Ahmed<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh*<br><br>David A. Perez<br>Mallory A. Gitt<br>Shireen<br>Lankarani<br>Melody E. Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>*Counsel for Sony Interactive Entertainment LLC* |
| **2.** *Martinez v. Target*, No. 3:26-cv-01807 (M.D. Fla.**)** |
| ***Via Email***<br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201 |

San Juan, PR 00918
mike@farrellfuller.com

*Counsel for Plaintiff Zuania Martinez*

***Via First-Class Mail***
Target Corporation
c/o CT Corporation
System 1200 South Pine
Island Road Plantation,
FL 33324

**3.** *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.)

***Via Email***
Michael J. Fuller, Jr.
Farrell & Fuller Law
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
mike@farrellfuller.com

*Counsel for Plaintiff Sharon Lasseter*

***Via First-Class Mail***
Amazon.com, Inc.
c/o Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSCI
Tumwater, WA 98501

**4.** *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.)

***Via Email***
George A. Zelcs
Ryan Z. Cortazar
Korein Tillery LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
gzelcs@koreintillery.com
rcortazar@koreintillery.com

*Counsel for Plaintiff Matthew Stockov*
Carl Hao Jiang
Brad D. Brian
Jennifer L. Bryant
Joseph Mantegani
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Brad.Brian@mto.com
Jennifer.Bryant@mto.com
Carl.Jiang@mto.com
Joseph.Mantegani@mto.com

Elaine J. Goldenberg
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, Suite 500E
Washington, D.C. 20001
Elaine.Goldenberg@mto.com

*Counsel for Defendant Costco Wholesale Corporation*

**5.** *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.)

***Via Email***
Myles McGuire
Evan M. Meyers
Joseph Dunklin
McGuire Law, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
mmcguire@mcgpc.com
emeyers@mcgpc.com
jdunklin@mcgpc.com

*Counsel for Plaintiff Lola Russell*

Gary Feinerman
Alexis Lazarczyk
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
gary.feinerman@lw.com
alexis.lazarczyk@lw.com

Serrin Turner
Matthew Valenti
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
serrin.turner@lw.com
matthew.valenti@lw.com

*Counsel for Defendant Whaleco Inc.*

**6.** *Russell v. Shein Distribution Corporation*, No. 1:26-cv-04533 (N.D. Ill.)

***Via Email***
Myles McGuire
Evan M. Meyers
Joseph M. Dunklin
McGuire Law, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
mmcguire@mcgpc.com
emeyers@mcgpc.com
jdunklin@mcgpc.com

*Counsel for Plaintiff Lola Russell*

Robert A. Chapman
Shannon T. Knight
Chapman Spingola, LLP
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
rchapman@chapmanspingola.com
sknight@chapmanspingola.com
lcross@chapmanspingola.com (secondary)

Jason J. Kim
Carlos A. Nevarez
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
kimj@Hunton.com
cnevarez@Hunton.com

Jamie Zysk Isani
Hunton Andrews Kurth LLP
333 SE 2nd Avenue
Miami, FL 33131
jisani@Hunton.com

*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC*

**7.** *Mulconrey v. J.M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.)

***Via Email***

Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
tfriedman@toddflaw.com

Steven G. Perry
Law Offices of Todd M. Friedman,
P.C. 555 Skokie Boulevard, Suite 500
Northbrook, IL 60062
Steven.perry@toddflaw.com

*Counsel for Plaintiff Melanie Mulconrey*

Ronald Y. Rothstein
Winston Taylor LLP
300 North LaSalle Drive
Chicago, IL 60654
ron.rothstein@winstontaylor.com

Clifford M. Laney
Winston Taylor LLP
200 Park Avenue
New York, NY 10166
cliff.laney@winstontaylor.com

Tatianna Witter Robinson
Winston Taylor LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
tatianna.witter@winstontaylor.com

*Counsel for Defendant The J. M. Smucker Company*

**8.** *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.**)**

***Via Email***
David Pastor
Pastor Law Office PC
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
dpastor@pastorlawoffice.com
Myles McGuire
Andrew T. Heldut
McGuire Law, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
mmcguire@mcgpc.com
aheldut@mcgpc.com

*Counsel for Plaintiff Daniel Lemense*

Andrew E Skroback
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
andrew.skroback@nortonrosefulbright.com

Jeffrey B. Margulies
Yi E. Yang
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

