**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**MEMORANDUM OF LAW IN SUPPORT OF ADIDAS AMERICA, INC.'S MOTION FOR PERMISSION TO FILE JOINT OPPOSITION**

Defendant adidas America, Inc. (the "Company") submits this memorandum of law in support of its motion for permission for certain Defendants to file a joint opposition to Movants' Amended Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (Dkt. No. 3, the "Motion"). The Motion seeks to centralize 25 actions asserted against 15 Defendants. For the convenience of the Panel, the Company proposes that the Panel allow (1) a joint opposition, not to exceed 15 pages, addressing the legal standard for centralization and why the Motion fails to meet that standard, and (2) for each Defendant who joins the joint opposition, a separate individual brief, not to exceed 5 pages, addressing issues specific to that Defendant.

This approach will reduce the duplication that would likely arise from each Defendant filing its own 20-page opposition and will streamline the issues for the Panel. Under this proposal, no Defendants will file more than 20 total pages of briefing, and the proposal will substantially reduce the total number of pages for the Panel's review. For example, if five Defendants sign on to the joint brief, those five Defendants will submit no more than 40 pages of briefing in total, rather than the 100 pages they could use in the absence of a joint submission.

For the reasons set forth above, the Company respectfully requests that the Panel grant its request.

Dated: September 4, 2026

DEBEVOISE & PLIMPTON LLP

*<u>/s/ Maeve L. O'Connor</u>*
Maeve L. O'Connor
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mloconnor@debevoise.com

*Counsel for adidas America, Inc.*