**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: RETAILER TARIFF LITIGATION ) MDL No. 3202

## SCHEDULE OF ACTION

| | Case Captions | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>James McCoy<br><br>**Defendant:**<br>Lowe's Companies, Inc. | 5:26-cv-2156 | N.D. Ohio | Honorable Judge John R. Adams |