# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3202 & Title - **IN RE:** Retailer Tariff Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached schedule of represented parties

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Tan v. Columbia Sportswear Company, et al., D. Oregon, 3:26-cv-01170-AN

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

9/9/2026 — Elizabeth B. Kinsman

Date — Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Elizabeth B. Kinsman
Stoll Stoll Berne Lokting & Shlachter, P.C.
209 SW Oak St., Suite 500, Portland, OR 97204

Telephone No.: 503-227-1600 Fax No.: 503-227-6840

Email Address: ekinsman@stollberne.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Retailer Tariff Litigation | MDL No. 3202<br><br>**SCHEDULE OF REPRESENTED PARTIES** |
|---|---|

| **Party Name** | **Party Role** | **Jurisdiction** | **Case No.** |
|---|---|---|---|
| Columbia Sportswear Company | Defendant | D. Oregon | 3:26-cv-01170-AN |
| Columbia Brands USA, LLC | Defendant | D. Oregon | 3:26-cv-01170-AN |
| prAna Living, LLC | Defendant | D. Oregon | 3:26-cv-01170-AN |



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Retailer Tariff Litigation | MDL No. 3202<br><br>**CERTIFICATE OF SERVICE** |

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the date below, I caused the forgoing document to be filed with the Court's CM/ECF system, which sends a service copy to all registered parties in the action at their associated email addresses.

I further caused true and correct copies of the above to be served via U.S. Mail on the following parties who do not receive electronic service in this action:

| **Hutchins, et al v. WalMart, Inc.; ARW/5:26-cv-05086** | |
|---|---|
| **Charles Darwin Davidson , Sr**<br>**Nickolas Dunn**<br>Davidson Law Firm, Ltd.<br>P.O. Box 1300<br>Little Rock, AR 72203-1300<br>skipd@dlf-ar.com<br>nickd@dlf-ar.com<br><br>Counsel for Plaintiffs Hutchins, and Lesh | **Carolyn Anne DeLone**<br>**Rebecca Wilton**<br>Hogan Lovells Cadwalader US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hlc.com<br><br>**Vincent Chadick**<br>Quattlebaum, Grooms & Tull PLLC<br>4100 Corporate Center Drive, Suite 310<br>Springdale, AR 72762<br>vchadick@qgtlaw.com<br><br>**Katherine Booth Wellington**<br>Hogan Lovells Cadwalader US LLP<br>125 High Street, Suite 2010<br>Boston, MA 02110<br>katherine.wellington@hlc.com<br><br>Counsel for Defendant WalMart, Inc. |



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

<table>
<tr><th colspan="2">Linda Norberg v. Deckers Outdoor Corporation; CAC/2:26-cv-07235</th></tr>
<tr><td>Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br><br>Counsel for Plaintiffs Norberg and Kelly</td><td>Jay T Ramsey<br>P. Craig Cardon<br>Patrick David Rubalcava, IV<br>Sheppard Mullin Richter and Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055<br>jramsey@sheppardmullin.com<br>ccardon@sheppardmullin.com<br>PRubalcava@sheppardmullin.com<br><br>Counsel for Defendant Deckers Outdoor Corporation</td></tr>
<tr><th colspan="2">Maximilian Mann v. Valero Energy Corporation, et al.; CAC/8:26-cv-01635</th></tr>
<tr><td>Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br><br>Counsel for Plaintiff Mann</td><td>Rachel Anna Beck<br>Faegre Drinker Biddle and Reath LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>rachel.beck@faegredrinker.com<br><br>David Belcher<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>david.belcher@faegredrinker.com<br><br>Counsel for Defendants Valero Energy Corporation, and Valero Marketing and Supply Company</td></tr>
<tr><th colspan="2">Severino, et al v. Shein US Services LLC, et al,; CAN/3:26-cv-04062</th></tr>
<tr><td>Christopher P. Dolotosky<br>Daniel Oswaldo Herrera<br>Cafferty Clobes Meriwether & Sprengel LLP<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60423<br>cdolotosky@caffertyclobes.com<br>dherrera@caffertyclobes.com<br><br>Counsel for Plaintiffs Severino, Brownlee, and Prakash<br><br>Alexander Elliot Wolf<br>Milberg, PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>awolf@milberg.com</td><td>Valerie Wing Ho<br>Blakeley S. Oranburg<br>Robert James Herrington<br>Ryan Ghassemi<br>Greenberg Traurig, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>valerie.ho@gtlaw.com<br>oranburgb@gtlaw.com<br>herringtonr@gtlaw.com<br>ryan.ghassemi@gtlaw.com<br><br>Counsel for Defendants Shein US Services LLC, Roadget Business PTE LTD, and Zoetop Business Co LTD</td></tr>
</table>

