**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL NO. 3202** |

**WITHDRAWAL OF APPEARANCE**

I, Jeffrey K. Brown, respectfully withdraw my appearance for Plaintiffs Jason Schoen and Miguel Hernandez in the above-referenced matter. Plaintiff Plaintiffs Jason Schoen and Miguel Hernandez will continue to be represented by Paul Doolittle.

Dated: September 9, 2026

**LEEDS BROWN LAW, P.C.**

By: ___*/s/ Jeffrey K. Brown*__________

Jeffrey K. Brown, Esq.
134 Mineola Blvd, 2nd Flr
Mineola, NY 11501
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com