**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) | MDL Docket No. 3202 |

**<u>PLAINTIFFS JOHN GLASE'S AND GREG HAEHN'S NOTICE OF NON-OPPOSITION TO MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407</u>**

Plaintiffs John Glase and Greg Haehn, the named plaintiffs in the related action, *John Glase, et al. v. Walmart Inc.*, No. 1:26-cv-00988, pending in the United States District Court for the Northern District of Ohio (the "Walmart Action"), respectfully notify the United States Judicial Panel on Multidistrict Litigation that they do not oppose transfer of this action to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, as requested in the pending Motion for Transfer of Actions (ECF Doc. 3).

Respectfully submitted,

*<u>/s/ Thomas J. Connick</u>*
Thomas J. Connick (0070527)
***SCHNEIDER BELL LLP***
1111 Superior E. Suite 2200
Cleveland, OH 44114
216-696-4200/ 216-696-7303 F

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) | MDL Docket No. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 10, 2026, the foregoing Notice of Non-Opposition was filed through the Court's CM/ECF system, which will send notice of the filing to all registered parties. The foregoing is also being sent to any unregistered parties by regular U.S. mail.

Respectfully submitted,

*/s/ Thomas J. Connick*

Thomas J. Connick (0070527)
***SCHNEIDER BELL LLP***
1111 Superior E. Suite 2200
Cleveland, OH 44114
216-696-4200/ 216-696-7303 F
tconnick@mysblaw.com