**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE:** Retailer Tariff Litigation **MDL No.** 3202

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response in Opposition were served on all parties in the following cases electronically via ECF, or as indicated below, on September 10, 2026.

| **1. *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.)** |
|---|
| Samuel J. Strauss<br>Strauss Borrelli PLLC<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br>***Via Email***<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br>***Via Email***<br><br>*Counsel for Plaintiff Trevor Hastings* |
| **2. *Meloy v. Home Depot, Inc.*, No. 5:26-cv-02103 (N.D. Ohio)** |
| Home Depot, Inc.<br>Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43125<br>***Via First Class Mail***<br><br>*Defendant Home Depot, Inc.* |

| | |
|---|---|
| **3. *Hutchins et al. v. WalMart, Inc.*, No. 5:26-cv-05086 (W.D. Ark.)** | |
| Charles Darwin Davidson, Sr<br>Davidson Law Firm, Ltd.<br>P.O. Box 1300<br>Little Rock, AR 72203-1300<br>skipd@dlf-ar.com<br>***Via Email***<br><br>Nickolas Dunn<br>Davidson Law Firm<br>724 Garland Street<br>Little Rock, AR 72201<br>nickd@dlf-ar.com<br>***Via Email***<br><br>*Counsel for Plaintiffs Nathan Hutchins and Jordan Lesh* | |
| **4. *Linda Norberg v. Deckers Outdoor Corporation*, No. 2:26-cv-07235 (C.D. Cal.)** | |
| Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br>***Via Email***<br><br>*Counsel for Plaintiffs Linda Norberg and Coty Kelly* | P. Craig Cardon<br>Jay T. Ramsey<br>Patrick David Rubalcava, IV<br>Sheppard Mullin Richter and Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>ccardon@sheppardmullin.com<br>jramsey@sheppardmullin.com<br>PRubalcava@sheppardmullin.com<br>***Via Email***<br><br>*Counsel for Defendant Deckers Outdoor Corporation* |
| **5. *Maximilian Mann v. Valero Energy Corporation et al.*, No. 8:26-cv-01635 (C.D. Cal.)** | |
| Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>312-893-7002<br>eturin@mcgpc.com<br>***Via Email***<br><br>*Counsel for Plaintiff Maximilian Mann* | Rachel Anna Beck<br>Faegre Drinker Biddle and Reath LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>rachel.beck@faegredrinker.com<br>***Via Email***<br><br>David Belcher<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>david.belcher@faegredrinker.com |

| | |
|---|---|
| | ***Via Email***<br><br>*Counsel for Defendants Valero Energy Corporation and Valero Marketing and Supply Company* |
| **6. *Hunter v. Lenovo (United States) Inc., et al.*, No. 1:26-cv-07403 (N.D. Ill.)** | |
| Melissa Anne Siebert<br>Cozen O'Connor<br>123 N. Wacker Dr.<br>18th Floor<br>Chicago, IL 60606<br>msiebert@cozen.com<br>***Via Email***<br><br>Max Evan Kaplan<br>Cozen O'Connor<br>1650 Market Street<br>Suite 2800<br>Philadelphia, PA 19130<br>mkaplan@cozen.com<br>***Via Email***<br><br>*Counsel for Defendants Lenovo (United States) Inc., Lenovo Global Technology (United States) Inc., and Motorola Mobility LLC* | |
| **7. *Leyva v. MII Brand Import, LLC et al.*, No. 1:26-cv-08502 (N.D. Ill.)** | |
| Michael W. McTigue Jr.<br>Meredith C Slawe<br>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>***Via Email***<br><br>William Ridgway<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>320 S. Canal St.<br>Ste 47th Floor<br>Chicago, IL 60606-5707<br>william.ridgway@skadden.com<br>***Via Email*** | |

*Counsel for Defendants MII Brand Import, LLC, VS Direct Fulfillment, LLC, VS Service Company, LLC, Victoria's Secret Direct Brand Management, LLC, Victoria's Secret Stores Brand Management, LLC*

**8. *Barnes v. Nikon Inc.*, No. 2:26-cv-04940 (E.D. N.Y.)**

Nikon Inc.
1300 Walt Whitman Road
Melville, NY 11747
***Via First Class Mail***

*Defendant Nikon Inc.*

**9. *McCoy v. Lowe's Companies, Inc.*, No. 5:26-cv-02156 (N.D. Ohio)**

Lowe's Companies, Inc.
c/o Juliette W. Pryo
1000 Lowe's Boulevard
Mooresville, NC 28117
***Via First Class Mail***

*Defendant Lowe's Companies, Inc.*

**10-11. *Norberg et al. v. On Inc.*, No. 3:26-cv-01035 (D. Or.) and *Tan v. Columbia Sportswear Company et al.*, No. 3:26-cv-01170 (D. Or.)**

Rick Klingbeil
Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
rick@klingbeil-law.com
***Via Email***

Andrew T. Heldut
Myles McGuire
Evan Meyers
McGuire Law, P.C.
55 W. Wacker Dr.
9th Floor
Chicago, IL 60601
aheldut@mcgpc.com
mmcguire@mcgpc.com
emeyers@mcgpc.com
***Via Email***

Brady H. Mertz
Brady Mertz, PC
685 Church St. NE

| |
|---|
| Salem, OR 97302<br>brady@bradymertz.com<br>***Via Email***<br><br>*Counsel for Plaintiffs Linda Norberg and Dora Rich* |
| **12. *Redden-Drake v. Ralph Lauren Corporation*, No. 1:26-cv-04029 (S.D. N.Y.)** |
| Bridget Ansel<br>Ballard Spahr LLP<br>1675 Broadway<br>19th Floor<br>New York, NY 10019<br>anselb@ballardspahr.com<br>***Via Email***<br><br>*Counsel for Defendant Ralph Lauren Corporation* |
| **13. *Wilson v. Levi Strauss & Co.*, No. 2:26-cv-01904 (E.D. La.)** |
| Andre Robert Belanger<br>Go Big Injury Law<br>1 Glenlake Parkway NE<br>Suite 650<br>Sandy Springs, GA 30328<br>andre.belanger@poulinwilley.com<br>***Via Email***<br><br>*Counsel for Plaintiff Trinese Raquel Scott Wilson* |
| **14. *Ortiz v. Costco Wholesale Corporation*, No. 3:26-cv-01164 (D. P.R.)** |
| Julián R. Rivera-Aspinall<br>Eduardo R. Jenks<br>Rivera-Aspinall, Garriga & Fernandini<br>PSC 1647 Adams St.<br>Summit Hills San Juan, PR 00920<br>aspinall@ragflaw.com<br>edjenks@yahoo.com<br>***Via Email***<br><br>Francisco E. Colón-Ramírez<br>Colon Ramirez LLC<br>PO Box 361920<br>San Juan, PR 00936-1920<br>fecolon@colonramirez.com<br>***Via Email*** |

Luis G. Martinez-Llorens
1225 Ponce de Leon Ave.
VIG Tower Suite 1406
San Juan, PR 00907
lmartinez@lmlawpr.com
***Via Email***

*Counsel for Plaintiff Guillermo J. Ortiz*

DATED: September 10, 2026

Respectfully Submitted,

By: *\/s/ Brad D. Brian*

BRAD D. BRIAN
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Email: brad.brian@mto.com

*Counsel for Costco Wholesale Corporation*