**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |
|---|---|

**SCHEDULE OF PENDING ACTIONS**

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | *In re Sony Interactive Entertainment Tariff Litigation*<br>Amorey Walker<br>Bryce Foster-Quarles<br>Jamal Qureshi | Sony Interactive Entertainment LLC | U.S. District Court, Northern District of California | 3:26-cv-04121 | Judge Charles R. Breyer |
| 2. | Zuania Martínez | Target Corporation | U.S. District Court, Middle District of Florida | 3:26-cv-01807 | Judge Marcia Morales Howard |
| 3. | Sharon Lasseter | Amazon.com, Inc. | U.S. District Court, Middle District of Florida | 8:26-cv-02019 | Judge William F. Jung |
| 4. | Matthew Stockov | Costco Wholesale Corporation | U.S. District Court, Northern District of Illinois | 1:26-cv-02734 | Judge Steven C. Seeger |
| 5. | Lola Russell | Whaleco Inc. | U.S. District Court, Northern District of Illinois | 1:26-cv-04296 | Judge Sharon Johnson Coleman |
| 6. | Lola Russell | Shein Distribution Corporation<br>Shein US Services, LLC | U.S. District Court, Northern District of Illinois | 1:26-cv-04533 | Judge Joan H. Lefkow |



011388-11/5140972 V1

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | | Shein Technology LLC | | | |
| 7. | Melanie Mulconrey | The J.M. Smucker Company | U.S. District Court, Northern District of Illinois | 1:26-cv-08832 | Judge Charles P. Kocoras |
| 8. | Daniel Lemense | Puma United North America, LLC<br>Puma North America, Inc.<br>United Legwear Company, LLC | U.S. District Court, District of Massachusetts | 1:26-cv-12654 | Judge Julia E. Kobick |
| 9. | Tonysha Emerson | Amazon.com, Inc.<br>Amazon.com Services LLC | U.S. District Court, Eastern District of Michigan | 2:26-cv-12614 | Judge Terrence G. Berg |
| 10. | Luisa Spadafino | Amazon.com, Inc.<br>Amazon.com Services LLC | U.S. District Court, District of New Jersey | 2:26-cv-10023 | Judge Michael E. Farbiarz |
| 11. | Louis Burgh<br>Christopher Figler<br>Amando Mercado<br>Xochilt Smith<br>Nathan Ward – Terminated on 07/02/2026 | EssilorLuxottica S.A.<br>Luxottica of America, Inc.<br>Essilor of America, Inc.<br>EssilorLuxottica USA Inc. | U.S. District Court, Eastern District of New York | 1:26-cv-01133 | Judge Ramon E. Reyes Jr. |
| 12. | Miguel Hernandez<br>Jason Schoen | adidas America, Inc. | U.S. District Court, Eastern District of New York | 1:26-cv-02848 | Judge Eric N. Vitaliano |
| 13. | Gregory Rittenhouse | Amazon.com, Inc. | U.S. District Court, Eastern District of New York | 2:26-cv-03392 | Judge Gary R. Brown |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 14. | Don Polistico | Amazon.com, Inc.<br>Amazon.com Services LLC | U.S. District Court, Eastern District of New York | 1:26-cv-04194 | Judge Gary R. Brown |
| 15. | Damany Browne | Target Corporation | U.S. District Court, Eastern District of New York | 1:26-cv-04959 | pending |
| 16. | Lynnea Trocchio | Zara USA, Inc. | U.S. District Court, Southern District of New York | 1:26-cv-05009 | Judge Victor Marrero |
| 17. | Patricia Cavallaro | Target Corporation | U.S. District Court, Southern District of New York | 7:26-cv-06165 | Judge Kenneth M. Karas |
| 18. | John Glase<br>Greg Haehn<br>Adam Falkner – Terminated on 06/29/2026<br>Kristin Falkner – Terminated on 06/29/2026 | Walmart Inc. | U.S. District Court, Northern District of Ohio | 1:26-cv-00988 | Judge David A. Ruiz |
| 19. | Parveen Sangha | Amazon.com Inc.<br>Amazon.com Services LLC | U.S. District Court, Northern District of Ohio | 1:26-cv-01777 | Judge Patricia A. Gaughan |
| 20. | Diann Caldwell<br>Phillip Taylor<br>Rachel Bailey<br>Roman Merino<br>Tyranika Johnson<br>Gregory Hoffert<br>Elzey Linder<br>James Dunn | Nike, Inc. | U.S. District Court, District of Oregon | 3:26-cv-00923 | Judge Karin J. Immergut |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Consolidated Plaintiffs –<br>Robert White<br>Javier Mancilla<br>Chris Hufana | | | | |
| 21. | Amber Downs<br>Dhaman Gill<br>Lakenya Lee<br>Alvyn Hernandez Reyes<br>Sonya Allen<br>Taje Gill<br>Nicole St. George<br>Franklin Chang<br>Carlos Aris<br>Aaron Parisi<br>Paul Quinn<br>Antonio Chaidez<br>Chris Hufana | adidas America, Inc. | U.S. District Court, District of Oregon | 3:26-cv-01008 | Magistrate Judge Jolie A. Russo |
