**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Interested Party Response in Support of Transfer and Centralization Pursuant to 28 U.S.C. § 1407 was electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on September 10, 2026 through the CM/ECF system, which sent notice of electronic filing to all registered parties in the action at their associated email addresses.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Evan M. Meyers*