**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE:** Retailer Tariff Litigation **MDL No.** 3202

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response in Opposition were served on all parties in the following cases electronically via ECF, or as indicated below, on September 11, 2026.

| **1. *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.)** |
| --- |
| Samuel J. Strauss<br>Strauss Borrelli PLLC<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br>***Via Email***<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br>***Via Email***<br><br>*Counsel for Plaintiff Trevor Hastings* |
| **2. *Meloy v. Home Depot, Inc.*, No. 5:26-cv-02103 (N.D. Ohio)** |
| Home Depot, Inc.<br>Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43125<br>***Via First Class Mail***<br><br>*Defendant Home Depot, Inc.* |

<table>
<tr><th colspan="2">3. Hutchins et al. v. WalMart, Inc., No. 5:26-cv-05086 (W.D. Ark.)</th></tr>
<tr><td colspan="2">Charles Darwin Davidson, Sr<br>Davidson Law Firm, Ltd.<br>P.O. Box 1300<br>Little Rock, AR 72203-1300<br>skipd@dlf-ar.com<br>Via Email<br><br>Nickolas Dunn<br>Davidson Law Firm<br>724 Garland Street<br>Little Rock, AR 72201<br>nickd@dlf-ar.com<br>Via Email<br><br>Counsel for Plaintiffs Nathan Hutchins and Jordan Lesh</td></tr>
<tr><th colspan="2">4. Linda Norberg v. Deckers Outdoor Corporation, No. 2:26-cv-07235 (C.D. Cal.)</th></tr>
<tr><td colspan="2">Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br>Via Email<br><br>Counsel for Plaintiffs Linda Norberg and Coty Kelly</td></tr>
<tr><th colspan="2">5. Maximilian Mann v. Valero Energy Corporation et al., No. 8:26-cv-01635 (C.D. Cal.)</th></tr>
<tr><td>Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>312-893-7002<br>eturin@mcgpc.com<br>Via Email<br><br>Counsel for Plaintiff Maximilian Mann</td><td>Rachel Anna Beck<br>Faegre Drinker Biddle and Reath LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>rachel.beck@faegredrinker.com<br>Via Email<br><br>David Belcher<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>david.belcher@faegredrinker.com<br>Via Email<br><br>Counsel for Defendants Valero Energy Corporation and Valero Marketing and Supply Company</td></tr>
</table>

| |
|---|
| **6. *Hunter v. Lenovo (United States) Inc., et al.*, No. 1:26-cv-07403 (N.D. Ill.)** |
| Melissa Anne Siebert<br>Cozen O'Connor<br>123 N. Wacker Dr.<br>18th Floor<br>Chicago, IL 60606<br>msiebert@cozen.com<br>***Via Email***<br><br>Max Evan Kaplan<br>Cozen O'Connor<br>1650 Market Street<br>Suite 2800<br>Philadelphia, PA 19130<br>mkaplan@cozen.com<br>***Via Email***<br><br>*Counsel for Defendants Lenovo (United States) Inc., Lenovo Global Technology (United States) Inc., and Motorola Mobility LLC* |
| **7. *Leyva v. MII Brand Import, LLC et al.*, No. 1:26-cv-08502 (N.D. Ill.)** |
| Michael W. McTigue Jr.<br>Meredith C Slawe<br>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>***Via Email***<br><br>William Ridgway<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>320 S. Canal St.<br>Ste 47th Floor<br>Chicago, IL 60606-5707<br>william.ridgway@skadden.com<br>***Via Email***<br><br>*Counsel for Defendants MII Brand Import, LLC, VS Direct Fulfillment, LLC, VS Service Company, LLC, Victoria's Secret Direct Brand Management, LLC, Victoria's Secret Stores Brand Management, LLC* |
| **8. *Barnes v. Nikon Inc.*, No. 2:26-cv-04940 (E.D. N.Y.)** |

