**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) | MDL Docket No. 3202 |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Plaintiffs John Glase and Greg Haehn ("Plaintiffs"), by and through undersigned counsel, hereby withdraw the Motion for Leave to File Notice of Appearance, ECF Doc. 110, filed on September 10, 2026. Plaintiffs are withdrawing ECF Doc. 110 because leave of Court was not required to file the Notice of Appearance. For the avoidance of doubt, Plaintiffs' Notice of Appearance, ECF Doc. 111, remains filed of record and is not withdrawn.

Respectfully submitted,

*/s/ Thomas J. Connick*

Thomas J. Connick (0070527)
***SCHNEIDER BELL LLP***
1111 Superior E. Suite 2200
Cleveland, OH 44114
216-696-4200/ 216-696-7303 F
tconnick@mysblaw.com

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | )<br>)<br>) | MDL Docket No. 3202 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 11, 2026, the foregoing Notice of Withdrawal of Motion for Leave to File Notice of Appearance was filed through the Court's CM/ECF system, which will transmit notice of this filing to all registered parties of record.

Respectfully submitted,

*/s/ Thomas J. Connick*

Thomas J. Connick (0070527)
***SCHNEIDER BELL LLP***
1111 Superior E. Suite 2200
Cleveland, OH 44114
216-696-4200/ 216-696-7303 F
tconnick@mysblaw.com