**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: RETAILER TARIFF LITIGATION**

**MDL No. 3202**

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| John Adams | IKEA Distribution Services Inc.; IKEA North America Services, LLC; IKEA US Retail LLC; IKEA Property, Inc.; IKEA Supply AG | N.D. Illinois | 1:26-cv-07154 | Hon. Edmond E. Chang |
| Tyrone Hunter | Lenovo United States Inc.; Lenovo Global Technology (United States) Inc.; Motorola Mobility LLC | N.D. Illinois | 1:26-cv-07403 | Hon. Manish S. Shah |
| Cristina Leyva | MII Brand Import, LLC; Victoria’s Secret Stores Brand Management, LLC; Victoria’s Secret Direct Brand Management, LLC; VS Direct Fulfillment, LLC; VS Service Company, LLC | N.D. Illinois | 1:26-cv-08502 | Hon. Franklin U. Valderrama |
| Linda Norberg, Dora Rich | On Inc. | D. Oregon | 3:26-cv-01035 | Hon. Jolie A. Russo |
| Evette Tan | Columbia Sportswear Company; Columbia Brands USA, LLC; prAna Living, LLC | D. Oregon | 3:26-cv-01170 | Hon. Adrienne Nelson |

| | | | | |
|---|---|---|---|---|
| Maximilian Mann | Valero Energy Corporation; Valero Marketing and Supply Company | C.D. California | 8:26-cv-01635 | Hon. David O. Carter |
| Linda Norberg, Coty Kelly | Deckers Outdoor Corporation | C.D. California | 2:26-cv-07235 | Hon. Dolly M. Gee |