**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**NOTICE OF RELATED ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Nikon Americas Inc. and Nikon Inc., by and through their undersigned counsel, hereby provide notice to the Clerk of the Panel of the following action, which may be considered related to *In re Retailer Tariff Litigation*, MDL No. 3202:

*Scheflen v. Nikon Americas Inc. et al.*, E.D.N.Y., 2:26-cv-05455-JMW.

This potential related action is listed on the accompanying Schedule of Actions. The docket sheet and complaint are attached.

Dated: September 18, 2026

HUGHES HUBBARD & REED LLP

By: */s/ Seth D. Rothman*
Seth D. Rothman
Emma L. Baratta

One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
seth.rothman@hugheshubbard.com
emma.baratta@hugheshubbard.com

Attorneys for Nikon Americas Inc. and Nikon Inc.