**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**NOTICE OF POTENTIAL TAG-ALONG SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Mark Scheflen<br><br>**Defendant:** Nikon Americas Inc., Nikon Inc. | Eastern District of New York | 2:26-cv-5455-JMW | Hon. James M. Wicks |

Dated: September 18, 2026

HUGHES HUBBARD & REED LLP

By: */s/ Seth D. Rothman*
Seth D. Rothman
Emma L. Baratta

One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
seth.rothman@hugheshubbard.com
emma.baratta@hugheshubbard.com

Attorneys for Nikon Americas Inc. and Nikon Inc.