**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 21, 2026, a true and correct copy of the foregoing Notice of Related Action was electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will send notice of this filing to all parties registered to receive service via CM/ECF. I further certify that true and correct copies of this filing will be sent to all parties involved in the potential related action via first class mail and electronic mail:

Deborah De Villa
AHDOOT & WOLFSON, PC
521 5th Avenue, 17th Floor
New York, NY 10175
Tel: (917) 336-0171
Fax: (917) 336-0177
ddevilla@ahdootwolfson.com

Andrew W. Ferich
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

Marc H. Edelson
EDELSON LECHTZIN, LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
Tel: (215) 867-2399
elechtzin@edelson-law.com

Attorneys for Plaintiff Mark Scheflen

Dated: September 21, 2026

HUGHES HUBBARD & REED LLP

By: */s/ Seth D. Rothman*
Seth D. Rothman
Emma L. Baratta

One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
seth.rothman@hugheshubbard.com
emma.baratta@hugheshubbard.com

Attorneys for Nikon Americas Inc. and Nikon Inc.