**U.S. District Court**
**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:26-cv-05455-JMW**

Scheflen v. Nikon Americas Inc. et al
Assigned to: Magistrate Judge James M. Wicks
Demand: $5,000,000
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 09/02/2026
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Mark Scheflen**
*individually and on behalf of all others similarly situated*

represented by **Deborah Marie D De Villa**
Ahdoot & Wolfson, PC
521 5th Avenue
17th Floor
New York, NY 10175
917-336-0171
Fax: 917-336-0177
Email: ddevilla@ahdootwolfson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nikon Americas Inc.**

**Defendant**

**Nikon Inc.**

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT (Class Action) against Nikon Americas Inc., Nikon Inc. filing fee $ 405, receipt number ANYEDC-20595125 Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Mark Scheflen. (Attachments: # 1 Civil Cover Sheet (CCS), # 2 Proposed Summons as to Nikon Americas Inc., # 3 Proposed Summons as to Nikon Inc.) (De Villa, Deborah Marie) (Entered: 09/02/2026) | 09/02/2026 |
| 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (LJ) (Entered: 09/03/2026) | 09/03/2026 |
| 3 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case under the EDNY Direct Assignment Program, governed by EDNY Administrative Order 2025-14. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent form unless all parties have signed the consent form. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2025-14, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2025-14 and other materials related to the EDNY Direct Assignment Program on the Court's website: https://www.nyed.uscourts.gov/bulletin-direct-assignment-program. (LJ) (Entered: 09/03/2026) | 09/03/2026 |
| 4 | Summons Issued as to Nikon Americas Inc., Nikon Inc. (LJ) (Entered: 09/03/2026) | 09/03/2026 |
| 5 | Notice of Related Case: The Civil Cover Sheet filed in this civil action indicates a related case. (LJ) (Entered: 09/03/2026) | 09/03/2026 |
| | Case Assigned to Magistrate Judge James M. Wicks. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LJ) (Entered: 09/03/2026) | 09/03/2026 |
| 6 | WAIVER OF SERVICE Returned Executed by Mark Scheflen. Nikon Americas Inc. waiver sent on 9/10/2026, answer due 11/9/2026; Nikon Inc. waiver sent on 9/10/2026, answer due 11/9/2026. (De Villa, Deborah Marie) (Entered: 09/11/2026) | 09/11/2026 |
| 7 | NOTICE of Appearance by Seth D. Rothman on behalf of Nikon Americas Inc., Nikon Inc. (aty to be noticed) (Rothman, Seth) (Entered: 09/17/2026) | 09/17/2026 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8 | Corporate Disclosure Statement by Nikon Americas Inc., Nikon Inc. identifying Corporate Parent Nikon Corporation for Nikon Americas Inc., Nikon Inc.. (Rothman, Seth) (Entered: 09/17/2026) | 09/17/2026 |
| 9 | NOTICE of Appearance by Emma Leigh Baratta on behalf of Nikon Americas Inc., Nikon Inc. (aty to be noticed) (Baratta, Emma) (Entered: 09/18/2026) | 09/18/2026 |