# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3202 & Title - **IN RE**: **Retailer Tariff Litigatgion**

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

**Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc.**

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

**See Attached Schedule of Actions**

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

September 30, 2026 — Date

/s/ S. Stewart Haskins — Signature of Attorney or Designee

**Name and Address of Designated Attorney:** S. Stewart Haskins
King & Spalding LLP
1180 Peachtree Street, N.E, Suite 1600, Atlanta, GA 30309

Telephone No.: 404-572-4600 Fax No.: 404-572-5100

Email Address: shaskins@kslaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: RETAILER TARIFF LITIGATION ) MDL No. 3202
)

**SCHEDULE OF ACTIONS**

| NO. | CAPTION | DISTRICT COURT | CIVIL ACTION NUMBER | JUDGE |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>Richard Meloy<br><br>**Defendants:**<br>Home Depot, Inc. [sic] | U.S.D.C. for the Northern District of Ohio (Akron Division) | 5:26-cv-02103 | Chief District Judge Sara Lioi |
| 2 | **Plaintiffs:**<br>John Neal, Veronica Camaioni, Maribel Moncayo, Kayla Ebenhoeh, Shauna Silver, Anntwanette Jones, Patrica Andros, Meagan Cohen<br><br>**Defendants:**<br>Home Depot U.S.A., Inc.<br>The Home Depot, Inc. | U.S.D.C. for the Northern District of California (San Francisco Division) | 3:26-cv-08315 | Magistrate Judge Joseph C. Spero (pursuant to 28 U.S.C. § 636(c)) |