BEFORE THE UNITED STATES PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**NOTICE OF RELATED ACTION**

In accordance with Rules 6.2(d) and 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Sharon Rabadi writes to notify the Panel of the following related action: *Rabadi v. Walmart, Inc.*, No. 3:26-cv-01697 (D. Conn.), filed on September 30, 2026. The docket sheet and complaint are attached as Exhibit A.

DATED: October 1, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON

*/s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com

*Attorneys for Plaintiff Sharon Rabadi,*
*No. 3:26-cv-01697 (D. Conn.)*