BEFORE THE UNITED STATES PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Related Action, Schedule of Action, and this Proof of Service were electronically filed with the Court's Office using the Court's CM/ECF system and served upon all counsel of record by this Court's CM/ECF system, and also to the following:

**Via U.S. Mail:**

Walmart, Inc.
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DATED: October 1, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON

*/s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com

*Attorneys for Plaintiff Sharon Rabadi, No. 3:26-cv-01697 (D. Conn.)*