**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel, hereby provides notice to the Clerk of the Panel of the following action, which may be considered related to *In re Retailer Tariff Litigation*, MDL No. 3202:

*Soffer v. Mango MNG USA, Inc. et al.*, S.D.N.Y., 1:26-cv-06580

This potential related action is listed on the accompanying Schedule of Actions. The docket sheet and complaint are attached.

Dated: October 5, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Julian C. Diamond*
Julian C. Diamond

Julian C. Diamond
Joseph I. Marchese
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: jdiamond @bursor.com
jmarchese@bursor.com

*Attorneys for Plaintiff Muriel Soffer*