**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**NOTICE OF POTENTIAL TAG-ALONG SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Muriel Soffer<br><br>**Defendants:**<br>Mango MNG USA, Inc. and Mango NY, Inc. | Southern District of New York | 1:26-cv-06580-MKV | Hon. Mary Kay Vyskocil |

Dated: October 5, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Julian C. Diamond*
Julian C. Diamond

Julian C. Diamond
Joseph I. Marchese
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: jdiamond @bursor.com
jmarchese@bursor.com

*Attorneys for Plaintiff Muriel Soffer*