**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL NO. 3202 |

**PROOF OF SERVICE**

I hereby certify that on October 5, 2026, the foregoing Notice of Potential Tag-Along Action was electronically filed with the Clerk of the Panel via CM/ECF, which sends electronic notice to counsel. The undersigned further certifies that a copy of the foregoing was served via email on all counsel listed below:

David G. Hille
William H. Bave III
Adam Drake
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, N.Y. 10020-1095
Telephone: (212) 819-8200
E-mail: dhille@whitecase.com
wbave@whitecase.com
adam.drake@whitecase.com

*Attorneys for Defendants Mango MNG USA, Inc. et al. and Mango NY, Inc.*

Dated: October 5, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Julian C. Diamond*
Julian C. Diamond

Julian C. Diamond
Joseph I. Marchese
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: jdiamond @bursor.com
jmarchese@bursor.com

*Attorneys for Plaintiff Muriel Soffer*