**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

# NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION: **December 3, 2026**

LOCATION OF HEARING SESSION: United States District Court
500 Poydras Street
Ceremonial Courtroom
New Orleans, LA 70130

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel requesting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS: Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by motions seeking to create a new MDL proceeding. Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c). Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:

- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument. The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district. Any change in position should be conveyed to Panel staff before the beginning of oral argument. Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.
- A transcript of the oral argument will be filed in each docket when it becomes available. Parties who wish to order a transcript may obtain the court reporter's contact information from the court reporter at the hearing or from the Panel at 202-502-2800 following the hearing.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **November 2, 2026.** The procedures governing Panel oral argument (Panel Rule 11.1) are attached. The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

cc: Clerk, United States District for the Eastern District of Louisiana

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on December 3, 2026, the Panel will convene a hearing session in New Orleans, Louisiana to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(b), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

Karen K. Caldwell
Chair

| | |
|---|---|
| Matthew F. Kennelly | David C. Norton |
| Dale A. Kimball | Madeline Cox Arleo |
| M. Casey Rodgers | Richard Seeborg |

SCHEDULE OF MATTERS FOR HEARING SESSION
December 3, 2026 –– New Orleans, Louisiana

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 3200 − **IN RE: FEDEX CORP. CALIFORNIA WAGE AND HOUR LITIGATION**

Motion of Plaintiff Anthony Masinas to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

GONZALEZ v. FEDERAL EXPRESS CORPORATION, ET AL.,
C.A. No. 5:26−01498

Eastern District of California

MASINAS v. FEDERAL EXPRESS CORP., C.A. No. 2:26−01938

MDL No. 3201 − **IN RE: UNISON "HOMEOWNER AGREEMENT" EQUITY OPTION CONTRACT, MARKETING, AND SALES PRACTICES LITIGATION**

Motion of Defendants Unison Agreement Corp., et al., to transfer the following actions to the United States District Court for the Eastern District of New York:

District of Colorado

KANE, ET AL. v. UNISON AGREEMENT CORPORATION, ET AL.,
C.A. No. 1:26−01444

District of District of Columbia

EVANS v. UNISON AGREEMENT CORP., ET AL., C.A. No. 1:26−00999

District of Massachusetts

CUVELLIER, ET AL. v. UNISON AGREEMENT CORPORATION, ET AL.,
C.A. No. 3:26−30126

District of New Jersey

SANTANIELLO, ET AL. v. UNISON AGREEMENT CORPORATION, ET AL.,
C.A. No. 2:26−07117

Eastern District of New York

COFFIN v. UNISON AGREEMENT CORP., ET AL., C.A. No. 1:26−01587

MDL No. 3202 − **IN RE: RETAILER TARIFF LITIGATION**

Motion of Plaintiffs Don Polistico, et al., to transfer the following actions to the United States District Court for the Northern District of Illinois:

Northern District of California

IN RE SONY INTERACTIVE ENTERTAINMENT TARIFF LITIGATION,
C.A. No. 3:26−04121

Middle District of Florida

MARTINEZ v. TARGET CORPORATION, C.A. No. 3:26−01807
LASSETER v. AMAZON.COM, INC., C.A. No. 8:26−02019

Northern District of Illinois

STOCKOV v. COSTCO WHOLESALE CORPORATION, C.A. No. 1:26−02734
RUSSELL v. SHEIN DISTRIBUTION CORPORATION, ET AL., C.A. No. 1:26−04533
MULCONREY v. THE J. M. SMUCKER COMPANY, C.A. No. 1:26−08832

District of Massachusetts

LEMENSE v. PUMA UNITED NORTH AMERICA, LLC, ET AL., C.A. No. 1:26−12654

Eastern District of Michigan

EMERSON v. AMAZON.COM, INC., ET AL., C.A. No. 2:26−12614

District of New Jersey

SPADAFINO v. AMAZON.COM, INC., ET AL., C.A. No. 2:26−10023

Eastern District of New York

BURGH v. ESSILORLUXOTTICA S.A., ET AL., C.A. No. 1:26−01133
HERNANDEZ, ET AL. v. ADIDAS AMERICA, INC., C.A. No. 1:26−02848
POLISTICO v. AMAZON.COM, INC., ET AL., C.A. No. 1:26−04194
BROWNE v. TARGET CORPORATION, C.A. No. 1:26−04959
RITTENHOUSE v. AMAZON.COM, INC., C.A. No. 2:26−03392

