**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**CHAIR:**
**Karen K. Caldwell**
**United States District Court**
**Eastern District of Kentucky**

**MEMBERS:**
**Matthew F. Kennelly**
**United States District Court**
**Northern District of Illinois**

**Dale A. Kimball**
**United States District Court**
**District of Utah**

**M. Casey Rodgers**
**United States District Court**
**Northern District of Florida**

**David C. Norton**
**United States District Court**
**District of South Carolina**

**Madeline Cox Arleo**
**United States District Court**
**District of New Jersey**

**Richard Seeborg**
**United States District Court**
**Northern District of California**

**DIRECT REPLY TO:**
**Jessica D. Birnbaum**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20544-0005**

**Telephone: (202) 502-2800**
**Fax: (202) 502-2888**

# COURTHOUSE ADVISORY NOTICE

## U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

USE OF ELECTRONIC DEVICES IN THE COURTHOUSE

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse. Cell phones, laptop computers, pagers, and other such devices are permitted in the building but may not be used in the courtroom without judicial approval and are subject to security inspection.

Please see the Eastern District of Louisiana's Security & Electronic Devices Policy and Local Rule 83.3.8 concerning Cameras and Electronic Equipment.