**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No: 3202 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby provides notice to the Clerk of the Panel of the following action, which may be considered related to In re Retailer Tariff Litigation, MDL No. 3202:

*Wolf-Bond, et al. v. Walmart Inc.*, 4:26-cv-01274 (N.D. Tex.)

*Schavrien v. Target Corporation*, 5:26-cv-05427 (C.D. Cal.)

*Govil v. Home Depot U.S.A., Inc., et al.*, 1:26-cv-05011 (N.D. Ga.)

The potential related actions are listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Dated: October 9, 2026

By: */s/ Mark S. Reich*

Mark S. Reich
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

*Attorney for Plaintiffs Lauren Wolf-Bond, Jeffrey Ward, Ryan Schavrien, and Anirudh Govil*