**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: RETAILER TARIFF LITIGATION

MDL No: 3202

**NOTICE OF POTENTIAL TAG-ALONG SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Lauren Wolf-Bond and Jeffrey Ward | Walmart Inc. | N.D. Tex. | 4:26-cv-01274 | Judge Mark Pittman |
| 2. | Ryan Schavrien | Target Corporation | C.D. Cal. | 5:26-cv-05427 | Judge Jesus G. Bernal |
| 3. | Anirudh Govil | Home Depot U.S.A., Inc. and The Home Depot, Inc. | N.D. Ga. | 1:26-cv-05011 | Judge Sarah E. Geraghty |

Dated: October 9, 2026

By: */s/ Mark S. Reich*

Mark S. Reich
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

*Attorney for Plaintiffs Lauren Wolf-Bond, Jeffrey Ward, Ryan Schavrien, and Anirudh Govil*