**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No: 3202 |

**PROOF OF SERVICE**

I hereby certify that on October 9, 2026, the foregoing Notice of Potential Tag-Along Actions was electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will send notice of this filing to all parties registered to receive service via CM/ECF. Additionally, it was served as listed below:

**VIA EMAIL ON:**

Meredith C. Slawe
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 1001-8602
meredith.slawe@skadden.com

*Attorney for Defendant Target Corporation*

S. Stewart Haskins II
William P. Barnette
Zachary A. McEntyre
**KING & SPALDING LLP**
1180 Peachtree Street N.E., Suite 1600
Atlanta, Georgia 30309-3521
shaskins@kslaw.com
wbarnette@kslaw.com
zmcentyre@kslaw.com

*Attorneys for Defendants Home Depot U.S.A., Inc., and The Home Depot, Inc.*

**VIA U.S.P.S. CERTIFIED MAIL ON:**

Walmart Inc.
through its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Dated: October 9, 2026

By: */s/ Mark S. Reich*

Mark S. Reich
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

*Attorney for Plaintiffs Lauren Wolf-Bond, Jeffrey Ward, Ryan Schavrien, and Anirudh Govil*