**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION<br><br>*Relates to:*<br><br>RUSSELL v. SHEIN DISTRIBUTION CORPORATION, et al., No. 1:26-cv-04533 (N.D. Ill.) | MDL No. 3202 |

**SHEIN DEFENDANTS' NOTICE OF ORDER
COMPELLING ARBITRATION AND STAYING CASE**

Defendants Shein Distribution Corporation, Shein Technology LLC, and Shein US Services, LLC (collectively, "Defendants") respectfully submit this notice pursuant to Rule 6.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to notify the Panel and its Clerk of a development that may render this matter moot as to the above-captioned action.

The above-styled action, *Russell v. Shein Distribution Corporation, et al*., Case No. 1:26-cv-04533 (N.D. Ill.), is one of dozens of cases identified in a Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407, which is set for panel hearing on December 3, 2026.

On October 7, 2026, the United States District Court for the Northern District of Illinois (Lefkow, J.) held a motion hearing in *Russell v. Shein*, at which the Court denied Plaintiff's motion to remand, granted Defendants' motion to compel arbitration, and denied Plaintiff's motion to stay pending the JPML as moot. Copies of the Notifications of Docket Entry of the minute entry, as amended, reflecting the Court's rulings (ECF Nos. 40, 41) are attached as **Exhibit A**.

The underlying case is now stayed pending arbitration. Because arbitration has been compelled and the underlying action stayed, there is no active litigation for the Panel to consolidate

or transfer. Accordingly, the SHEIN Defendants seek an Order denying the Motion to Transfer the above-styled action as moot.

Dated: October 12, 2026

**HUNTON ANDREWS KURTH LLP**

By: *\/s/ Jason J. Kim*

Jason J. Kim
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
T: (213) 532-2000
F: (213) 532-2020
kimj@hunton.com

Attorneys for Defendants Shein Distribution Corporation, Shein US Services, LLC and Shein Technology LLC

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lola Russell

Plaintiff,

v.

Case No.: 1:26−cv−04533
Honorable Joan H. Lefkow

Shein Distribution Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. As stated on the record, the motion to remand [29] is denied. Motion to stay pending the JPML [35] is granted. Motion to compel arbitration [19] is granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lola Russell

Plaintiff,

v.

Case No.: 1:26−cv−04533
Honorable Joan H. Lefkow

Shein Distribution Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Minute entry [40] is amended to reflect that the motion to stay pending the JPML [35] is moot. The case is stayed pending arbitration. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, the foregoing Shein Defendants' Notice of Order Compelling Arbitration and Staying Case was e-filed via the Court's CM/ECF system, which provides electronic service copies of filed documents upon all parties registered in this action.

Dated: October 12, 2026

*/s/ Jason J. Kim*
Jason J. Kim