**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL No. 3202** |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related action that was filed before the initial motion to transfer ("Motion") in this case, but not included on the Motion's schedule of actions, and may be considered related to the *In re: Retailer Tariff Litigation* MDL No. 3202

1. *Kerri Montoya v. Dolgencorp, LLC d/b/a Dollar General, et al.*, Middle District of Tennessee, No. 3:26-cv-00977 (filed July 15, 2026)

The potential related action is listed on the Schedule of Actions. Docket sheet and complaint are attached.

Dated: October 15, 2026

Respectfully submitted,

By: /s/ *Mark E. Silvey*
One of Plaintiffs' attorneys

Mark E. Silvey
BRYSON HARRIS SUCIU DEMAY, PLLC
201 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
C: (865) 919-8839
F: (919) 600-5035
msilvey@brysonpllc.com