**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: RETAILER TARIFF LITIGATION** **MDL No. 3202**

**SCHEDULE OF ACTIONS**

| No. | Case Caption | District | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>Kerri Montoya<br><br>**Defendants:**<br>Dolgencorp, LLC d/b/a Dollar General, and Dollar General Corporation | Middle District Tennessee | 3:26-cv-00977 | Hon. William L. Campbell, Jr. |

Dated: October 15, 2026

Respectfully submitted,

By: /s/ *Mark E. Silvey*
One of Plaintiffs' attorneys

Mark E. Silvey
BRYSON HARRIS SUCIU DEMAY, PLLC
201 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
C: (865) 919-8839
F: (919) 600-5035
msilvey@brysonpllc.com