**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: RETAILER TARIFF LITIGATION** | **MDL No. 3202**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that the foregoing Notice of Potential Tag-Along Action, Schedule of Action, docket sheet and complaint were electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on October 15, 2026 through the CM/ECF system, which sent notice of electronic filing to all counsel of record who have consented to electronic notification.

**Chen George Ni**
McGuireWoods LLP
77 W. Wacker Dr., Ste 4100
Chicago, IL 60126
Tel: 312-849-8164
Fax:312-920-6146
Email: cni@mcguirewoods.com

*Attorney for Dolgencorp, LLC and Dollar General Corporation*
*Service via CM/ECF*

**Nicholas J. Hoffman**
McGuireWoods LLP
1800 Century Park East
Ste 8th Floor
Los Angeles, CA 90067
Tel: 213-457-9855
Email: nhoffman@mcguirewoods.com

*Attorney for Dolgencorp, LLC and Dollar General Corporation*
*Service via CM/ECF*

Dated: October 15, 2026

Respectfully submitted,

By: /s/ *Mark E. Silvey*
One of Plaintiffs' attorneys

Mark E. Silvey
BRYSON HARRIS SUCIU DEMAY, PLLC
201 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
C: (865) 919-8839
Fax: (919) 600-5035
msilvey@brysonpllc.com