# BEFORE THE UNITED STATES JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

## IN RE RETAILER TARIFF LITIGATION, MDL No. 3202

## NOTICE OF PRESENTATION

## LIST OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mari Cartagenova<br>Kathleen Holm<br>Jerry Kmiec<br>Jeffry Price<br>Howard Rosen | Amazon.com, Inc. | W.D. Wash. | 2:26-cv-01670-TL | Judge Tana Lin |
| 2. | Gregory Rittenhouse | Amazon.com, Inc. | E.D. New York | 2:26-cv-03392-GRB-LGD | Judge Gary R. Brown |
| 3. | Don Polistico | Amazon.com, Inc.; Amazon.com, Services LLC | E.D. New York | 1:26-cv-04194-GRB-LGD | Judge Gary R. Brown |
| 4. | Sharon Lasseter | Amazon.com, Inc. | M.D. Florida | 8:26-cv-02019-WFJ-SPF | Judge William F. Jung |
| 5. | Tonysha Emerson | Amazon.com, Inc.; Amazon.com, Services LLC | E.D. Michigan | 2:26-cv-12614-TGB-EAS | Judge Terrence G. Berg |
| 6. | Parveen Sangha | Amazon.com, Inc.; Amazon.com, Services LLC | N.D. Ohio | 1:26-cv-01777-PAG | Judge Patricia A. Gaughan |
| 7. | Luisa Spadafino | Amazon.com, Inc.; Amazon.com, Services LLC | D. New Jersey | 2:26-cv-10023-MEF-MAH | Judge Michael E. Farbiarz |