**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL NO. 3202** |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Michael K McIntyre notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheet and complaint for the potential tag-along action are attached.

Dated: October 23, 2026

**POULIN | WILLEY | ANASTOPOULO, LLC**

*/s/ Paul J. Doolittle*

Paul J. Doolittle, Esq.
32 Ann Street,
Charleston, SC 29403
Tel : (803) 222-2222
Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff McIntyre*