**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: RETAILER TARIFF LITIGATION**

**MDL NO. 3202**

**NOTICE OF POTENTIAL TAG-ALONG SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Michael C McIntyre<br><br>**Defendant:**<br>Goodyear Tire & Rubber Company | Northern District of Ohio | 5:26-cv-02154-BYP | Judge Benita Y Pearson |

Dated: October 23, 2026

**POULIN | WILLEY | ANASTOPOULO, LLC**

_/s/ Paul J. Doolittle_

Paul J. Doolittle, Esq.
32 Ann Street,
Charleston, SC 29403
Tel : (803) 222-2222
Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff McIntyre*