**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL No. 3202** |

## PROOF OF SERVICE

I hereby certify that on October 23, 2026, the foregoing Notice of Potential Tag-Along, Schedule of Actions and Docket and Complaint was electronically filed with the Clerk of the Panel via CM/ECF, which sends electronic notice to counsels. The undersigned further certifies that a copy of the foregoing was served via email on all counsel listed below:

David H. Wallace
Michael J Zbiegien Jr
Daniel H Bryan
**Taft Stettinius & Hollister LLP**
200 Public Square Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
dwallace@taftlaw.com
mzbiegien@taftlaw.com
dbryan@taftlaw.com

*Attorneys for Defendant*
*The Goodyear Tire & Rubber Company*
*(Case No. 5:26-cv-02154-BYP, N.D Ohio)*

Dated: October 23, 2026

Respectfully submitted,

By: */s/ Paul Doolittle*
Paul J. Doolittle, Esq.
32 Ann Street,
Charleston, SC 29403
Tel : (803) 222-2222
Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff*