**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL No. 3202** |

**NOTICE OF DISMISSAL OF RELATED ACTION**

Pursuant to Rule 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML that on October 19, 2026 a notice of voluntary dismissal has been filed in the related action *Mann v. Valero Energy Corporation et al.*, 8:26-cv-01635 (C.D. Cal.). The filed notice of voluntary dismissal is attached hereto as Exhibit A.

Dated: October 28, 2026

Respectfully submitted,

By: */s/ Eugene Y. Turin*

Eugene Y. Turin (SB # 342413)
MCGUIRE LAW, P.C.
680 E. Colorado Blvd., Suite 180
Pasadena, CA 91101
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
eturin@mcgpc.com

*Counsel for Plaintiff*