# Exhibit A

Eugene Y. Turin (SB # 342413)
MCGUIRE LAW, P.C.
680 E. Colorado Blvd., Suite 180
Pasadena, CA 91101
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
eturin@mcgpc.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN MANN, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>VALERO ENERGY CORPORATION, a Texas Corporation; VALERO MARKETING AND SUPPLY COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. 8:26-cv-01635 DOC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint Served: July 14, 2026<br>Current Response Date: November 2, 2026 |

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maximilian Mann hereby voluntarily dismisses his claims in this Action without prejudice.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint nor served a motion for summary judgment.

3. Accordingly, Plaintiff hereby voluntarily dismisses his claims without prejudice against Defendant.

Dated: October 19, 2026

Respectfully submitted,

By: /s/ *Eugene Y. Turin*

Eugene Y. Turin (SB # 342413)
MCGUIRE LAW, P.C.
680 E. Colorado Blvd., Suite 180
Pasadena, CA 91101
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
eturin@mcgpc.com

*Counsel for Plaintiff*