**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: RETAILER TARIFF LITIGATION**

**MDL No. 3202**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that the foregoing Notice of Dismissal of Related Action was electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on October 28, 2026 through the CM/ECF system, which sent notice of electronic filing to all counsel of record who have consented to electronic notification

Dated: October 28, 2026

Respectfully submitted,

By: /s/ *Eugene Y. Turin*

Eugene Y. Turin (SB # 342413)
MCGUIRE LAW, P.C.
680 E. Colorado Blvd., Suite 180
Pasadena, CA 91101
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
eturin@mcgpc.com

*Counsel for Plaintiff*