# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 3202 & TITLE - IN RE: RETAILER TARIFF LITIGATION

**1. Oral Argument** – Check ONE of the following boxes:

☑ The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

☐ The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☐ The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2. Position on Centralization** – Check ONE of the following boxes:

☐ Support Centralization

☑ Oppose Centralization

☐ Other ______________________________

**3. Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

______________________________

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

See Attachment A

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

See Attachment A

7. **Name and Address of Attorney Designated to Present Oral Argument**:

Laurence D. King
Name

Kaplan Fox & Kilsheimer LLP
Law Firm

Oakland — CA
City — State

Telephone No.: 415-772-4700

Email Address: lking@kaplanfox.com

| | | |
|---|---|---|
| 10/30/2026 | Laurence D. King | /s/ Laurence D. King |
| Date | Printed Name | Authorized Signature |

ATTACHMENT A

Plaintiffs Patrick Terrill, Brenda Perez, Gezille Poniente, and Lisa Matthews
*Terrill, et al. v. Ikea North America Services LLC, et al.*, E.D. Pa., 2:26-cv-02774

Plaintiffs John Neal, Veronica Camaioni, Maribel Moncayo, Patricia Andros, Shauna Silver, Anntwanette Jones, Kayla Ebenhoeh, and Meagan Cohen
*Neal, et al. v. Home Depot U.S.A., et al.*, N.D. Cal., 3:26-cv-8315

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing was e-filed via the Court's CM/ECF system, which provides electronic service copies of filed documents upon all parties registered in this action.

DATED: October 30, 2026

Respectfully submitted,

/s/ *Laurence D. King*
Laurence D. King

KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Gezille Poniente, and Lisa Matthews in *Terrill, et al. v. Ikea North America Services LLC, et al*., No. 2:26-cv-02774, E.D. Pa.

and

Plaintiffs John Neal, Veronica Camaioni, Maribel Moncayo, Patricia Andros, Shauna Silver, Anntwanette Jones, Kayla Ebenhoeh, and Meagan Cohen in *Neal, et al. v. Home Depot U.S.A., et al.*, No. 3:26-cv-8315, N.D. Cal.