BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Presentation of Oral Argument was electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on October 30, 2026 through CM/ECF system which sent notice of electronic filing to all counsel of record who has consented to electronic notification and also served on all parties in the manner set forth in the service list below via electronic transmission (via email).

Stephen M. Feldman
Ashurst Perkins Coie US LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
stephen.feldman@ashurstperkins.com

Brandon Fetzer
Elliot Greenfield
Maeve O'Connor
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
bfetzer@debevoise.com
egreenfield@debevoise.com
mloconno@debevoise.com

*Counsel for Defendant Adidas America, Inc.*

DATED: October 30, 2026

Respectfully submitted,

*s/ Zachary Arbitman*
Zachary Arbitman, Esq.

ZACHARY ARBITMAN
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
zarbitman@feldmanshepherd.com

*Attorney for plaintiffs,*
*Chris Hufana, Lakenya Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*