**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

-------------------------------------------------------

**IN RE RETAILER TARIFF LITIGATION** **MDL 3202**

-------------------------------------------------------

## SCHEDULE OF PARTIES REPRESENTED

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Chris Hufana<br>Lakenya Lee<br>Paul Quinn<br>Sonya Allen<br>Nicole St. George<br>Aaron Parisi<br>Carlos Aris<br>Antonio Chaidez<br>Franklin Chang<br>Taje Gill<br>Dhaman Gill<br>Alvyn Hernandez Reyes | Adidas America, Inc. | U.S. Dist. Court, Oregon | 3:26-CV-01008 | Jolie A. Russo |