**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing Notice of Presentation of Oral Argument was e-filed via the Court's CM/ECF system on November 2, 2026, which provides electronic service copies of filed documents upon all parties registered in this action.

Dated: November 2, 2026

Respectfully submitted,

/s/ John H. Beisner
John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7410
Fax: (202) 661-8301
Email: john.beisner@skadden.com

*Attorney for Defendant Target Corporation*