**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MDL No.: 3202**

**IN RE: RETAILER TARIFF LITIGATION**

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Miguel Hernandez | Adidas America, Inc. | Eastern District of New York (Brooklyn) | 1:26-cv-02848-ENV-MMH | Eric N Vitaliano |
| Jason Schoen | Adidas America, Inc. | Eastern District of New York (Brooklyn) | 1:26-cv-02848-ENV-MMH | Eric N Vitaliano |
| Bryce Foster-Quarles | Sony Interactive Entertainment LLC | Northern District of California (San Francisco) | 3:26-cv-04121-CRB | Charles R Beyer |
| Amorey Walker | Sony Interactive Entertainment LLC | Northern District of California (San Francisco) | 3:26-cv-04121-CRB | Charles R Beyer |
| Eric Camacho | The Vita Coco Company | Southern District of New York | 26-cv-06043-AT | Analisa Torres |
| Shonda Redden-Drake | Ralph Lauren Corporation | Southern District of New York | 26-cv-04029-JLR | Jennifer L. Rochon |

| | | | | |
|---|---|---|---|---|
| Trinese Raquel Scott Wilson | Levi Strauss & Co. | Eastern District of Louisiana | 2:26-cv-01904-JTM-MBN | Jane Triche Milazzo |
| Michael C McIntyre | Goodyear Tire & Rubber Company | Northern District of Ohio | 5:26-cv-02154-BYP | Benita Y Pearson |