**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | MDL Docket No. 3202 |
| RETAILER TARIFF LITGATION | ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served by electronic mail o mail on September 3, 2026 to the following:

| **1.** *Hernandez v. Adidas America, Inc.,* No. 1:26-cv-02848 (E.D.N.Y.) | |
|---|---|
| ***Via Email:***<br><br>**Maeve L. O'Connor**<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>212-909-6000<br>Fax: 212-909-6836<br>Email: mloconno@debevoise.com<br><br>**Brandon Fetzer**<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>212-909-6000<br>Email: bfetzer@debevoise.com<br><br>**Elliot Greenfield**<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>212-909-6000<br>Email: egreenfi@debevoise.com<br><br>*Counsel for Defendant Adidas America, Inc.* | |

| | |
|---|---|
| | |
| **2.** *In re Sony Interactive Entertainment Tariff Litigation*<br>*N.D California, No. 3:26-cv-04121-CRB* | |
| ***Via Email:***<br><br>**David A. Perez**<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>206-327-6500<br>Email: davidperez@mofo.com<br><br>**Mallory Anne Gitt**<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>206-327-6500<br>Fax: 206-260-8813<br>Email: mgitt@mofo.com<br><br>**Melody Ellen Wong**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-6024<br>Email: melodywong@mofo.com<br><br>**Shireen Lankarani**<br>Morrison & Foerster LLP<br>925 Fourth Avenue, Floor 38<br>Seattle, WA 98104<br>206-327-6500<br>Email: SLankarani@mofo.com<br><br>*Counsel for Defendant Sony Interactive Entertainment, Inc.* | |

<table>
<tr><td colspan="2">3. Lasseter v. Amazon.com, Inc., No. 8:26-cv-02019 (M.D. Fla.)</td></tr>
<tr><td><u>Via Email:</u><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Sharon Lasseter</td><td><u>Via First-Class Mail:</u><br>Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSCI<br>Tumwater, WA 98501</td></tr>
<tr><td colspan="2">4. Stockov v. Costco Wholesale Corporation, No. 1:26-cv-02734 (N.D. Ill.)</td></tr>
<tr><td><u>Via Email:</u><br>George A. Zelcs<br>Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>Counsel for Plaintiff Matthew Stockov<br><br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td><td><u>Via First-Class Mail:</u></td></tr>
</table>

<table>
<tr><td colspan="2">5. Russell v. Whaleco Inc., No. 1:26-cv-04296 (N.D. Ill.)</td></tr>
<tr><td><u>Via Email:</u><br>Myles McGuire<br>Evan M. Meyers<br>Joseph Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>Counsel for Plaintiff Lola Russell<br><br>Gary Feinerman<br>Alexis Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner Matthew<br>Valenti Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>Counsel for Defendant Whaleco Inc.</td><td><u>Via First-Class Mail:</u></td></tr>
<tr><td colspan="2">6. Russell v. Shein Distribution Corporation, No. 1:26-cv-04533 (N.D. Ill.)</td></tr>
<tr><td><u>Via Email:</u><br>Myles McGuire<br>Evan M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C. 55 West Wacker Drive,<br>9th Floor, Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com</td><td><u>Via First-Class Mail:</u></td></tr>
</table>

<table>
<tr><td>

*Counsel for Plaintiff Lola Russell*

Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary)

Jason J. Kim<br>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com

Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com

*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC*
</td><td></td></tr>
<tr><td colspan="2">

**7.** *Mulconrey v. J.M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.)
</td></tr>
<tr><td>

***Via Email:***<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com

Steven G. Perry<br>Law Offices of Todd M. Friedman, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com

