**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related actions that were filed after the initial motion to transfer in this case:

1. *Mauldin v. Walmart Inc.*, Middle District of Florida, No. 8:26-cv-02642 (filed September 10, 2026).

2. *Udovicic v. Walmart Inc.*, District Court of New Jersey, No. 2:26-cv-12731 (filed September 28, 2026).

A Schedule of Actions is attached to this Notice. A copy of the docket sheets and complaints are also attached to this Notice. The complaints share common questions of fact and law and are premised on the same core issues as one of the actions pending before the JPML, and therefore are "Related Actions" for the purpose of this proceeding.

Dated: November 2, 2026

Respectfully Submitted,

/s/ Carolyn A. DeLone
Carolyn A. DeLone (DC#1004476)
**HOGAN LOVELLS CADWALADER US LLP**
555 Thirteenth Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-4860
carrie.delone@hlc.com

*Attorney for Defendant Walmart Inc.*