**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

**Schedule of Actions**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kathy Mauldin | Walmart Inc. | M.D. Fla. | 8:26-cv-02642 | Judge James S. Moody, Jr. |
| 2. | Tin Udovicic | Walmart Inc. | D.N.J. | 2:26-cv-12731 | Judge Julien Xavier Neals |