**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: RETAILER TARIFF LITIGATION | ) ) ) ) | MDL No. 3202 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action for Walmart Inc. and Schedule of Actions were electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system which sent notice of electronic filing to all counsel of record who has consented to electronic notification and also served on all parties in the manner set forth in the service list below.

Dated: November 2, 2026

Respectfully Submitted,

/s/ Carolyn A. DeLone

Carolyn A. DeLone (DC#1004476)
**HOGAN LOVELLS CADWALADER US LLP**
555 Thirteenth Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-4860
carrie.delone@hlc.com

*Attorney for Defendant Walmart Inc.*

| |
|---|
| **1.** *Mauldin v. Walmart Inc.*, No. 8:26-cv-02642 (M.D. Fla.) |
| ***Via Email***<br>Michael Jay Fuller , Jr<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue<br>Suite 201<br>San Juan<br>Puerto Rico<br>939-293-8244<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Kathy Mauldin* |
| **1.** *Udovicic. v. Walmart Inc.*, No. 2:26-cv-12731 (D.N.J.) |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>NS PR Law Services LLC<br>1302 Avenida Ponce De Leon<br>Santurce, PR 00907<br>787-493-5088<br>Hunter@nsprlaw.com<br><br>*Counsel for Plaintiff Tin Udovicic* |