# Appendix A

## PARTIES REPRESENTED

**Farrell & Fuller Law**
*Michael J. Fuller, Jr.*

**1. Tonysha Emerson, Plaintiff**
- *Emerson v. Amazon.com, Inc.*
- No. 2:26-cv-12614
- Eastern District of Michigan

**2. Sharon Lasseter, Plaintiff**
- *Lasseter v. Amazon.com, Inc.*
- No. 8:26-cv-02019
- Middle District of Florida

**3. Zuania Martínez, Plaintiff**
- *Martínez v. Target Corp.*
- No. 3:26-cv-01807
- Middle District of Florida

**4. Parveen Sangha, Plaintiff**
- *Sangha v. Amazon.com, Inc.*
- No. 1:26-cv-01777
- Northern District of Ohio

**Napoli Shkolnik**
*Hunter J. Shkolnik, Salvatore C. Badala, Shayna E. Sacks*

**5. Patricia Cavallaro, Plaintiff**
- *Cavallaro v. Target Corp.*
- No. 7:26-cv-06165
- Southern District of New York

**6. Gregory Rittenhouse, Plaintiff**
- *Rittenhouse v. Amazon.com, Inc.*
- No. 2:26-cv-03392
- Eastern District of New York

**7. Luisa Spadafino, Plaintiff**
- *Spadafino v. Amazon.com, Inc.*
- No. 2:26-cv-10023
- District of New Jersey

**Robbins Geller Rudman & Dowd LLP**
*Stuart A. Davidson, David A. Rosenfeld*

**8. Damany Browne, Plaintiff**
- *Browne v. Target Corporation*
- No. 1:26-cv-04959
- Eastern District of New York

**9. Don Polistico, Plaintiff**
- *Polistico v. Amazon.com, Inc.*
- No. 1:26-cv-04194
- Eastern District of New York