BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |
| --- | --- |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing Notice of Presentation of Oral Argument was e-filed via the Court's CM/ECF system on November 2, 2026, which provides electronic service copies of filed documents upon all parties registered in this action.

DATED: November 2nd, 2026

Respectfully submitted,

**FARRELL & FULLER LAW**

By: */s/ Michael J. Fuller, Jr.*____________

Michael J. Fuller, Jr., FL Bar No. 173797
**Farrell & Fuller Law**
270 Munoz Rivera Ave. Ste. 201
San Juan, PR 00918
T: 939-293-8244
F: 939-293-8245
mike@farrellfuller.com

*Counsel for Plaintiffs Tonysha Emerson in Emerson v. Amazon.com, Inc., No. 2:26-cv-12614 (E.D. Mich.), Sharon Lasseter in Lasseter v. Amazon.com, Inc., No. 8:26-cv-02019 (M.D. Fla.), Zuania Martínez in Martinez v. Target Corp., No. 3:26-cv-01807 (M.D. Fla.), and Parveen Sangha in Sangha v. Amazon.com, Inc., 26-cv-01777 (N.D. Ohio)*