**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE:** Retailer Tariff Litigation **MDL No. 3202**

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation of Oral Argument was served on all parties in the following cases electronically via ECF, or as indicated below, on November 2, 2026.

| **1.** *In re Sony Interactive Entertainment Tariff Litigation,* No. 3:26-cv-04121 (N.D. Cal.) |
|---|
| ***Via CM/ECF***<br><br>Yanni Law APC<br>John C. Bohren<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>yanni@bohreulaw.com<br><br>Poulin \| Willey \| Anastopoulo, LLC<br>Paul J. Doolittle<br>Audre Belanger<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@pouliuwilley.com<br>andre.belanger@pouliuwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Ali S. Ahmed, P.C.<br>Salar Ali Ahmed<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh* |
| ***Via CM/ECF***<br>David A. Perez<br>Morrison & Foerster LLP<br>925 4th Avenue, Floor 36<br>Seattle, WA 98104<br>DavidPerez@mofo.com<br><br>*Counsel for Defendant Sony Interactive Entertainment LLC* |

| |
|---|
| **2.** *Martinez* v. *Target,* No. 3:26-cv-01807 (M.D. Fla.) |
| ***Via CM/ECF***<br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Zuania Martinez* |
| ***Via CM/ECF***<br>John H. Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005<br>john.beisner@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **3.** *Lasseter v. Amazon.com, Inc.,* No. 8:26-cv-02019 (M.D. Fla.) |
| ***Via CM/ECF***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan Lewis<br>1301 Second Ave., Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc.* |
| **4.** *Stockov v. Costco Wholesale Corporation,* No. 1:26-cv-02734 (N.D. Ill.) |
| ***Via CM/ECF***<br>George A. Zelcs |

| |
|---|
| Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintill.lely.com<br>rcortazar@koreintill.lely.com<br><br>*Counsel for Plaintiff Matthew Stockov* |
| ***Via CM/ECF***<br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br>carl.jiang@mto.com<br>joseph.mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>elaine.goldenberg@mto.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* |
| **5.** *Russell v. Whaleco Inc.*, No. 1:26-cv-04296 (N.D. Ill.) |
| ***Via CM/ECF***<br>Joseph Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell* |
| ***Via CM/ECF***<br>Gary Feinennan<br>Alexis Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800 |

| |
|---|
| Chicago, IL 60611<br>gary.feinennan@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner<br>Matthew Valenti<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>*Counsel for Defendant Whaleco Inc.* |
| **6.** *Russell v. Shein Distribution Corporation,* No. 1:26-cv-04533 (N.D. Ill.) |
| ***Via CM/ECF***<br>Joseph Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Lola Russell* |
| ***Via CM/ECF***<br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary)<br><br>Jason J. Kim<br>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@hunton.com<br>cnevarez@hunton.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue |

| |
|---|
| Miami, FL 33131<br>jisani@hunton.com<br><br>*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC* |
| **7.** *Mulconrey* v. *J.M. Smucker Company,* No. 1:26-cv-08832 (N.D. Ill.) |
| ***Via CM/ECF***<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Peny<br>Law Offices of Todd M. Friedman, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>steven.peny@toddflaw.com<br><br>*Counsel for Plaintiff Melanie Mulconrey* |
| ***Via CM/ECF***<br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>*Counsel for Defendant The J.M. Smucker Company* |

| |
|---|
| **8.** *Lemense v. Puma United North America, LLC,* No. 1:26-cv-12654 (D. Mass.) |
| ***Via CM/ECF***<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense* |
| ***Via CM/ECF***<br>Jeffrey B. Margulies<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br><br>*Counsel for Defendants Puma United North America, LLC; Puma North America, Inc.; United Legwear Company, LLC* |
| **9.** *Emerson* v. *Amazon.com, Inc.*, No. 2:26-cv-12614 (E.D. Mich.) |
| ***Via CM/ECF***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000 |

| |
|---|
| Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com. Inc. and Amazon.com Services LLC* |
| **10.** *Spadafino* v. *Amazon.com, Inc.,* No. 2:26-cv-10023 (D.N.J.) |
| ***Via CM/ECF***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>hunter@nsprlaw.com<br><br>*Counsel for Plaintiff Luisa Spadafino* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com, Services LLC* |
| **11.** *Burgh v. EssilorLuxottica S.A.,* No. 1:26-cv-01133 (E.D.N.Y.) |
| ***Via CM/ECF***<br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>june.hoidal@zimmreed.com<br>charles.toomajian@zimmreed.com<br>michael.laird@zimmreed.com<br>katja.lange@zimmreed.com |

