## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Retailer Tariff Litigation **MDL No.** 3202

## LIST OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| **1.** | Matthew Stockov | Costco Wholesale Corporation | Northern District of Illinois | 1:26-cv-02734 | Judge Steven C. Seeger |
| **2.** | David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, and Karyn Wygle | Costco Wholesale Corporation | Western District of Washington | 2:26-cv-01064 | Judge Jamal N. Whitehead |
| **3.** | Guillermo J. Ortiz | Costco Wholesale Corporation | District of Puerto Rico | 3:26-cv-01164 | Judge Camille L. Vélez-Rivé |