**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: RETAILER TARIFF LITIGATION** | **MDL DOCKET No. 3202** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel of Multidistrict Litigation, I hereby certify that on November 2, 2026, Defendant NIKE, Inc.'s Notice of Presentation of Oral Argument was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system, through which all parties may also access this filing, and via electronic mail to counsel of record.

Dated: November 2, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Keara M. Gordon*

Keara M. Gordon
keara.gordon@us.dlapiper.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4500

*Counsel for Defendant NIKE, Inc.*