**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| *In Re: Retailer Tariff Litigation* | MDL No. 3202 |
|---|---|

## SCHEDULE OF RELATED ACTION

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Mary Sun, Barbara Grazioli, William Wolf, Christina Hill, Alexis Fennessy, Latonya Wright, Parveen Sangha, Lauren Wolf, Rozaliya Ripa | Target Corp. | EDPA | 2:26-cv-06391 | Antonio M. Pozos (USDJ) |
| Eric Camacho, Sharon Manier, and Anddilip Somavarapu | Target Corp. | NDCA | 3:26-cv-08704 | Alex G. Tse (USMJ) |