*Counsel for Defendant Puma United North America, LLC*

***Via First-Class Mail***
Puma North America, Inc.
455 Grand Union Boulevard
Somerville, MA 02145

United Legwear Company
48 West 38th Street, 3rd Floor
New York, NY 10018

**9.** *Emerson v. Amazon.com, Inc.*, No. 2:26-cv-12614 (E.D. Mich.)

| |
|---|
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC* |
| **10.** *Spadafino v. Amazon.com, Inc.*, No. 2:26-cv-10023 (D.N.J.) |
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson*<br><br>Mark Donatiello<br>502 Carnegie Center<br>Princeton, New Jersey 08540<br>Mark.donatiello@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **11.** *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) |

***Via Email***
Raphael Janove
Janove PLLC
500 7th Avenue, 8th Floor
New York, NY 10018
raphael@janove.law

June P. Hoidal
Charles R. Toomajian
Michael J. Laird Katja D. Lange
Zimmerman Reed LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
June.Hoidal@zimmreed.com
Charles.Toomajian@zimmreed.co
m Michael.Laird@zimmreed.com
Katja.Lange@zimmreed.com

Tina Wolfson
Ahdoot & Wolfson, PC
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
twolfson@ahdootwolfson.com

Bradley K. King
Ahdoot & Wolfson, PC
521 Fifth Avenue, 17th Floor
New York, NY 10175
bking@ahdootwolfson.com

*Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith*

**12.** *Hernandez v. Adidas America, Inc.*, No. 1:26-cv-02848 (E.D.N.Y.)

***Via Email***
Paul J. Doolittle, Esq.
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com (secondary)

Michael A. Tompkins, Esq.

Jeffrey K. Brown, Esq.
Leeds Brown Law, P.C.
1 Country Road, Suite 347
Carle Place, NY 11514
mtompkins@leedsbrownlaw.com
jbrown@leedsbrownlaw.com

*Counsel for Plaintiffs Miguel Hernandez, Jason Schoen*

Stephen M. Feldman
Chad M. Colton
Kayla L. Lindgren
Ashurst Perkins Coie US LLP
1120 N.W. Couch Street, Tenth Floor Portland, Oregon 97209-4128
Stephen.Feldman@ashurstperkins.com Chad.Colton@ashurstperkins.com
Kayla.Lindgren@ashurstperkins.com

Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com
*Counsel for Defendant adidas America, Inc.*

**13.** *Rittenhouse v. Amazon.com, Inc.*, No. 2:26-cv-03392 (E.D.N.Y.)

| |
|---|
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **14.** *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) |

| |
|---|
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico*<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* |
| **15.** *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.**)** |

| |
|---|
| ***Via Email***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne*<br><br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **16.** *Trocchio v. Zara USA, Inc.*, No. 1:26-cv-05009 (S.D.N.Y.) |

| |
|---|
| ***Via Email***<br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com<br><br>*Counsel for Plaintiff Lynnea Trocchio*<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite<br>1200N Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* |
| **17.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.) |

***Via Email***
Hunter J. Shkolnik
Napoli Shkolnik
1302 Avenida Ponce de León
Santurce, PR 00907
Hunter@nsprlaw.com

Salvatore C. Badala
Napoli Shkolnik
400 Broadhollow Road, Suite 305
Melville, NY 11747
SBadala@napolilaw.com
Shayna E. Sacks
Napoli Shkolnik
360 Lexington Avenue, 11th Floor
New York, NY 10017
SSacks@napolilaw.com

*Counsel for Plaintiff Patricia Cavallaro*

Meredith C. Slawe
Shaud G. Tavakoli
Michael W. McTigue Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Meredith.Slawe@skadden.com
shaud.tavakoli@skadden.com
michael.mctigue@skadden.com

*Counsel for Defendant Target Corporation*

**18.** *Glase v. Walmart Inc.*, No. 1:26-cv-00988 (N.D. Ohio**)**

| |
|---|
| ***Via Email***<br>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn*<br><br>Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>*Counsel for Defendant Walmart Inc.* |
| **19.** *Sangha v. Amazon.com, Inc.*, No. 1:26-cv-01777 (N.D. Ohio**)** |

| |
|---|
| ***Via Email***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha*<br><br>Daniel M. Finer<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15129<br>Daniel.finer@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* |
| **20.** *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) |

***Via Email***

Kaleigh N. Boyd
McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, WA 98101
kboyd@mcnaul.com

M. Anderson Berry
Timothy Emery
Brook Garberding
Gregory Haroutunian
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
dgould@msdlegal.com

Zachary P. Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohgelernter Tanner
Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor

Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*

B. John Casey
Rachel C. Lee
Stoel Rives LLP
760 S.W. Ninth Avenue, Suite 3000
Portland, OR 97205
john.casey@stoel.com
rachel.lee@stoel.com

Anthony A. Todaro
DLA Piper LLP US
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
anthony.todaro@us.dlapiper.com