<table>
<tr><td>Counsel for Plaintiffs Severino, Brownlee, and Prakash, and Consolidated Plaintiff Jones<br><br>Lisa Cintron<br>Theodore Walter Maya<br>Jeff S Westerman<br>Tina Wolfson<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>lcintron@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br><br>Counsel for Consolidated Plaintiff Jones</td><td></td></tr>
<tr><td colspan="2">In re Sony Interactive Entertainment Tariff Litigation; CAN/3:26-cv-04121</td></tr>
<tr><td>Andre Robert Belanger<br>Andre Belanger<br>32 Ann Street<br>Charleston, SC 29403<br>andre.belanger@poulinwilley.com<br><br>Counsel for Plaintiffs Walker, and Foster-Quarles<br><br>John Christian Bohren<br>Yanni Law APC<br>PO Box 12174<br>San Diego, CA 92112<br>yanni@bohrenlaw.com<br><br>Counsel for Plaintiffs Walker, Foster-Quarles, and Qureshi<br><br>Salar Ali Ahmed<br>Ali S. Ahmed, P.C.<br>430 W. Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>Counsel for Plaintiff Qureshi</td><td>David A. Perez<br>Mallory Anne Gitt<br>Shireen Lankarani<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>SLankarani@mofo.com<br><br>Melody Ellen Wong<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>melodywong@mofo.com<br><br>Counsel for Defendant Sony Interactive<br><br>Entertainment LLC</td></tr>
<tr><td colspan="2"></td></tr>
</table>

| Martinez v. Target Corporation; FLM/3:26-cv-01807 | |
|---|---|
| **Michael Jay Fuller, Jr**<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, Puerto Rico 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Martinez | **Meredith C. Slawe**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1 Manhattan West<br>New York, NY 10001<br>Meredith.slawe@skadden.com<br><br>Counsel for Defendant Target Corporation |
| **Lasseter v. Amazon.com, Inc.; FLM/8:26-cv-02019** | |
| **Michael Jay Fuller, Jr**<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, Puerto Rico 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Lasseter | **Clay Matthew Carlton**<br>Morgan, Lewis & Bockius LLP<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131<br>clay.carlton@morganlewis.com<br><br>Counsel for Defendant Amazon.com, Inc. |
| **Stockov v. Costco Wholesale Corporation; ILN/1:26-cv-02734** | |
| **Ryan Z. Cortazar**<br>**George A. Zelcs**<br>Korein Tillery<br>205 N. Michigan Ave., Ste. 1950<br>Chicago, IL 60601<br>rcortazar@koreintillery.com<br>gzelcs@koreintillery.com<br><br>Counsel for Plaintiff Stockov | **Christopher B. Wilson**<br>**Spencer Gottlieb**<br>Perkins Coie LLC<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606-1511<br>cwilson@perkinscoie.com<br>sgottlieb@perkinscoie.com<br><br>**Elaine Goldenberg**<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Ave NW, Suite 500 E<br>Washington, DC 20001<br>elaine.goldenberg@mto.com<br><br>**Brad Dennis Brian**<br>**Carl Hao Jiang**<br>**Jennifer Bryant**<br>**Joseph Donald Mantegani**<br>Munger, Tolles & Olson LLP<br>350 S Grand Ave, 50th Floor<br>Los Angeles, CA 90071<br>brad.brian@mto.com<br>Carl.Jiang@mto.com<br>Jennifer.Bryant@mto.com<br>joseph.mantegani@mto.com |