| 22. | Patrick Terrill<br>Brenda Perez<br>Lisa Matthews<br>Gezille Poniente | IKEA North America Services LLC<br>IKEA US Retail LLC<br>Ikea Property, Inc.<br>Ikea Holding US Inc. – Terminated on 08/05/2026<br>Ingka Holding Overseas B.V.<br>Ingka Holding B.V.<br>Ingka Procurement LLC<br>Ingka Digital US, LLC<br>Ingka Investments Real Estate US LLC | U.S. District Court, Eastern District of Pennsylvania | 2:26-cv-02774 | Judge Juan R. Sanchez |
| 23. | David Briggs<br>Marcus Carreon<br>Erin Charlton<br>Emily Maldonado | Costco Wholesale Corporation | U.S. District Court, Western | 2:26-cv-01064 | Judge Jamal N. Whitehead |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Kelsey Morse<br>Ashley Parker<br>Karyn Wygle | | District of Washington | | |
| 24. | *In re Amazon Tariff Litigation*<br>Lisa Markland – Terminated on 07/30/2026<br>Mari Cartagenova<br>Kathleen Holm<br>Jerry Kmiec<br>Jeffrey Price<br><br>Consolidated Plaintiff – Howard Rosen | Amazon.com Inc. | U.S. District Court, Western District of Washington | 2:26-cv-01670 | Judge Tana Lin |
| 25. | Trevor Hastings | Microsoft Corporation | U.S. District Court, Western District of Washington | 2:26-cv-02537 | Judge Michelle L. Peterson |
| 26. | Shonda Redden-Drake* | Ralph Lauren Corporation | U.S. District Court, Southern District of New York | 1:26-cv-04029 | Judge Jennifer L. Rochon |
| 27. | Michael Nolen*<br>Marlon Vera | Canon U.S.A., Inc. | U.S. District Court, Eastern District of New York | 2:26-cv-04939 | Judge Anne Y. Shields |
| 28. | Marc Barnes* | Nikon Inc. | U.S. District Court, Eastern District of New York | 2:26-cv-04940 | Judge James M. Wicks |
| 29. | Cristina Leyva* | MII Brand Import, LLC<br>Victoria's Secret Stores Brand Management, LLC | U.S. District Court, Northern District of Illinois | 1:26-cv-08502 | Judge Franklin U. Valderrama |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | | Victoria's Secret Direct Brand Management, LLC<br>VS Direct Fulfillment, LLC<br>VS Service Company, LLC | | | |
| 30. | Nathan Hutchins*<br>Jordan Lesh | Walmart, Inc. | U.S. District Court, Western District of Arkansas | 5:26-cv-05086 | Judge Timothy L. Brooks |
| 31. | James McCoy* | Lowe's Companies, Inc. | U.S. District Court, Northern District of Ohio | 5:26-cv-02156 | Judge John R. Adams |
| 32. | Linda Norberg*<br>Coty Kelly | Deckers Outdoor Corporation | U.S. District Court, Central District of California | 2:26-cv-07235 | Judge Dolly M. Gee |
| 33. | Maximilian Mann* | Valero Energy Corporation<br>Valero Marketing and Supply Company | U.S. District Court, Central District of California | 8:26-cv-01635 | Judge David O. Carter |
| 34. | Evette Tan* | Columbia Sportswear Company<br>Columbia Brands USA, LLC<br>Prana Living, LLC | U.S. District Court, District of Oregon | 3:26-cv-01170 | Judge Adrienne Nelson |
| 35. | Linda Norberg*<br>Dora Rich | ON Inc. | U.S. District Court, District of Oregon | 3:26-cv-01035 | Judge Jolie A. Russo |
| 36. | Tyrone Hunter* | Lenovo (United States) Inc.<br>Lenovo Global Technology (United States) Inc.<br>Motorola Mobility, LLC | U.S. District Court, Northern District of Illinois | 1:26-cv-07403 | Judge Manish S. Shah |

| | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 37. | Richard Meloy* | Home Depot, Inc. | U.S. District Court, Northern District of Ohio | 1:26-cv-02103 | Judge Sara Lioi |
| 38. | John Adams* | IKEA Distribution Services, Inc.<br>IKEA North America Services LLC<br>IKEA US Retail LLC<br>IKEA Property Inc.<br>IKEA Supply AG | U.S. District Court, Northern District of Illinois | 1:26-cv-07154 | Judge Edmond E. Chang |
| 39. | Robert Iglesias | Levi Strauss & Co. | U.S. District Court, Northern District of California | 3:26-cv-6100 | Judge Jacqueline Scott Corley |
| 40. | Trinese Raquel Scott Wilson | Levi Strauss & Co. | U.S. District Court, Eastern District of Louisiana | 2:26-cv-1904 | Judge Jane Triche Milazzo |

* indicates Tag Along Action.