| |
|---|
| Nikon Inc.<br>1300 Walt Whitman Road<br>Melville, NY 11747<br>***Via First Class Mail***<br><br>*Defendant Nikon Inc.* |
| **9. *McCoy v. Lowe's Companies, Inc.*, No. 5:26-cv-02156 (N.D. Ohio)** |
| Lowe's Companies, Inc.<br>c/o Juliette W. Pryo<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117<br>***Via First Class Mail***<br><br>*Defendant Lowe's Companies, Inc.* |
| **10. *Redden-Drake v. Ralph Lauren Corporation*, No. 1:26-cv-04029 (S.D. N.Y.)** |
| Bridget Ansel<br>Ballard Spahr LLP<br>1675 Broadway<br>19th Floor<br>New York, NY 10019<br>anselb@ballardspahr.com<br>***Via Email***<br><br>*Counsel for Defendant Ralph Lauren Corporation* |
| **11. *Wilson v. Levi Strauss & Co.*, No. 2:26-cv-01904 (E.D. La.)** |
| Andre Robert Belanger<br>Go Big Injury Law<br>1 Glenlake Parkway NE<br>Suite 650<br>Sandy Springs, GA 30328<br>andre.belanger@poulinwilley.com<br>***Via Email***<br><br>*Counsel for Plaintiff Trinese Raquel Scott Wilson* |
| **12. *Ortiz v. Costco Wholesale Corporation*, No. 3:26-cv-01164 (D. P.R.)** |
| Julián R. Rivera-Aspinall<br>Eduardo R. Jenks<br>Rivera-Aspinall, Garriga & Fernandini<br>PSC 1647 Adams St.<br>Summit Hills San Juan, PR 00920 |

| |
|---|
| aspinall@ragflaw.com<br>edjenks@yahoo.com<br>***Via Email***<br><br>Francisco E. Colón-Ramírez<br>Colon Ramirez LLC<br>PO Box 361920<br>San Juan, PR 00936-1920<br>fecolon@colonramirez.com<br>***Via Email***<br><br>Luis G. Martinez-Llorens<br>1225 Ponce de Leon Ave.<br>VIG Tower Suite 1406<br>San Juan, PR 00907<br>lmartinez@lmlawpr.com<br>***Via Email***<br><br>*Counsel for Plaintiff Guillermo J. Ortiz* |
| **13-14. S*un et al. v. Target Corp.*, No. 2:26-cv-06391 (E.D. Pa.) and *Camacho et al v. Target Corp.*, No. 3:26-cv-08704 (N.D. Cal.)** |
| Jason H Kim<br>Schneider Wallace Cottrell Kim LLP<br>300 S Grand Avenue<br>Suite 2700<br>Los Angeles, CA 90071<br>jkim@schneiderwallace.com<br>***Via Email***<br><br>Raymond S. Levine<br>Todd M. Schneider<br>Schneider Wallace Cottrell Konecky LLP<br>2000 Powell Street<br>Suite 1400<br>Emeryville, CA 94608<br>rlevine@schneiderwallace.com<br>tschneider@schneiderwallace.com<br>***Via Email***<br><br>Noah A. Messing<br>Messing & Spector LLP<br>230 Park Avenue<br>Ste 3rd Floor<br>New York, NY 10169<br>nm@messingspector.com<br>***Via Email*** |

| |
|---|
| Phillip Michael Spector<br>Messing & Spector LLP<br>145 West Ostend Street<br>Ste 600<br>Baltimore, MD 21230<br>ps@messingspector.com<br>***Via Email***<br><br>Laura Mummert<br>Lite DePalma Greenberg & Afanador, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>lmummert@litedepalma.com<br>***Via Email***<br><br>*Counsel for Plaintiffs Alexis Fennessy, Barbara Grazioli, Christina Hill, Latonya Wright, Lauren Wolf, Mary Sun, Parveen Sangha, Rozaliya Ripa, and William Wolf* |
| **14. *Johnson et al. v. Puma United North America, LLC*, No. 1:26-cv-13987 (D. Ma.)** |
| Matthew Patton<br>Patton Legal, P.C.<br>161 Savin Hill Ave<br>Boston, MA 02125<br>mpatton@pattonlegalpc.com<br>***Via Email***<br><br>*Counsel for Plaintiffs Carl Johnon and Mchael Smith* |

DATED: September 11, 2026

Respectfully Submitted,

By: */s/ Brad D. Brian*

BRAD D. BRIAN
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Email: brad.brian@mto.com

*Counsel for Costco Wholesale Corporation*