Southern District of New York

TROCCHIO v. ZARA USA, INC., C.A. No. 1:26−05009
CAVALLARO v. TARGET CORPORATION, C.A. No. 7:26−06165

Northern District of Ohio

GLASE, ET AL. v. WALMART INC., C.A. No. 1:26−00988
SANGHA v. AMAZON.COM, INC., ET AL., C.A. No. 1:26−01777

District of Oregon

CALDWELL, ET AL. v. NIKE, INC., C.A. No. 3:26−00923
DOWNS v. ADIDAS AMERICA, INC., C.A. No. 3:26−01008

Eastern District of Pennsylvania

TERRILL, ET AL. v. IKEA NORTH AMERICA SERVICES LLC., ET AL., C.A. No. 2:26−02774

Western District of Washington

BRIGGS, ET AL. v. COSTCO WHOLESALE CORPORATION, C.A. No. 2:26−01064
IN RE AMAZON TARIFF LITIGATION, C.A. No. 2:26−01670
HASTINGS v. MICROSOFT CORPORATION, C.A. No. 2:26−02537

MDL No. 3203 − **IN RE: 2026 MULTISTATE CYCLOSPORIASIS OUTBREAK LITIGATION (NO. II)**

Motion of Plaintiffs Lucas Burnham, et al., and Plaintiffs Sandra Jones, et al., to transfer the following actions to the United States District Court for the Eastern District of Michigan:

Northern District of California

GRANADOS, ET AL. v. TAYLOR FRESH FOODS, INC., C.A. No. 5:26−07346

Western District of Kentucky

BOGARD v. ABTB LOUISVILLE LLC, ET AL., C.A. No. 3:26−00607

Eastern District of Michigan

PARRISH, ET AL. v. TACO BELL CORP., ET AL., C.A. No. 2:26−12448
HERCULA, ET AL. v. TACO BELL OF AMERICA, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL., C.A. No. 2:26−12524
BURNHAM, ET AL. v. TAYLOR FRESH FOODS, INC., ET AL., C.A. No. 2:26−12528
HARRIS v. TACO BELL OF AMERICA, LLC., ET AL., C.A. No. 2:26−12648
KOSS v. TACO BELL CORP., ET AL., C.A. No. 2:26−12675
JONES, ET AL. v. TAYLOR FRESH FOODS, INC., ET AL., C.A. No. 2:26−12835

Western District of Michigan

O'HARA v. BORDER FOODS, LLC, ET AL., C.A. No. 1:26−02183

Northern District of Ohio

AYYAD v. PACIFIC BELLS, LLC, ET AL., C.A. No. 1:26−01648
CARUSO v. TACO BELL OF AMERICA, LLC, ET AL., C.A. No. 1:26−01661

Western District of Pennsylvania

KEBERT v. TAYLOR FRESH FOODS, INC., ET AL., C.A. No. 2:26−01728

MDL No. 3204 − **IN RE: IGLOO 90 QUART ROLLING COOLER PRODUCTS LIABILITY LITIGATION**

Motion of Defendant Igloo Products Corp. to transfer the following actions to the United States District Court for the District of Delaware:

Central District of California

COOKE v. IGLOO PRODUCTS CORP., ET AL., C.A. No. 5:26−05227

Eastern District of California

LEE v. IGLOO PRODUCTS CORP., C.A. No. 2:25−01526
MCALARY v. IGLOO PRODUCTS CORP., C.A. No. 2:25−01904

Northern District of California

BRUCE v. IGLOO PRODUCTS CORP., C.A. No. 3:26−07888

Middle District of Florida

LARDIZABAL-CUEVA v. IGLOO PRODUCTS CORP., C.A. No. 8:26−02734

Western District of Louisiana

CARLIN v. IGLOO PRODUCTS CORP., C.A. No. 5:26−02453

MDL No. 3205 − **IN RE: X.AI/GROK ARTIFICIAL INTELLIGENCE MINOR SEXUAL EXPLOITATION LITIGATION**

Motion of Plaintiffs Jane Doe 1, et al., to transfer the following actions to the United States District Court for the Western District of Arkansas:

Western District of Arkansas

DOE 3 v. X.AI CORP., ET AL., C.A. No. 5:26−05193
DOE v. X.AI CORP., ET AL., C.A. No. 5:26−05204
DOE 4 v. X.AI CORP., ET AL., C.A. No. 5:26−05218
DOE v. X.AI CORP., ET AL., C.A. No. 5:26−05226
DOE 1, ET AL. v. X.AI CORP., ET AL., C.A. No. 5:26−05231
DOE v. X.AI CORP., ET AL., C.A. No. 5:26−05232
DOE 1 v. X.AI CORP., ET AL., C.A. No. 5:26−05241
DOE 6 v. X.AI CORP., ET AL., C.A. No. 5:26−05242