*Counsel for Plaintiff Melanie Mulconrey*
</td><td>

***Via First-Class Mail:***
</td></tr>
</table>

| | |
|---|---|
| Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>*Counsel for Defendant The J. M. Smucker Company* | |
| **8.** *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) | |
| ***Via Email:***<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense*<br><br>Andrew E Skroback<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com | ***Via First-Class Mail:***<br>Puma North America, Inc.<br>455 Grand Union Boulevard<br>Somerville, MA 02145<br><br>United Legwear Company<br>48 West 38th Street, 3rd Floor<br>New York, NY 10018 |

| | |
|---|---|
| Jeffrey B. Margulies<br>Yi E. Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>*Counsel for Defendant Puma United North America, LLC* | |
| **9.** *Emerson v. Amazon.com, Inc.,* No. 2:26-cv-12614 (E.D. Mich.) | |
| ***Via Email:***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC* | ***Via First-Class Mail:*** |
| **10.** *Spadafino v. Amazon.com, Inc.,* No. 2:26-cv-10023 (D.N.J.) | |
| ***Via Email:***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson*<br><br>Mark Donatiello<br>502 Carnegie Center | ***Via First-Class Mail:*** |

| | |
|---|---|
| Princeton, New Jersey 08540<br>Mark.donatiello@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **11.** *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) | |
| ***Via Email:***<br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com<br><br>Tina Wolfson<br>Ahdoot & Wolfson, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br><br>Bradley K. King<br>Ahdoot & Wolfson, PC<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>*Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith*<br><br>Sarah M. Gilbert<br>Crowell & Moring LLP | ***Via First-Class Mail:*** |

| | |
|---|---|
| Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>SGilbert@crowell.com<br><br>Henry W. Leung<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>*Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.* | |

| | |
|---|---|
| **12.** *Rittenhouse v. Amazon.com, Inc.,* No. 2:26-cv-03392 (E.D.N.Y.) | |
| ***Via Email:***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | ***Via First-Class Mail:*** |
| **14.** *Polistico v. Amazon.com, Inc.,* No. 1:26-cv-04194 (E.D.N.Y.) | |

| ***Via Email:*** | ***Via First-Class Mail:*** |
|---|---|
| David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico*<br><br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* | |
| **13.** *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) | |
| ***Via Email:*** | ***Via First-Class Mail:*** |
| David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne*<br><br>Meredith C. Slawe<br>Shaud G. Tavakoli | |

| | |
|---|---|
| Michael W. McTigue Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br><br>*Counsel for Defendant Target Corporation* | |
| **14.** *Trocchio v. Zara USA, Inc.,* No. 1:26-cv-05009 (S.D.N.Y.) | |
| ***Via Email:***<br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com<br><br>*Counsel for Plaintiff Lynnea Trocchio*<br><br>Jillian Nicole London<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* | ***Via First-Class Mail:*** |
| **17.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.) | |
| ***Via Email:***<br>Hunter J. Shkolnik<br>Napoli Shkolnik | ***Via First-Class Mail:*** |

<table>
<tr><td>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>Counsel for Plaintiff Patricia Cavallaro<br><br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br><br>Counsel for Defendant Target Corporation</td><td></td></tr>
<tr><td colspan="2">15. Glase v. Walmart Inc., No. 1:26-cv-00988 (N.D. Ohio)</td></tr>
<tr><td><u>Via Email:</u><br>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200</td><td><u>Via First-Class Mail:</u></td></tr>
</table>

| | |
|---|---|
| Canton, OH 44702<br>eproctor@mmfllaw.com<br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn*<br><br>Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>*Counsel for Defendant Walmart Inc.* | |
| **16.** *Sangha v. Amazon.com, Inc.,* No. 1:26-cv-01777 (N.D. Ohio) | |
| ***Via Email:***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha*<br><br>Daniel M. Finer<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15129<br>Daniel.finer@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* | ***Via First-Class Mail:*** |
| **20.** *Caldwell v. Nike, Inc.,* No. 3:26-cv-00923 (D. Or.) | |

| | |
|---|---|
| ***Via Email:***<br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>Jason T. Dennett<br>Milberg, PLLC 1700<br>7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com<br><br>Zachary P. Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohgelernter Tanner<br>Weinstock & Dodig, LLP 1845 Walnut Street,<br>21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana* | ***Via First-Class Mail:*** |