Tina Wolfson
Ahdoot & Wolfson, PC
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
twolfson@ahdootwolfson.com

Bradley K. King
Ahdoot & Wolfson, PC
521 Fifth Avenue, 17th Floor
New York, NY 10175
bking@ahdootwolfson.com

*Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amanda Mercado, Xochilt Smith*

***Via CM/ECF***
Sarah M. Gilbert
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
sgilbe1i@crowell.com

Henry W. Leung
Crowell & Moring LLP
3 Embarcadero Center, Floor 26
San Francisco, CA 94111
hleung@crowell.com

*Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America. Inc.*

**12.** *Hernandez v. Adidas America, Inc.,* No. 1:26-cv-02848 (E.D.N.Y.)

***Via CM/ECF***
Paul J. Doolittle, Esq.
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com (secondary)

Michael A. Tompkins, Esq.
Jeffrey K. Brown, Esq.
Leeds Brown Law, P.C.
1 Country Road, Suite 347
Carle Place, NY 11514

| |
|---|
| mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br><br>*Counsel for Plaintiffs Miguel Hernandez, Jason Schoen* |
| ***Via CM/ECF***<br>Maeve O'Connor<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>*Counsel for Defendant Adidas America. Inc.* |
| **13.** *Rittenhouse v. Amazon.com, Inc.,* No. 2:26-cv-03392 (E.D.N.Y.) |
| ***Via CM/ECF***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse* |

| |
|---|
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **14.** *Polistico v. Amazon.com, Inc.,* No. 1:26-cv-04194 (E.D.N.Y.) |
| ***Via CM/ECF***<br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* |

| |
|---|
| **15.** *Browne v. Target Corporation,* No. 1:26-cv-04959 (E.D.N.Y.) |

| |
|---|
| ***Via CM/ECF***<br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne* |
| ***Via CM/ECF***<br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br>john.beisner@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **16.** *Trocchio* v. *Zara USA, Inc.,* No. 1:26-cv-05009 (S.D.N.Y.) |
| ***Via CM/ECF***<br>Ryan F. Stephan<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br><br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>*Counsel for Plaintiff Lynnea Trocchio* |

| |
|---|
| ***Via CM/ECF***<br>Christopher Chorba<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Ave.<br>Los Angeles, CA 90071<br>cchorba@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* |

| **17.** *Cavallaro* v. *Target,* No. 7:26-cv-06165 (S.D.N.Y.) |
|---|
| ***Via CM/ECF***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Patricia Cavallaro* |
| ***Via CM/ECF***<br>John H. Beisner<br>Meredith C. Slawe<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>john.beisner@skadden.com<br>Meredith.slawe@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **18.** *Glase v. Walmart Inc.,* No. l:26-cv-00988 (N.D. Ohio) |

| |
|---|
| ***Via CM/ECF***<br>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street, Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br><br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>*Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn* |
| ***Via Email***<br>Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>Carolyn A. DeLone<br>Rebecca Wilton<br>Hogan Lovells Cadwalader (Washington)<br>555 13th Street NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hoganlovells.com<br><br>Katherine B. Wellington<br>Hogan Lovells Cadwalader (Boston)<br>Suite 2010<br>125 High Street<br>Boston, MA 02110<br>katherine.wellington@hoganlovells.com<br><br>*Counsel for Defendant Walmart Inc.* |

| |
|---|
| **19.** *Sangha v. Amazon.com, Inc.,* No. 1:26-cv-01777 (N.D. Ohio) |
| ***Via CM/ECF***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Daniel M. Finer<br>Morgan, Lewis & Bockius LLP<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15219<br>daniel.finer@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* |
| **20.** *Caldwell v. Nike, Inc.,* No. 3:26-cv-00923 (D. Or.) |
| ***Via Email***<br>Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700 |

Seattle, WA 98101
kboyd@mcnaul.com

M. Anderson Berry
Timothy Emery
Brook Garberding
Gregory Haroutunian
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Terence R. Coates
Dylan J. Gould
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
dgould@msdlegal.com

Zachary P. Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohgelernter Tanner
Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*

***Via Email***
B. John Casey
Rachel C. Lee
Stoel Rives LLP
760 S.W. Ninth Avenue, Suite 3000
Portland, OR 97205
john.casey@stoel.com
rachel.lee@stoel.com