Keara Marie Gordon
Rachael Kessler
Connor Rowinski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
keara.gordon@us.dlapiper.com
rachael.kessler@dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant Nike, Inc.*

**21.** *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.)

***Via Email***

Kaleigh N. Boyd
McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, WA 98101
kboyd@mcnaul.com

J. Gerard Stranch, IV
Michael Tackeff
Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite
200 Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

Nathan R. Ring
Stranch Jennings & Garvey, PLLC
3100 West Charleston, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101 jdennett@milberg.com

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

M. Anderson Berry
Gregory Haroutunian
Timothy Emery
Brook Garberding
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com

brandon@emeryreddy.com

Terence R. Coates
Jonathan T. Deters
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
jdeters@msdlegal.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

Matthew R. Wilson
Jared W. Connors
Meyer Wilson Werning Co., LPA
305 West Nationwide Boulevard
Columbus, OH 43215
mwilson@meyerwilson.com
jconnors@meyerwilson.com

Brian Levin
Levin Law, P.A.
2665 South Bayshore Drive, PH2b
Miami, FL 33133
brian@levinlawpa.com

*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*

Stephen M. Feldman
Chad M. Colton
Kayla L. Lindgren
Ashurst Perkins Coie US LLP
1120 N.W. Couch Street, Tenth Floor Portland, Oregon 97209-4128
Stephen.Feldman@ashurstperkins.com
Chad.Colton@ashurstperkins.com
Kayla.Lindgren@ashurstperkins.com

Maeve O’Connor

Elliot Greenfield
Brandon Fetzer
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com
*Counsel for Defendant adidas America, Inc.*

**22.** *Terrill v. IKEA North America Services LLC*, No. 2:26-cv-02774 (E.D. Pa.)

***Via Email***

Donald R. Hall
Hae Sung Nam
Aaron Schwartz
Kaplan Fox & Kilsheimer
LLP 800 Third Avenue, 38th
Floor New York, NY 10022
dhall@kaplanfox.com
hnam@kaplanfox.com
aschwartz@kaplanfox.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
lking@kaplanfox.com

Diana J. Zinser
William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Spector Caldes & Corrigan
2001 Market Street, Suite 3420
Philadelphia, PA 19103
dzinser@scc.law
bcaldes@scc.law
jcorrigan@scc.law
jspector@scc.law

Jonathan Shub
Benjamin F. Johns
Shub, Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
jshub@shublawyers.com
bjohns@shublawyers.com

Jeffrey S. Goldenberg
Todd B. Naylor
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente*

Marcel S. Pratt
Facundo Bouzat
Wilson Cole Smerconish
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
prattm@ballardspahr.com
bouzatf@ballardspahr.com
smerconishw@ballardspahr.com

Meegan Brooks
Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
brooksm@ballardspahr.com

*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC*

**23.** *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.)

***Via Email***
Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

M. Anderson Berry
Timothy Emery
Brook Garberding
Gregory Haroutunian
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, Washington 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegaf.com
dgould@msdlegal.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernt Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@fefdmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle*

Elaine J. Goldenberg
Munger Tolles & Olson LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
Elaine.Goldenberg@mto.com

Alexis D. Campbell
Brad D Brian
Jennifer Bryant
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th
Floor Los Angeles, CA 90071
alexis.campbell@mto.com
brad.brian@mto.com
jennifer.bryant@mto.com

Andrew Nguyen
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
andrew.nguyen@mto.com

Nicholas Peter Gellert Ashurst
Perkins Coie US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804 nick.gellert@ashurstperkins.com

*Counsel for Defendant Costco Wholesale Corporation*

**24.** *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.)

***Via Email***
Steve W. Berman
Sydney K. Thomas
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
sydney.thomas@hbsslaw.com

Christopher R. Pitoun
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
christopherp@hbsslaw.com

Dana Abelson
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
dana.abelson@hbsslaw.com

Kelly L. Tucker
Matthew Denn
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
ktucker@gelaw.com
mdenn@gelaw.com

Thomas Walsh
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
twalsh@gelaw.com

*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec Jeffrey Price, and Consolidated Plaintiff Howard Rosen*

Brian D. Buckley
Molly A. Terwilliger
Tjitske Dekker
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
brian.buckley@morganlewis.com
molly.terwilliger@morganlewis.co

m tjitske.dekker@morganlewis.com

*Counsel for Defendant Amazon.com, Inc*

| **25.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) |
|---|
| ***Via Email***<br>Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br>*Counsel for Plaintiff Trevor Hastings*<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th<br>Floor Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>Covington & Burling<br>LLP One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>*Counsel for Defendant Microsoft Corporation* |