<table>
<tr><td></td><td>Counsel for Defendant Costco Wholesale Corporation</td></tr>
<tr><td colspan="2">Russell v. Whaleco Inc.; ILN/1:26-cv-04296</td></tr>
<tr><td>Joseph Dunklin<br>Myles P. McGuire<br>Evan M Meyers<br>McGuire Law, P.c.<br>55 West Wacker Drive, Floor 9<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br><br>Counsel for Plaintiff Russell</td><td>Gary Feinerman<br>Alexis M. Lazarczyk<br>Latham & Watkins LLP<br>330 N Wabash Ave<br>Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Matthew P. Valenti<br>Serrin Turner<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>matthew.valenti@lw.com<br>serrin.turner@lw.com<br><br>Counsel for Defendant Whaleco Inc. d/b/a TEMU</td></tr>
<tr><td colspan="2">Russell v. Shein Distribution Corporation, et al; ILN/1:26-cv-04533</td></tr>
<tr><td>Joseph Dunklin<br>Myles P. McGuire<br>Evan M Meyers<br>McGuire Law, P.c.<br>55 West Wacker Drive, Floor 9<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br><br>Counsel for Plaintiff Russell</td><td>Robert Andrew Chapman<br>Shannon Therese Knight<br>Chapman & Spingola LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br><br>Carlos Aaron Nevarez<br>Jason Jonathan Kim<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>cnevarez@hunton.com<br>kimj@hunton.com<br><br>Jamie Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue, Suite 2400<br>Miami, FL 33131<br>jisani@hunton.com</td></tr>
</table>

| | |
|---|---|
| | Counsel for Defendants Shein Distribution Corporation, Shein US Services, LLC, and Shein Technology LLC |
| **Adams v. IKEA Distribution Services Inc, et al; ILN/1:26-cv-07154** | |
| **Joseph Dunklin**<br>**Myles P. McGuire**<br>Mcguire Law, P.C.<br>55 West Wacker Drive, Floor 9<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>mmcguire@mcgpc.com<br><br>Counsel for Plaintiff Adams | **David Gavin Jorgensen**<br>**Michael Thomas Layden**<br>Croke, Fairchild, Duarte & Beres, LLC<br>191 N. Wacker Dr., Ste 3100<br>Chicago, IL 60606<br>djorgensen@crokefairchild.com<br>mlayden@crokefairchild.com<br><br>**Marcel S Pratt**<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br><br>Counsel for Defendants IKEA Distribution Services Inc., IKEA North America Services, LLC, IKEA US Retail LLC, IKEA Property, Inc., and IKEA Supply AG |
| **Hunter v. Lenovo (United States) Inc., et al; ILN/1:26-cv-07403** | |
| **Joseph Dunklin**<br>McGuire Law, P.C.<br>55 West Wacker Drive, Floor 9<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br><br>Counsel for Plaintiff Hunter | **Max Evan Kaplan**<br>Cozen O'Connor<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19130<br>mkaplan@cozen.com<br><br>**Melissa Anne Siebert**<br>Cozen O'Connor<br>123 N. Wacker Dr., 18th Floor<br>Chicago, IL 60606<br>msiebert@cozen.com<br><br>Counsel for Defendants Lenovo (United States) Inc., Lenovo Global Technology (United States) Inc., and Motorola Mobility LLC |
| **Leyva v. MII Brand Import, LLC, et al; ILN/1:26-cv-08502** | |
| **Joseph Dunklin**<br>McGuire Law, P.C.<br>55 West Wacker Drive, Floor 9<br>Chicago, IL 60601<br>jdunklin@mcgpc.com | **William Elliott Ridgway**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>320 S. Canal St., Ste 47th Floor<br>Chicago, IL 60606-5707<br>william.ridgway@skadden.com |

| | |
|---|---|
| Counsel for Plaintiff Leyva | **Meredith C Slawe**<br>**Michael W. McTigue , Jr.**<br>**Shaud G. Tavakoli**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>meredith.slawe@skadden.com<br>michael.mctigue@skadden.com<br>shaud.tavakoli@skadden.com<br><br>Counsel for Defendants MII Brand Import, LLC, Victoria's Secret Stores Brand Management, LLC, Victoria's Secret Direct Brand Management, LLC, VS Direct Fulfillment, LLC, and VS Service Company, LLC |
| **Mulconrey v. The J. M. Smucker Company; ILN/1:26-cv-08832** | |
| **Steven Gene Perry**<br>Law Offices of Todd M. Friedman. P.C.<br>555 Skokie Blvd., Ste 500<br>Northbrook, IL 60062<br>steven.perry@toddflaw.com<br><br>**Todd M Friedman**<br>Law Offices of Todd M. Friedman<br>23586 Calabasas Rd., Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Counsel for Plaintiff Mulconrey | **Ronald Y Rothstein**<br>Winston Taylor LLP<br>300 N. LaSalle Drive, Suite 4400<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>**Clifford M. Laney**<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>**Tatianna Witter Robinson**<br>Winston Taylor LLP<br>2121 N. Pearl Street<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>Counsel for Defendant The J. M. Smucker Company |
| **Lemense v. Puma United North America, LLC, et al; MA/1:26-cv-12654** | |
| **Andrew T. Heldut**<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>aheldut@mcgpc.com<br><br>**David Pastor**<br>Pastor Law Office, LLP | **Andrew E Skroback**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com<br><br>**Jeffrey B. Margulies**<br>**Yi E. Yang** |