Northern District of California

DOE 1, ET AL. v. X CORP., C.A. No. 3:26−10913
DOE 1, ET AL. v. X.AI CORP., ET AL., C.A. No. 5:26−02246
DOE I, ET AL. v. X.AI CORP., ET AL., C.A. No. 5:26−08567
DOE 1 v. X.AI CORP., ET AL., C.A. No. 5:26−09016
JANE DOE 1, ET AL. v. X.AI CORP., ET AL., C.A. No. 5:26−09617

MDL No. 3206 − **IN RE: TARGET TARIFF LITIGATION**

Motion of Plaintiff Zuania Martinez to transfer the following actions to the United States District Court for the Southern District of New York:

Central District of California

SCHAVRIEN v. TARGET CORPORATION, C.A. No. 5:26−05427

Northern District of California

CAMACHO, ET AL. v. TARGET CORP., C.A. No. 3:26−08704

Middle District of Florida

MARTINEZ v. TARGET CORPORATION, C.A. No. 3:26−01807

District of Minnesota

BERNARDO LISING, ET AL. v. TARGET CORPORATION, C.A. No. 0:26−04142

Eastern District of New York

BROWNE v. TARGET CORPORATION, C.A. No. 1:26−04959

Southern District of New York

CAVALLARO v. TARGET CORPORATION, C.A. No. 7:26−06165

Eastern District of Pennsylvania

SUN, ET AL. v. TARGET CORP., C.A. No. 2:26−06391

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL No. 2873 − **IN RE: AQUEOUS FILM−FORMING FOAMS PRODUCTS LIABILITY LITIGATION**

Motion of Defendant EIDP, Inc, to transfer the following action to the United States District Court for the District of South Carolina:

District of New Jersey

ATWOOD, ET AL. v. E. I. DUPONT DE NEMOURS AND COMPANY, ET AL., C.A. No. 3:26−06968

MDL No. 3004 − **IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**

Opposition of Plaintiffs Sue Lloyd, et al., to transfer of the following action to the United States District Court for the Southern District of Illinois:

Eastern District of Kentucky

MCKEE, ET AL. v. SYNGENTA AG, ET AL., C.A. No. 5:26−00295

MDL No. 3084 − **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

Oppositions of Plaintiffs Jane Doe GE and Jane Doe to transfer of their respective following actions to the United States District Court for the Northern District of California:

Northern District of Texas

DOE GE v. UBER TECHNOLOGIES, INC., ET AL., C.A. No. 3:26−02518

District of Nebraska

DOE v. UBER TECHNOLOGIES, INC., ET AL., C.A. No. 8:26−00499

MDL No. 3121 − **IN RE: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION**

Oppositions of MDL Direct Action Plaintiffs and MDL class plaintiffs Curtis F. Robinson, M.D., Inc, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Southern District of New York

NG v. DALTON, ET AL., C.A. No. 1:26−06968

MDL No. 3176 − **IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

Opposition of Defendant Jeremy David Winland to transfer of the following action to the United States District Court for the Eastern District of Texas:

District of Arizona

ABC IP LLC, ET AL. v. WINLAND, C.A. No. 2:26−04798

MDL No. 3193 − **IN RE: HEALTH GORILLA, INC., ET AL., DATA SECURITY BREACH LITIGATION**

Opposition of Plaintiffs Epic Systems Corporation, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

Central District of California

EPIC SYSTEMS CORPORATION, ET AL. v. HEALTH GORILLA, INC., ET AL., C.A. No. 2:26−00321

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) Schedule. The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to the parties. The Panel may continue its consideration of any scheduled matters.

(b) Oral Argument Statement. Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i) The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c) Hearing Session. The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session. The Panel may dispense with oral argument in any given matter if it determines that:

(i) the dispositive issue(s) have been authoritatively decided;

(ii) the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process; or

(iii) circumstances have rendered oral argument impracticable

The Panel typically hears oral argument on motions to create a new MDL and dispenses with oral argument for motions involving transfer to or remand from an existing MDL. Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the case documents

(d) Notification of Oral Argument. The Panel shall promptly notify the parties of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the case documents. The Clerk of the Panel shall require parties to file and serve notice of their intent to either make or waive oral argument. Failure to file an oral argument notice shall be deemed a waiver of oral argument. If a party or the party’s counsel does not attend oral argument, the matter shall not be rescheduled, and that party’s position shall be treated as submitted for decision on the basis of the case documents.

(i) Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii) The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e) Duty to Confer. The parties in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for the parties to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f) Time Limit for Oral Argument. Barring exceptional circumstances, the Panel shall allot a maximum of (and typically fewer than) 20 minutes for oral argument in each motion for centralization under consideration. The time allotted shall be divided among those with varying viewpoints. The moving party or parties shall generally be heard first. Due to the brief time allotted for oral argument in each matter, the Panel strongly discourages the use of demonstrative exhibits during the presentation of oral argument.