<table>
<tr>
<td>B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP 760 S.W. Ninth Avenue,<br>Suite 3000, Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com<br><br>Anthony A. Todaro<br>DLA Piper LLP US<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com<br><br>Keara Marie Gordon<br>Rachael Kessler<br>Connor Rowinski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com<br><br>Counsel for Defendant Nike, Inc.</td>
<td></td>
</tr>
<tr>
<td colspan="2">17. Downs v. Adidas America, Inc., No. 3:26-cv-01008 (D. Or.)</td>
</tr>
<tr>
<td><u>Via Email:</u><br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>J. Gerard Stranch, IV<br>Michael Tackeff<br>Grayson Wells<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com</td>
<td><u>Via First-Class Mail:</u></td>
</tr>
</table>

| | |
|---|---|
| Nathan R. Ring<br>Stranch Jennings & Garvey, PLLC<br>3100 West Charleston, Suite 208<br>Las Vegas, NV 89102<br>lasvegas@stranchlaw.com<br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Timothy Emery<br>Brook Garberding<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Jonathan T. Deters<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>jdeters@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor | |

| | |
|---|---|
| Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>Matthew R. Wilson<br>Jared W. Connors<br>Meyer Wilson Werning Co., LPA<br>305 West Nationwide Boulevard<br>Columbus, OH 43215<br>mwilson@meyerwilson.com<br>jconnors@meyerwilson.com<br><br>Brian Levin Levin Law, P.A. 2665 South Bayshore Drive, PH2b<br>Miami, FL 33133<br>brian@levinlawpa.com<br><br>*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*<br><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant adidas America, Inc.* | |
| | |

| **18.** *Terrill v. IKEA North America Services LLC,* No. 2:26-cv-02774 (E.D. Pa.) | |
|---|---|
| ***Via Email:***<br>Donald R. Hall<br>Hae Sung Nam<br>Aaron Schwartz<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Diana J. Zinser<br>William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>Spector Caldes & Corrigan<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br><br>Jonathan Shub<br>Benjamin F. Johns<br>Shub, Johns & Holbrook LLP<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242 | ***Via First-Class Mail:*** |

| | |
|---|---|
| jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente*<br><br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* | |
| **19** *Briggs v. Costco Wholesale Corporation*, No. 2:26-cv-01064 (W.D. Wash.) | |
| ***Via Email:***<br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100 | ***Via First-Class Mail:*** |

| | |
|---|---|
| Seattle, Washington 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegaf.com<br>dgould@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@fefdmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle*<br><br>Elaine J. Goldenberg<br>Munger Tolles & Olson LLP 601<br>Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>Elaine.Goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br><br>Andrew Nguyen<br>Munger Tolles & Olson LLP | |

| | |
|---|---|
| 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* | |
| **20.** *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) | |
| ***<u>Via Email:</u>***<br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com | ***<u>Via First-Class Mail:</u>*** |

| | |
|---|---|
| Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec Jeffrey Price, and Consolidated Plaintiff Howard Rosen*<br><br>Brian D. Buckley<br>Molly A. Terwilliger<br>Tjitske Dekker<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* | |
| **21.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) | |
| ***Via Email:***<br>Samuel J. Strauss<br>One Magnificent Mile 980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>*Counsel for Plaintiff Trevor Hastings*<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor | ***Via First-Class Mail:*** |

<table>
<tr><td>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>Covington & Burling LLP<br>One City Center 850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>Counsel for Defendant Microsoft Corporation</td><td></td></tr>
<tr><td colspan="2">22. Meloy v. Home Depot, Inc., No. 5:26-cv-02103 (D. Ohio)</td></tr>
<tr><td><u>Via Email:</u><br>George W. Cochran<br>1981 Crossfield Circle<br>Kent, Ohio 44240<br>Telephone: (330) 607-2187<br>Fax: (330) 595-4513<br>lawchrist@gmail.com</td><td><u>Via First-Class Mail:</u><br>Home Depot, Inc.<br>2455 Paces Ferry Road<br>Atlanta, GA 30339</td></tr>
</table>

Dated: November 2, 2026

*<u>/s/ Paul J Doolittle</u>*
Paul J Doolittle
**POULIN WILLEY ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com