Anthony A. Todaro
DLA Piper LLP US
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
anthony.todaro@us.dlapiper.com

Keara Marie Gordon
Rachael Kessler
Connor Rowinski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
keara.gordon@us.dlapiper.com
rachael.kessler@dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant Nike, Inc.*

**21.** *Downs v. Adidas America, Inc.,* No. 3:26-cv-01008 (D. Or.)

***Via CM/ECF***
Kaleigh N. Boyd
McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, WA 98101
kboyd@mcnaul.com

J. Gerard Strauch, IV
Michael Tackeff
Grayson Wells
Strauch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

gstrauch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

Nathan R. Ring
Strauch Jennings & Garvey, PLLC
3100 West Charleston, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

M. Anderson Berry
Gregory Haroutunian
Timothy Emery
Brook Garberding
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Terence R. Coates
Jonathan T. Deters
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
jdeters@msdlegal.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

Matthew R. Wilson
Jared W. Connors
Meyer Wilson Werning Co., LPA
305 West Nationwide Boulevard
Columbus, OH 43215
mwilson@meyerwilson.com
jconnors@meyerwilson.com

| |
|---|
| Brian Levin<br>Levin Law, P.A.<br>2665 South Bayshore Drive, PH2b<br>Miami, FL 33133<br>brian@levinlaw.com<br><br>*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes* |
| ***Via CM/ECF***<br>Maeve O'Connor<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br><br>*Counsel for Defendant Adidas America. Inc.* |
| **22.** *Terrill v. IKEA North America Services LLC,* No. 2:26-cv-02774 (E.D. Pa.) |

***Via CM/ECF***
Donald R. Hall
Hae Sung Nam
Aaron Schwartz
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
dhall@kaplanfox.com
hnam@kaplanfox.com
aschwaitz@kaplanfox.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612
lking@kaplanfox.com

Diana J. Zinser
William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Spector Caldes & Corrigan
2001 Market Street, Suite 3420
Philadelphia, PA 19103
dzinser@scc.law
bcaldes@scc.law
jcorrigan@scc.law
jspector@scc.law

Jonathan Shub
Benjamin F. Johns
Shub, Johns & Holbrook LLP
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
jshub@shublawyers.com
bjohns@shublawyers.com

Jeffrey S. Goldenberg
Todd B. Naylor
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

*Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente*

| |
|---|
| ***Via CM/ECF***<br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC INUS. INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* |

| **23.** *Briggs v. Costco Wholesale Corporation* No. 2:26-cv-01064 (W.D. Wash.) |
|---|
| ***Via Email***<br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com |

| |
|---|
| dgould@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>mnarnzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle* |

| |
|---|
| ***Via Email***<br>Elaine J. Goldenberg<br>Munger Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>elaine.goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D. Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.Bryant@mto.com<br><br>Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* |
| **24.** *In re Amazon Tariff Litigation,* No. 2:26-cv-01670 (W.D. Wash.) |

| |
|---|
| ***Via CM/ECF***<br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen* |
| ***Via CM/ECF***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>John Goldmark<br>Kevin Kramer<br>DAVIS WRIGHT TREMAINE 920 Fifth<br>Ave, Ste. 3300<br>Seattle, WA 98104-1610 |

johngoldmark@dwt.com
kevinkramer@dwt.com

*Counsel for Defendant Amazon.com. Inc.*

**25.** *Hastings* v. *Microsoft Corporation,* No. 2:26-cv-02537 (W.D. Wash.)

***Via Email***
Samuel J. Strauss
One Magnificent Mile
980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussbonelli.com

J. Gerard Strauch, IV
Grayson Wells
Michael Tackeff
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

*Counsel for Plaintiff Trevor Hastings*

***Via CM/ECF***
James Moon
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
jamesmoon@dwt.com

Emily Parsons
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
emilyparsons@dwt.com
Laura Flahive Wu
Maeve McBride
Nathan Lange
Valerie Hletko
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
lglahivewu@cov.com
mmcbride@cov.com
nlange@cov.com
vhletko@cov.com

*Counsel for Defendant Microsoft Corporation*

Dated: November 2, 2026

Respectfully submitted,

By: */s/ Jason T. Dennett*

Jason T. Dennett (WSBN 30686)
**MILBERG, PLLC**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Tel: (516) 515-9124
jdennett@milberg.com