| | |
|---|---|
| 63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Counsel for Plaintiff Lemense | Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>Counsel for Defendant Puma United North America, LLC, United Legwear Company, LLC, and Puma North America, Inc. |
| **Emerson v. Amazon.com Inc., et al; MIE/2:26-cv-12614** | |
| **Michael Jay Fuller, Jr**<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, Puerto Rico 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Emerson | **Brian David Buckley**<br>Morgan Lewis<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>**Mohamed M. Awan**<br>Morgan Lewis & Bockius LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>mohamed.awan@morganlewis.com<br><br>Counsel for Defendants Amazon.com Inc, and Amazon.Com Services LLC |
| **Spadafino v. Amazon.com, Inc., et al; NJ/2:26-cv-10023** | |
| **Hunter J. Shkolnik**<br>Napoli Shkolnik<br>NSPOR Law Services LLC<br>1302 Av. Juan Ponce de León<br>San Juan, Puerto Rico 00907<br>Hunter@nsprlaw.com<br><br>Counsel for Plaintiff Spadafino | **Mark Vincent Donatiello**<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>mark.donatiello@morganlewis.com<br><br>Counsel for Defendant Amazon.com, Inc., and Amazon.com Services LLC |
| **Burgh v. EssilorLuxottica S.A., et al; NYE/1:26-cv-01133** | |
| **Charles R. Toomajian, III**<br>**June P. Hoidal**<br>**Katja Lange**<br>**Michael Laird**<br>Zimmerman Reed, LLP<br>1100 IDS Tower, 80 S 8th St<br>Minneapolis, MN 55402<br>charles.toomajian@zimmreed.com<br>june.hoidal@zimmreed.com<br>katja.lange@zimmreed.com<br>michael.laird@zimmreed.com | **Henry W. Leung**<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>**Sarah Gilbert**<br>Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>sgilbert@crowell.com |

| | |
|---|---|
| **Raphael Janove**<br>Janove PLLC<br>115 Broadway, 5th Floor<br>New York, NY 10006<br>raphael@janove.law<br><br>Counsel for Plaintiffs Mercado, Burgh, and Figler<br><br>**Bradley K. King**<br>Ahdoot & Wolfson, PC<br>521 5th Avenue, Ste 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>Counsel for Plaintiff Smith | Counsel for Defendants EssilorLuxottica S.A., Luxottica of America, Inc., Essilor of America, Inc., and EssilorLuxottica USA Inc |
| **Hernandez et al v. Adidas America, Inc.; NYE/1:26-cv-02848** | |
| **Anthony Alesandro**<br>**Jeffrey Kevin Brown**<br>**Michael Alexander Tompkins**<br>Leeds Brown Law<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>aalesandro@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br><br>**Paul Doolittle**<br>Poulin, Willey, Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br><br>Counsel for Plaintiffs Hernandez, and Schoen | **Maeve L. O'Connor**<br>**Brandon Fetzer**<br>**Elliot Greenfield**<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconno@debevoise.com<br>bfetzer@debevoise.com<br>egreenfi@debevoise.com<br><br>Counsel for Defendant Adidas America, Inc. |
| **Polistico v. Amazon.com, Inc. et al; NYE/1:26-cv-04194** | |
| **Stuart A. Davidson**<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>**David Avi Rosenfeld**<br>Robbins Geller Rudman & Dowd, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com | **Grant MacQueen**<br>**Matthew Cooper**<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>Counsel for Defendants Amazon.com, Inc., and Amazon.com Services LLC |



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

| | |
|---|---|
| Counsel for Plaintiff Polistico | |
| **Browne v. Target Corporation; NYE/1:26-cv-04959** | |
| **David Avi Rosenfeld**<br>Robbins Geller Rudman & Dowd, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Counsel for Plaintiff Browne | **Meredith Slawe**<br>**Michael W McTigue, Jr**<br>**Shaud Gerard Tavakoli**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>meredith.slawe@skadden.com<br>michael.mctigue@skadden.com<br>shaud.tavakoli@skadden.com<br><br>Counsel for Defendant Target Corporation |
| **Rittenhouse v. Amazon.Com, Inc.; NYE/2:26-cv-03392** | |
| **Salvatore C. Badala**<br>**Shayna Erin Sacks**<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>sbadala@napolilaw.com<br>ssacks@napolilaw.com<br><br>**Hunter Jay Shkolnik**<br>Napoli Shkolnik<br>1302 Av. Juan Ponce de León<br>San Juan, Puerto Rico 00907<br>Hunter@nsprlaw.com<br><br>Counsel for Plaintiff Rittenhouse | **Brian David Buckley**<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>**Grant MacQueen**<br>**Matthew Cooper**<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>Counsel for Defendant Amazon.Com, Inc. |
| **Nolen, et al v. Canon U.S.A., Inc.; NYE/2:26-cv-04939** | |
| **Jeremy R. Williams**<br>Lee Segui PLLC<br>421 N. Harrington Street, Suite 460<br>Raleigh, NC 27603<br>jwilliams@leesegui.com<br><br>**Patrick M. Wallace**<br>Lee Segui, PLLC<br>900 W. Morgan St.<br>Raleigh, NC 27603<br>pwallace@leesegui.com<br><br>**Seth R. Lesser**<br>Klafter Lesser LLP<br>Two International Drive, Suite 350 | **David Eric Sellinger**<br>Greenberg Traurig<br>200 Park Avenue<br>Florham Park, NJ 07932<br>sellingerd@gtlaw.com<br><br>**Philip R. Sellinger**<br>Greenberg Traurig, P.A<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Philip.Sellinger@gtlaw.com<br><br>**Todd L. Schleifstein**<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400 |

<table>
<tr><td>Rye Brook, NY 10573<br>seth@klafterlesser.com<br><br>Counsel for Plaintiffs Nolen, and Vera</td><td>Florham Park, NJ 07932<br>schleifsteint@gtlaw.com<br><br>Counsel for Defendant Canon U.S.A., Inc.</td></tr>
<tr><td colspan="2">Barnes v. Nikon Inc.; NYE/2:26-cv-04940</td></tr>
<tr><td>Jeremy R. Williams<br>Lee Segui PLLC<br>421 N. Harrington Street, Suite 460<br>Raleigh, NC 27603<br>jwilliams@leesegui.com<br><br>Patrick M. Wallace<br>Lee Segui, PLLC<br>900 W. Morgan St.<br>Raleigh, NC 27603<br>pwallace@leesegui.com<br><br>Seth R. Lesser<br>Klafter Lesser LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>seth@klafterlesser.com<br><br>Counsel for Plaintiff Barnes</td><td>Nikon Inc.<br>1300 Walt Whitman Rd.<br>Melville, NY 11747<br><br>Defendant</td></tr>
<tr><td colspan="2">Redden-Drake v. Ralph Lauren Corporation; NYS/1:26-cv-04029</td></tr>
<tr><td>Andre Robert Belanger<br>Paul Doolittle<br>Poulin, Willey, Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>andre.belanger@poulinwilley.com<br>paul.doolittle@poulinwilley.com<br><br>Anthony Alesandro<br>Michael Alexander Tompkins<br>Leeds Brown Law<br>1 Old Country Road<br>Carle Place, NY 11514<br>aalesandro@leedsbrownlaw.com<br>mtompkins@lmblaw.com<br><br>Counsel for Plaintiff Redden-Drake</td><td>Bridget Ansel<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>anselb@ballardspahr.com<br><br>Counsel for Defendant Ralph Lauren Corporation</td></tr>
<tr><td colspan="2">Trocchio v. Zara USA, Inc.; NYS/1:26-cv-05009</td></tr>
<tr><td>Danielle Sweet<br>James B. Zouras<br>Ryan F. Stephan</td><td>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N</td></tr>
</table>

| | |
|---|---|
| Stephan Zouras, LLC<br>222 W. Adams Street, Suite 2020<br>Chicago, IL 60606<br>dsweet@stephanzouras.com<br>jzouras@stephanzouras.com<br>rstephan@stephanzouras.com<br><br>**Innessa Melamed Huot**<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Counsel for Plaintiff Trocchio | Los Angeles, CA 90067-4700<br>jlondon@gibsondunn.com<br><br>Counsel for Defendant Zara USA, Inc. |
| **Cavallaro v. Target Corporation; NYS/7:26-cv-06165** | |
| **Hunter Jay Shkolnik**<br>Napoli Shkolnik<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Counsel for Plaintiff Cavallaro | **Michael W McTigue , Jr**<br>**Meredith Slawe**<br>**Shaud Gerard Tavakoli**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br><br>Counsel for Defendant Target Corporation |
| **Glase et al. v. Walmart Inc.; OHN/1:26-cv-00988** | |
| **Edward W. Cochran**<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edwardcochran@wowway.com<br><br>**Edward A. Proctor**<br>Mills, Mills, Fiely & Lucas<br>101 Central Plaza South, Ste. 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br><br>**Kevin G. Kozak**<br>Schneider Bell<br>1375 East 9th Street, Ste. 900<br>Cleveland, OH 44114<br>kkozak@mysblaw.com | **Carolyn A. DeLone**<br>**Rebecca Wilton**<br>Hogan Lovells Cadwalader<br>555 13th Street NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hlc.com<br><br>**Katherine B. Wellington**<br>Hogan Lovells Cadwalader<br>125 High Street, Ste. 2010<br>Boston, MA 02110<br>katherine.wellington@hoganlovells.com |

<table>
<tr><td>Theodore M. Dunn, Jr.<br>Thomas J. Connick<br>Schneider Bell<br>1111 Superior Avenue East, Ste. 2200<br>Cleveland, OH 44114-2652<br>tdunn@mysblaw.com<br>tconnick@mysblaw.com<br><br>Counsel for Plaintiffs Glase, and Haehn</td><td>Madison J. Kaufmann<br>Rebecca Chattin Lutzko<br>Baker & Hostetler<br>127 Public Square, Ste. 2000<br>Cleveland, OH 44114<br>mkaufmann@bakerlaw.com<br>rlutzko@bakerlaw.com<br><br>Counsel for Defendant Walmart Inc.</td></tr>
<tr><td colspan="2">Sangha v. Amazon.com Inc., et al.; OHN/1:26-cv-01777</td></tr>
<tr><td>Michael Jay Fuller, Jr<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, Puerto Rico 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Sangha</td><td>Daniel M. Finer<br>Morgan Lewis<br>One Oxford Centre<br>301 Grant Street, 32nd Floor<br>Pittsburgh, PA 15219<br>daniel.finer@morganlewis.com<br><br>Counsel for Defendants Amazon.com Inc., and Amazon.com Services LLC</td></tr>
<tr><td colspan="2">Meloy v. Home Depot, Inc.; OHN/5:26-cv-02103</td></tr>
<tr><td>George W. Cochran, III<br>Law Office of George W. Cochran<br>1981 Crossfield Circle<br>Kent, OH 44240<br>lawchrist@gmail.com<br><br>Counsel for Plaintiff Meloy</td><td>Home Depot, Inc.<br>2455 Paces Ferry Road<br>Atlanta, GA 30339<br><br>Defendant</td></tr>
<tr><td colspan="2">McCoy v. Lowe's Companies, Inc.; OHN/5:26-cv-02156</td></tr>
<tr><td>George W. Cochran, III<br>Law Office of George W. Cochran<br>1981 Crossfield Circle<br>Kent, OH 44240<br>lawchrist@gmail.com<br><br>Counsel for Plaintiff McCoy</td><td>Lowe's Companies, Inc.<br>1000 Lowe's Boulevard<br>Moroesville, NC 28117<br><br>Defendant</td></tr>
<tr><td colspan="2">Caldwell, et al v. Nike, Inc.; OR/3:26-cv-00923</td></tr>
<tr><td>Jennifer Rust Murray<br>Terrell Marshall Law Group PLLC<br>1700 Westlake Avenue North, Suite 300<br>Seattle, WA 98109<br>jmurray@terrellmarshall.com<br><br>Kaleigh Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700</td><td>B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com</td></tr>
</table>

Seattle, WA 98101
kboyd@mcnaul.com

**Gregory Haroutunian**
**M. Anderson Berry**
Emery Reddy PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
gregory@emeryreddy.com
anderson@emeryreddy.com

**Jason T. Dennett**
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

**Terence Coates**
Markovits, Stock & De Marco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com

**Nicole Maruzzi**
**Zachary Arbitman**
Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
nmaruzzi@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Counsel for Plaintiffs Caldwell, Taylor, Bailey, Merino, Johnson, Hoeffert, Linder, and Dunn

**Dylan J. Gould**
Markovits Stock & DeMarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
dgould@msdlegal.com

**Jonathan Tehan Deters**
Markovits, Stock & De Marco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202

**Anthony A. Todaro**
DLA Piper LLP
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
anthony.todaro@us.dlapiper.com

**Connor Rowinski**
**Keara Marie Gordon**
**Rachael Kessler**
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
connor.rowinski@us.dlapiper.com
keara.gordon@us.dlapiper.com
rachael.kessler@dlapiper.com

Counsel for Defendant Nike, Inc.

| | |
|---|---|
| jdeters@msdlegal.com<br><br>Counsel for Plaintiffs Caldwell, Taylor, Bailey, Merino, Johnson, Hoeffert, Linder, and Dunn, and Consolidated Plaintiffs White, Mancilla, Hufana | |
| **Downs v. Adidas America, Inc.; OR/3:26-cv-01008** | |
| **Kaleigh Boyd**<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>Counsel for Plaintiffs Downs, D. Gill, Lee, Reyes, Allen, T. Gill, St. George, Chang, Aris. Parisi, Quinn, Chaidez, and Hufana<br><br>**Brian Levin**<br>Levin Law P.A.<br>2665 S. Bayshore Drive, Ste Ph2b<br>Miami, FL 33133<br>brian@levinlawpa.com<br><br>Counsel for Plaintiffs D. Gill, Reyes, T. Gill, Chang, and Chaidez<br><br>**Nathan R. Ring**<br>Reese Ring Velto PLLC<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, NV 89102<br>nathan@rrvlawyers.com<br><br>**James Gerard Stranch, IV**<br>**Michael C. Tackeff**<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Ste 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>Counsel for Plaintiff Downs | **Stephen M. Feldman**<br>Ashurst Perkins Coie US LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>stephen.feldman@ashurstperkins.com<br><br>**Brandon Fetzer**<br>**Elliot Greenfield**<br>**Maeve O'Connor**<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>bfetzer@debevoise.com<br>egreenfield@debevoise.com<br>mloconno@debevoise.com<br><br>Counsel for Defendant Adidas America, Inc. |
| **Norberg et al v. On Inc.; OR/3:26-cv-01035** | |
| **Brady H. Mertz**<br>Brady Mertz, PC<br>685 Church St. NE | **David A. Perez**<br>**Megan K. Houlihan**<br>Morrison & Foerster LLP |

| | |
|---|---|
| Salem, OR 97302<br>brady@bradymertz.com<br><br>**Rick Klingbeil**<br>Rick Klingbeil, PC<br>1826 NE Broadway<br>Portland, OR 97232<br>rick@klingbeil-law.com<br><br>**Andrew T. Heldut**<br>McGuire Law, P.C.<br>55 West Wacker Drive, Ste 9th Fl.<br>Chicago, IL 60601<br>aheldut@mcgpc.com<br><br>**Myles McGuire**<br>McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br><br>Counsel for Plaintiffs Norberg, and Rich | 925 Fourth Avenue<br>Seattle, WA 98104<br>DavidPerez@mofo.com<br>mhoulihan@mofo.com<br><br>Counsel for Defendant On Inc. |
| **Tan v. Columbia Sportswear Company, et al; OR/3:26-cv-01170** | |
| **Andrew T. Heldut**<br>**Myles McGuire**<br>McGuire Law, P.C.<br>55 West Wacker Drive, Ste 9th Fl.<br>Chicago, IL 60601<br>aheldut@mcgpc.com<br>mmcguire@mcgpc.com<br><br>**Brady H. Mertz**<br>Brady Mertz, PC<br>685 Church St. NE<br>Salem, OR 97302<br>brady@bradymertz.com | **Rick Klingbeil**<br>Rick Klingbeil, PC<br>1826 NE Broadway<br>Portland, OR 97232<br>rick@klingbeil-law.com<br><br>Counsel for Plaintiff Tan |
| **Terrill, et al v. IKEA North America Services LLC, et al; PAE/2:26-cv-02774** | |
| **Clara Abramson**<br>**Donald R. Hall**<br>**Hae Sung Nam**<br>**Matthew Lindenmuth**<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>CAbramson@kaplanfox.com<br>dhall@kaplanfox.com | **Facundo Bouzat**<br>**Wilson Cole Smerconish**<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com |

hnam@kaplanfox.com
MLindenmuth@kaplanfox.com

**Benjamin F. Johns**
**Jonathan Shub**
Shub Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
Conshohocken, PA 19428
bjohns@shublawyers.com
jshub@shublawyers.com

**Laurence D. King**
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
lking@kaplanfox.com

Counsel for Plaintiffs Terrill, and Perez

**Jeffrey S. Goldenberg**
Goldenberg Schneider LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com

**Diana J. Zinser**
**Jeffrey J. Corrigan**
**Jeffrey L. Spector**
**William G. Caldes**
Spector Caldes & Corrigan, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
dzinser@scc.law
jcorrigan@scc.law
jspector@scc.law
bcaldes@scc.law

Counsel for Plaintiff Matthews

**Aaron L. Schwartz**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
aschwartz@kaplanfox.com

**Meegan Brooks**
Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Brooksm@Ballardspahr.Com

Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, and IKEA Property, Inc.

**Marcel S. Pratt**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
prattm@ballardspahr.com

Counsel for Defendant IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Digital US, LLC, INGKA Investments Real Estate US LLC, and INGKA Holding Overseas B.V. and INGKA Holding B.V.

<table>
<tr><td>Counsel for Plaintiffs Terrill, Perez,<br>Matthews, and Poniente</td><td></td></tr>
<tr><td colspan="2">Briggs, et al v. Costco Wholesale Corporation; WAW/2:26-cv-01064</td></tr>
<tr><td>George A. Donnelly , IV<br>Nicole A. Maruzzi<br>Zachary P. Arbitman<br>Feldman Shepherd Wohgelernter Tanner<br>Weinstock & Dodig<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>gdonnelly@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br>zarbitman@feldmanshepherd.com<br><br>Brook Garberding<br>Timothy W Emery<br>Emery Reddy PC<br>600 Stewart St, Ste 1100<br>Seattle, WA 98101<br>brook@emeryreddy.com<br>emeryt@emeryreddy.com<br><br>Jason T Dennett<br>Milberg PLLC<br>1700 7th Ave, Ste 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Michael Anderson Berry<br>Emery Reddy PC<br>333 University Ave, Ste 200<br>Sacramento, CA 95825<br>anderson@emeryreddy.com<br><br>Counsel for Plaintiffs Briggs, Carreon,<br>Charlton, Maldonado, Morse, Parker, and<br>Wygle</td><td>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson<br>350 South Grand Ave, 50th Fl<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br><br>Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission St, 27TH Fl<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Elaine Goldenberg<br>Munger Tolles & Olson LLP<br>601 Massachusetts Ave NW, Ste 500 E<br>Washington, DC 20004<br>elaine.goldenberg@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie Us LLP<br>1301 Second Ave, Ste 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>Counsel for Defendant Costco Wholesale<br>Corporation</td></tr>
<tr><td colspan="2">Hastings v. Microsoft Corporation; WAW/2:26-cv-02537</td></tr>
<tr><td>Samuel J Strauss<br>Strauss Borrelli PLLC<br>980 N Michigan Ave, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>Counsel for Plaintiff Hastings</td><td>James Moon<br>Davis Wright Tremaine LLP<br>350 S Grand Ave, 27TH FL<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com</td></tr>
</table>

| | |
|---|---|
| | **Laura Flahive Wu**<br>**Maeve McBride**<br>**Nathan Lange**<br>**Valerie Hletko**<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>**Emily Parsons**<br>Davis Wright Tremaine LLP<br>920 Fifth Ave, Ste 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>Counsel for Defendant Microsoft Corporation |

DATED this 9th day of September, 2026.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/ *Elizabeth B. Kinsman*

**Keith Ketterling**, OSB No. 913368
**Lydia Anderson-Dana**, OSB No. 166167
**Elizabeth Kinsman**, OSB No. 172956
**Kevin Flannery**, OSB No. 173457
**Anuj Shah**, OSB No. 243717
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
landersondana@stollberne.com
kflannery@stollberne.com
ashah@stollberne.com
ekinsman@stollberne.com

*Attorneys for Columbia Sportswear Company, Columbia Brands USA, LLC, and prAna Living, LLC*