**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| *In Re: Retailer Tariff Litigation* | MDL No. 3202 |
| --- | --- |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that, on November 2, 2026, the foregoing Notice of Presentation or Waiver of Oral Argument was electronically filed with the Court's CM/ECF system, which sent notice of electronic filing to all counsel of record who have consented to electronic notification and also served on all parties in the manner set forth in the service list below.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Jason H. Kim*

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
515 S. Figueroa Street, Suite 1060
Los Angeles, CA 90071
Tel: (415) 421-7100
jkim@schneiderwallace.com

Todd M. Schneider (SBN 158253)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneier@scheniderwallace.com
relevine@schneiderwallace.com

Noah A. Messing (*pro hac vice forthcoming*)
**MESSING & SPECTOR LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel: (212) 960-3720
nm@messingspector.com

Phillip M. Spector (*pro hac vice forthcoming*)
**MESSING & SPECTOR LLP**
145 West Ostend Street, Suite 600
Baltimore, MD 21230
Tel: (212) 960-3720
ps@messingspector.com

*Attorneys for Plaintiffs Eric Camacho et al.*

Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
515 S. Figueroa Street, Suite 1060
Los Angeles, CA 90071
Tel: (415) 421-7100
jkim@schneiderwallace.com

Todd M. Schneider (SBN 158253)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneier@scheniderwallace.com
relevine@schneiderwallace.com

Laura K. Mummert (Bar No. 85964)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street - Suite 1200
Philadelphia, PA 19102
Tel: 215-854-4060
lmummert@litedepalma.com

Noah A. Messing (*pro hac vice forthcoming*)
**MESSING & SPECTOR LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel: (212) 960-3720
nm@messingspector.com

Phillip M. Spector (*pro hac vice forthcoming*)
**MESSING & SPECTOR LLP**
145 West Ostend Street, Suite 600
Baltimore, MD 21230
Tel: (212) 960-3720
ps@messingspector.com

*Attorneys for Plaintiffs Mary Sun et al.*

## SERVICE LIST

<table>
<tr><td colspan="2">1. In re Sony Interactive Entertainment Tariff Litigation, No. 3:26-cv-04121 (N.D. Cal.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>John C. Bohren<br>Yanni Law APC<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Paul J. Doolittle<br>Andre Bèlanger<br>Poulin, Willey, Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Salar Ali Ahmed<br>Ali S. Ahmed, P.C.<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh</td><td><u>Via CM/ECF:</u><br>David A. Perez<br>Mallory A. Gitt<br>Shireen Lankarani<br>Melody E. Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>Counsel for Sony Interactive Entertainment LLC</td></tr>
<tr><td colspan="2">2. Martinez v. Target, No. 3:26-cv-01807 (M.D. Fla.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Zuania Martinez</td><td><u>Via CM/ECF:</u><br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Ave, NW<br>Washington, DC 20005<br>john.beisner@skadden.com<br><br>Michael W. McTigue Jr.<br>Meredith C Slawe<br>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West</td></tr>
</table>

| | |
|---|---|
| | New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **3.** *Lasseter v. Amazon.com, Inc.,* No. 8:26-cv-02019 (M.D. Fla.) | |
| ***Via CM/ECF:***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter* | ***Via CM/ECF:***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon, Inc.* |
| **4.** *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) | |
| ***Via CM/ECF:***<br>George A. Zelcs<br>Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Matthew Stockov* | ***Via CM/ECF:***<br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>Christopher B. Wilson<br>Spencer Gottlieb<br>Perkins Coie LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, Illinois 60606 |

<table>
<tr><td></td><td>cwilson@perkinscoie.com<br>sgottlieb@perkinscoie.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td></tr>
<tr><td colspan="2">5. Russell v. Whaleco Inc., No. 1:26-cv-04296 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Myles McGuire<br>Evan M. Meyers<br>Joseph Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>Counsel for Plaintiff Lola Russell</td><td><u>Via CM/ECF:</u><br>Gary Feinerman<br>Alexis Lazarczyk<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner<br>Matthew P. Valenti<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br>Counsel for Defendant Whaleco Inc.</td></tr>
<tr><td colspan="2">6. Russell v. Shein Distribution Corporation, No. 1:26-cv-04533 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Myles McGuire<br>Evan M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C. 55 West Wacker Drive, 9th Floor, Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com</td><td><u>Via CM/ECF:</u><br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com</td></tr>
</table>

| | |
|---|---|
| *Counsel for Plaintiff Lola Russell*<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br>*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC* | (secondary)<br><br>Jason J. Kim<br>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com<br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br>*Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC* |
| **7.** *Mulconrey v. J.M. Smucker Company*, No. 1:26-cv-08832 (N.D. Ill.) | |
| ***<u>Via CM/ECF:</u>***<br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Perry<br>Law Offices of Todd M. Friedman, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com<br><br>*Counsel for Plaintiff Melanie Mulconrey* | ***<u>Via CM/ECF:</u>***<br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com |

| | |
|---|---|
| | *Counsel for Defendant The J. M. Smucker Company* |
| **8.** *Lemense v. Puma United North America, LLC*, No. 1:26-cv-12654 (D. Mass.) | |
| ***Via CM/ECF:***<br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd<br>Floor Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense* | ***Via CM/ECF:***<br>Andrew E Skroback<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com<br><br>Jeffrey B. Margulies<br>Yi E. Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>*Counsel for Defendant Puma United North America, LLC* |
| **9.** *Emerson v. Amazon.com, Inc.,* No. 2:26-cv-12614 (E.D. Mich.) | |
| ***Via CM/ECF:***<br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite<br>201 San Juan, PR 00918<br>mike@farrellfuller.com<br>*Counsel for Plaintiff Tonysha Emerson* | ***Via CM/ECF:***<br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Mohamed M. Awan<br>Morgan Lewis & Bockius LLP<br>110 North Wacker Drive Suite 2800<br>Chicago, IL 60606<br>mohamed.awan@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC* |
| **10.** *Spadafino v. Amazon.com, Inc.,* No. 2:26-cv-10023 (D.N.J.) | |
| ***Via CM/ECF:***<br>Salvatore C. Badala<br>Napoli Shkolnik PLLC | ***Via CM/ECF:***<br>Mark Donatiello<br>Morgan, Lewis & Bockius LLP |

<table>
<tr><td>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>hunter@nsprlaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor New York, NY 10017<br>SSacks@napolilaw.com<br><br>Counsel for Plaintiff Luisa Spadafino</td><td>502 Carnegie Center<br>Princeton, NJ 08540<br>mark.donatiello@morganlewis.com<br><br>Counsel for Defendant Amazon.com, Inc.<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP 1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC</td></tr>
<tr><td colspan="2">11. Burgh v. EssilorLuxottica S.A., No. 1:26-cv-01133 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com<br><br>Tina Wolfson<br>Ahdoot & Wolfson, PC</td><td><u>Via CM/ECF:</u><br>Sarah M. Gilbert<br>Crowell & Moring LLP<br>Two Manhattan West 375 Ninth Avenue New York, NY 10001 SGilbert@crowell.com<br><br>Henry W. Leung<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.</td></tr>
</table>

<table>
<tr><td>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br><br>Bradley K. King<br>Ahdoot & Wolfson, PC<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>Counsel for Plaintiffs Louis Burgh,Christopher Figler, Amando Mercado, Xochilt Smith</td><td></td></tr>
<tr><td colspan="2">12. Hernandez v. Adidas America, Inc., No. 1:26-cv-02848 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Paul J. Doolittle, Esq.<br>Poulin, Willey, Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Michael A. Tompkins, Esq.<br>Jeffrey K. Brown, Esq.<br>Anthony Alesandro<br>Leeds Brown Law, P.C.<br>1 Country Road, Suite 347<br>Carle Place, NY 11514<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br>Aalesandro@leedsbrownlaw.com<br><br>Counsel for Plaintiffs Miguel Hernandez, Jason Schoen</td><td><u>Via CM/ECF:</u><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve L. O'Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>Counsel for Defendant Adidas America, Inc.</td></tr>
<tr><td colspan="2">13. Rittenhouse v. Amazon.com, Inc., No. 2:26-cv-03392 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Hunter J. Shkolnik<br>Napoli Shkolnik</td><td><u>Via CM/ECF:</u><br>Brian D. Buckley<br>Grant MacQueen</td></tr>
</table>

<table>
<tr><td>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>Counsel for Plaintiff Gregory Rittenhouse</td><td>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>matthew.cooper@morganlewis.com<br>grant.macqueen@morganlewis.com<br><br>Counsel for Defendant Amazon.com, Inc.</td></tr>
<tr><td colspan="2">14. Polistico v. Amazon.com, Inc., No. 1:26-cv-04194 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>David A. Rosenfeld<br>Robbins Geller<br>Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller<br>Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>Counsel for Plaintiff Don Polistico</td><td><u>Via CM/ECF:</u><br>Brian David Buckley<br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>brian.buckley@morganlewis.com<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC</td></tr>
<tr><td colspan="2">15. Browne v. Target Corporation, No. 1:26-cv-04959 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747</td><td><u>Via CM/ECF:</u><br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>John Herbert Beisner</td></tr>
</table>

| | |
|---|---|
| drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne* | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br>john.beisner@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| **16.** *Trocchio v. Zara USA, Inc.,* No. 1:26-cv-05009 (S.D.N.Y.) | |
| ***Via CM/ECF:***<br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th<br>Floor New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com<br><br>*Counsel for Plaintiff Lynnea Trocchio* | ***Via CM/ECF:***<br>Jillian Nicole London<br>Christopher Chorba<br>Judson Owen Littleton<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br>CChorba@gibsondunn.com<br>jlittleton@gibsondunn.com<br><br>*Counsel for Defendant Zara USA, Inc.* |
| **17.** *Cavallaro v. Target*, No. 7:26-cv-06165 (S.D.N.Y.) | |
| ***Via CM/ECF:***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747 | ***Via CM/ECF:***<br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher<br>& Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>john.beisner@skadden.com<br><br>***Via EMAIL***<br>Michael W. McTigue Jr.<br>Meredith C Slawe |

<table>
<tr><td>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>Counsel for Plaintiff Patricia Cavallaro</td><td>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br><br>Counsel for Defendant Target Corporation</td></tr>
<tr><td colspan="2">18. Glase v. Walmart Inc., No. 1:26-cv-00988 (N.D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br><br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>Counsel for Plaintiffs John Glase, Adam Falkner (Terminated on 06/29/2026), Kristin Falkner (Terminated on 06/29/2026), Greg Haehn</td><td><u>Via CM/ECF:</u><br>Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower 127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>Carolyn A. DeLone Rebecca Wilton<br>Hogan Lovells Cadwalader (Washington) 555 13th Street NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hoganlovells.com<br><br>Katherine B. Wellington<br>Hogan Lovells Cadwalader (Boston)<br>Suite 2010, 125 High Street<br>Boston, MA 02110<br>katherine.wellington@hoganlovells.com<br><br>Counsel for Defendant Walmart Inc.</td></tr>
<tr><td colspan="2">19. Sangha v. Amazon.com, Inc., No. 1:26-cv-01777 (N.D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite</td><td><u>Via CM/ECF:</u><br>Daniel M. Finer<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street</td></tr>
</table>

| | |
|---|---|
| 201 San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Parveen Sangha* | Pittsburgh, PA 15129<br>Daniel.finer@morganlewis.com<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Ave., Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services, LLC* |
| **20.** *Caldwell v. Nike, Inc.*, No. 3:26-cv-00923 (D. Or.) | |
| ***<u>Via CM/ECF:</u>***<br>Kaleigh N. Boyd<br>McNaul Ebel<br>PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>Jason T. Dennett<br>Milberg, PLLC 1700<br>7th Avenue, Suite<br>2100 Seattle, WA<br>98101<br>jdennett@milberg.com<br><br>Jennifer Rust Murray<br>Terrell Marshall Law Group PLLC<br>1700 Westlake Avenue North Suite 300<br>Seattle, WA 98109<br>jmurray@terrellmarshall.com<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>gregory@emeryreddy.com | ***<u>Via CM/ECF:</u>***<br>B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP<br>760 S.W. Ninth Avenue, Suite 3000, Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com<br><br>Anthony A. Todaro<br>DLA Piper LLP US<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com<br><br>Keara Marie Gordon<br>Rachael Kessler<br>Connor Rowinski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com<br><br>*Counsel for Defendant Nike, Inc.* |

| | |
|---|---|
| Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com<br><br>Zachary P. Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd<br>Wohgelernter Tanner Weinstock & Dodig,<br>LLP 1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana* | |
| **21.** *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) | |
| ***Via CM/ECF:***<br>Kaleigh N. Boyd<br>McNaul Ebel<br>PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>J. Gerard Stranch, IV | ***Via CM/ECF:***<br>Terence R. Coates<br>Jonathan T. Deters<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202 tcoates@msdlegal.com<br>jdeters@msdlegal.com<br><br>Zachary Arbitman |

Michael Tackeff
Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite
200 Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

Nathan R. Ring
Stranch Jennings & Garvey, PLLC
3100 West Charleston, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

M. Anderson Berry
Gregory Haroutunian
Timothy Emery
Brook Garberding
Brandon P. Jack
Emery Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Nicole A. Maruzzi
Feldman Shepherd Wohlgelernter Tanner
Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

Matthew R. Wilson
Jared W. Connors
Meyer Wilson Werning Co., LPA
305 West Nationwide Boulevard
Columbus, OH 43215
mwilson@meyerwilson.com
jconnors@meyerwilson.com

Brian Levin
Levin Law, P.A.
2665 South Bayshore Drive, PH2b
Miami, FL 33133
brian@levinlawpa.com

*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*

Stephen M. Feldman
Chad M. Colton
Kayla L. Lindgren
Ashurst Perkins Coie US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Stephen.Feldman@ashurstperkins.com
Chad.Colton@ashurstperkins.com
Kayla.Lindgren@ashurstperkins.com

Maeve L. O'Connor

| | |
|---|---|
| *Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes* | Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>*Counsel for Defendant Adidas America, Inc.* |
| **22.** *Terrill v. IKEA North America Services LLC,* No. 2:26-cv-02774 (E.D. Pa.) | |
| ***Via CM/ECF:***<br>Donald R. Hall<br>Hae Sung Nam<br>Aaron L. Schwartz<br>Clara Abramson<br>Matthew Lindenmuth<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com<br>cabramson@kaplanfox.com<br>mlindenmuth@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer<br>LLP 1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Diana J. Zinser<br>William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>Spector Caldes & Corrigan<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law | ***Via CM/ECF:***<br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>*Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC* |

<table>
<tr><td>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br><br>Jonathan Shub<br>Benjamin F. Johns<br>Shub, Johns & Holbrook LLP<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA, 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente</td><td></td></tr>
<tr><td colspan="2">23. Briggs v. Costco Wholesale Corporation, No. 2:26-cv-01064 (W.D. Wash.)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, Washington 98101<br>anderson@emeryreddy.com</td><td><u>Via CM/ECF:</u><br>Elaine J. Goldenberg<br>Munger Tolles & Olson LLP 601<br>Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>Elaine.Goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com</td></tr>
</table>

<table>
<tr>
<td>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegaf.com<br>dgould@msdlegal.com<br>George A. Donelly, IV<br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>gdonnelly@feldmanshepherd.com<br>zarbitman@fefdmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle</td>
<td>Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td>
</tr>
<tr>
<td colspan="2">24. In re Amazon Tariff Litigation, No. 2:26-cv-01670 (W.D. Wash.)</td>
</tr>
<tr>
<td><u>Via CM/ECF:</u><br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com</td>
<td><u>Via CM/ECF:</u><br>John Goldmark<br>Kevin Kramer<br>Kreisa Cox<br>DAVIS WRIGHT TREMAINE<br>920 Fifth Ave, Ste. 3300<br>Seattle, WA 98104-1610<br>johngoldmark@dwt.com<br>kevinkramer@dwt.com<br>kreisacox@dwt.com<br><br>Brian D. Buckley<br>Molly A. Terwilliger</td>
</tr>
</table>

| | |
|---|---|
| Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec Jeffrey Price, and Consolidated Plaintiff Howard Rosen* | Tjitske Dekker<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| **25.** *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) | |
| ***Via CM/ECF:***<br>Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com | ***Via CM/ECF:***<br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange |

<table>
<tr><td>Counsel for Plaintiff Trevor Hastings</td><td>Valerie Hletko<br>Covington & Burling LLP<br>One City Center 850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com<br>vhletko@cov.com<br><br>Counsel for Defendant Microsoft Corporation</td></tr>
<tr><td colspan="2">26. Meloy v. Home Depot, Inc., No. 5:26-cv-02103 (D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF:</u><br>George W. Cochran<br>1981 Crossfield Circle<br>Kent, Ohio 44240<br>Telephone: (330) 607-2187<br>Fax: (330) 595-4513<br>lawchrist@gmail.com<br><br>Counsel for Plaintiff Richard Meloy</td><td><u>Via CM/ECF</u><br>Lisa R. Bugni<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>lbugni@kslaw.com<br><br>Zachary McEntyre<br>William P. Barnette<br>Stewart Haskins<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>zmcentyre@ksalw.com<br>wbarnette@kslaw.com<br>shaskins@kslaw.com<br><br>Counsel for Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc.</td></tr>
<tr><td colspan="2">27. Linda Norberg v. Deckers Outdoor Corporation, No. 2:26-cv-07235 (CDCA)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Evan M. Meyers<br>McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, Illinois 60601<br>emeyers@mcgpc.com<br><br>Yevgeniy Y. Turin</td><td><u>Via CM/ECF</u><br>Jay T. Ramsey<br>P. Craig Cardon<br>Patrick David Rubalcava , IV<br>Sheppard, Mullin, Richter & Hampton LLP<br>1901 Avenue of the Stars, 16th Fl.<br>Los Angeles, CA 90067<br>jramsey@sheppard.com</td></tr>
</table>

| | |
|---|---|
| McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br><br>*Counsel for Plaintiffs Linda Norberg and Coty Kelly* | ccardon@sheppardmullin.com<br>prubalcava@sheppardmullin.com<br><br>*Counsel for Defendant Deckers Outdoor Corporation* |
| ***28.*** *Nolen, et al. v. Canon U.S.A., Inc. E.D.N.Y., No. 2:26-cv-04939* | |
| ***Via CM/ECF***<br>Jeremy R. Williams<br>Lee Segui PLLC<br>421 N. Harrington St, Suite 460<br>Raleigh, NC 27603<br><br>*Counsel for Plaintiff Michael Nolen and Marlon Vera* | ***Via CM/ECF***<br>David E. Sellinger<br>Phillip E. Sellinger<br>Todd L. Schleifstein<br>GREENEBERG TRAURIG LLP<br>1 Vanderbilt Avenue<br>New York, NY 10017<br>sellingerd@gtlaw.com<br>sellingerp@gtlaw.com<br>schleifsteint@gtlaw.com<br><br>*Counsel for Defendant Canon U.S.A., Inc.* |
| ***29.*** *Barnes v. Nikon Inc., No. 2:26-cv-04940 (EDNY)* | |
| ***Via CM/ECF***<br>Patrick M. Wallace<br>Lee Segui PLLC<br>421 N. Harrington Street, Suite 460<br>Raleigh, NC 27603<br>pwallace@leesegui.com<br><br>*Counsel for Marc Barnes, individually and on behalf of all others similarly situated* | ***Via CM/ECF***<br>Seth D. Rothman<br>Emma L. Baratta<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, New York, NY 10004<br>Seth.rothman@hugheshubbard.com<br>emma.baratta@hugheshubbard.com<br><br>*Counsel for Defendant Nikon Inc.* |
| ***30.*** *Tan v. Columbia Sportswear Company, et al., 3:26-cv-01170-AN (D. Oregon)* | |
| ***Via CM/ECF***<br>Myles McGuire<br>Evan M. Meyers Joseph<br>Dunklin McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com | ***Via CM/ECF***<br>Anuj Shah<br>Keith A. Ketterling<br>Elizabeth B. Kinsman<br>Kevin Michael Flannery<br>Lydia Anderson-Dana<br>Stoll Stoll berne Lokting & Schlater, P.C.<br>209 SW Oak St., Suite 500 |

| | |
|---|---|
| jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Evette Tan* | Portland, OR 97204<br>ashah@stollberne.com<br>kketterling@stollberne.com<br>ekinsman@stollberne.com<br>kflannery@stollberne.com<br>landersondana@stollberne.com<br><br>*Counsel for Defendants Columbia Sportswear Company, Columbia Brands USA, LLC, and prAna Living, LLC* |
| ***31.*** *Wilson v. Levi Strauss & Co., No. 2:26-cv-01904 (E.D. La.)* | |
| ***Via CM/ECF***<br>Andre Robert<br>BelangerGo Big Injury Law<br>1 Glenlake Parkway NESuite 650<br>Sandy Springs, GA 30328<br>andre.belanger@poulinwilley.<br><br>*Counsel for Plaintiff Trinese Raquel Scott Wilson* | ***Via CM/ECF***<br>Keara M. Gordon<br>keara.gordon@us.dlapiper.com<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel for NIKE, Inc. and Levi Strauss & Co.* |
| ***32.*** *Redden-Drake v. Ralph Lauren Corporation, No. 1:26-cv-04029 (S.D. N.Y.)* | |
| ***Via CM/ECF***<br>Paul J. Doolittle<br>Paul J. Doolittle, Esq.<br>32 Ann Street,<br>Charleston, SC 29403<br>Paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com<br><br>*Counsel for Plaintiff Redden-Drake* | ***Via CM/ECF***<br>Bridget Ansel<br>Ballard Spahr LLP<br>1675 Broadway 19th Floor<br>New York, NY 10019<br>anselb@ballardspahr.com<br><br>*Counsel for Defendant Ralph Lauren Corporation* |
| ***33.*** *Hutchins et al. v. WalMart, Inc., No. 5:26-cv-05086 (W.D. Ark.)* | |
| ***Via CM/ECF***<br>Charles Darwin<br>Davidson, Sr.<br>Davidson Law Firm, Ltd.<br>P.O. Box 1300<br>Little Rock, AR 72203-1300<br>skipd@dlf-ar.com | ***Via CM/ECF***<br>Carolyn A. DeLone<br>HOGAN LOVELLS<br>CADWALADER US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>Carrie.delone@hlc.com |

<table>
<tr><td>Nickolas Dunn<br>Davidson Law Firm<br>724 Garland Street<br>Little Rock, AR 72201<br>nickd@dlf-ar.com<br><br>Counsel for Plaintiffs Nathan Hutchins and Jordan Lesh</td><td>Vincent Chadick<br>Quattlebaum, Grooms & Tull PLLC<br>4100 Corporate Center Drive, Suite 310<br>Springdale, AR 72762<br>vchadick@qgtlaw.com<br><br>Katherine Booth Wellington<br>Hogan Lovells Cadwalader US LLP<br>125 High Street, Suite 2010<br>Boston, MA 02110<br>katherine.wellington@hlc.com<br><br>Rebecca Wilton<br>Hogan Lovells Cadwalader US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Rebecca.wilton@hlc.com<br><br>Attorney for Defendant Walmart Inc.</td></tr>
<tr><td colspan="2">34. Maximilian Mann v. Valero Energy Corporation et al., No. 8:26-cv-01635 (C.D. Cal.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Yevgeniy Y. Turin<br>McGuire Law, P.C.<br>680 East Colorado Boulevard, Suite 180<br>Pasadena, CA 91101<br>eturin@mcgpc.com<br><br>Evan M. Meyers<br>McGuire Law, P.C. 55<br>W. Wacker Dr., 9th Fl.<br>Chicago, Illinois 60601<br>emeyers@mcgpc.com<br><br>Counsel for Plaintiff Maximilian Mann</td><td><u>Via CM/ECF</u><br>Rachel Anna Beck<br>Faegre Drinker Biddle and Reath LLP<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>rachel.beck@faegredrinker.com<br><br>David Belcher<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>david.belcher@faegredrinker.com<br><br>Counsel for Defendants Valero Energy Corporation and Valero Marketing and Supply Company</td></tr>
<tr><td colspan="2">35. Hunter v. Lenovo (United States) Inc., et al., No. 1:26-cv-07403 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Evan M. Meyers<br>Joseph Dunklin</td><td><u>Via CM/ECF</u><br>Max Evan Kaplan<br>Cozen O'Connor</td></tr>
</table>

| | |
|---|---|
| McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, Illinois 60601<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>*Counsel for Plaintiff Tyrone Hunter* | 1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>mkaplan@cozen.com<br><br>Melissa Anne Siebert<br>Cozen O'Connor<br>123 N. Wacker Dr.18th Floor<br>Chicago, IL 60606<br>msiebert@cozen.com<br><br>Max Evan Kaplan<br>Cozen O'Connor<br>1650 Market StreetSuite 2800<br>Philadelphia, PA 19130<br>mkaplan@cozen.com<br><br>*Counsel for Defendants Lenovo (United States) Inc., Lenovo Global Technology (United States) Inc., and Motorola Mobility LLC* |
| ***36.*** *Ortiz v. Costco Wholesale Corporation, No. 3:26-cv-01164 (D. P.R.)* | |
| ***Via CM/ECF***<br>Julián R. Rivera-Aspinall<br>Eduardo R. Jenks<br>Rivera-Aspinall, Garriga & Fernandini PSC<br>1647 Adams St. Summit Hills<br>San Juan, PR<br>aspinall@ragflaw.com<br>edjenks@yahoo.com<br><br>Francisco E. Colón-Ramírez<br>Colon Ramirez LLC<br>PO Box 361920<br>San Juan, PR 00936-1920<br>fecolon@colonramirez.com<br><br>Luis G. Martinez-Llorens<br>1225 Ponce de Leon Ave. VIG Tower Suite 1406 San Juan, PR 00907<br>lmartinez@lmlawpr.com | ***Via CM/ECF***<br>Alexis D. Campbell<br>Brad D Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com<br>jennifer.bryant@mto.com<br><br>***Via Email***<br>Carlos A. Valldejuly<br>Laura G. Brenes<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Avenue, Suite 800<br>San Juan, PR 00918-1813<br>carlos.valldejuly@oneillborges.com<br>laura.brenes@oneillborges.com |

<table>
<tr><td>Counsel for Plaintiff Guillermo J. Ortiz</td><td>Counsel for Defendant Costco Wholesale Corporation</td></tr>
<tr><td colspan="2">37. McCoy v. Lowe's Companies, Inc., No. 5:26-cv-02156 (N.D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF</u><br>George W. Cochran<br>Law Office of George W. Cochran<br>1981 Crossfield Circle<br>Kent, Ohio 44240<br>lawchrist@gmail.com<br><br>Counsel for Plaintiff James M</td><td><u>Via First Class Mail</u><br>Lowe's Companies, Inc.<br>c/o Juliette W. Pryo<br>1000 Lowe's Boulevard<br>Mooresville, NC<br><br>Defendant Lowe's Companies, Inc.</td></tr>
<tr><td colspan="2">38. Iglesias v. Levi Strauss & Co., No. 3:26-cv-6100 (NDCA)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>brandon@emeryreddy.com<br><br>Gary M. Klinger<br>Milberg Coleman Bryson Phillips<br>Grossman, PLLC<br>227 W Monroe St., Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Gregory Haroutunian<br>M. Anderson Berry<br>Emery Reddy, PC<br>333 University Avenue, Suite 200<br>Sacramento, CA 95825<br>gregory@emeryreddy.com<br>anderson@emeryreddy.com<br><br>Jason T. Dennett<br>Milberg, PLLC 1<br>700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com</td><td><u>Via CM/ECF</u><br>Connor Rowinski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>connor.rowinski@us.dlapiper.com<br><br>Isabelle Louise Ord<br>Tia Nguyen<br>DLA Piper LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>isabelle.ord@us.dlapiper.com<br>tia.nguyen@us.dlapiper.com<br><br>Keara Marie Gordon<br>DLA Piper LLP<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>(212) 335-4632<br>Keara.gordon@us.dlapiper.com<br><br>Counsel for Defendant Levi Strauss & Co.</td></tr>
</table>

<table>
<tr><td>John J. Nelson<br>Milberg, PLLC<br>280 S. Beverly Drive-Penthouse Suite<br>Beverly Hills, CA 90212<br>jnelson@milberg.com<br><br>Jonathan Tehan Deters<br>Terence Coates<br>Markovits, Stock & De Marco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>jdeters@msdlegal.com<br>tcoates@msdlegal.com<br><br>Nicole A. Maruzzi<br>Zachary Arbitman<br>Feldman Shepherd Wohlgelernter Tanner<br>Weinstock Dodig LLP<br>1845 Walnut Street 21st Floor<br>Philadelphia, PA 19103<br>nmaruzzi@feldmanshepherd.com<br>zarbitman@feldmanshepherd.com<br><br>Counsel for Plaintiff Robert Iglesias</td><td></td></tr>
<tr><td colspan="2">39. Sun et al. v. Target Corp., No. 2:26-cv-06391 (E.D. Pa.) and</td></tr>
<tr><td><u>Via CM/ECF</u><br>Jason H. Kim (SBN 220279)<br>SCHNEIDER WALLACE<br>COTTRELL KIM LLP<br>515 S. Figueroa Street, Suite 1060<br>Los Angeles, CA 90071<br>jkim@schneiderwallace.com<br><br>Todd M. Schneider (SBN 158253)<br>Raymond S. Levine (SBN 348030)<br>SCHNEIDER WALLACE<br>COTTRELL KIM LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608</td><td><u>Via Email</u><br>Michael W. McTigue Jr.<br>Meredith C Slawe<br>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br><br>Counsel for Defendant Target Corp.</td></tr>
</table>

| | |
|---|---|
| tschneier@scheniderwallace.com<br>relevine@schneiderwallace.com<br><br>Noah A. Messing (*pro hac vice forthcoming*)<br>MESSING & SPECTOR LLP<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>nm@messingspector.com<br>Phillip M. Spector (*pro hac vice forthcoming*)<br>MESSING & SPECTOR LLP<br>145 West Ostend Street, Suite 600<br>Baltimore, MD 21230<br>ps@messingspector.com<br><br>*Counsel for Mary Sun, Barbara Grazioli, William Wolf, Christina Hill, Alexis Fennessy, Latonya Wright, Parveen Sangha, Lauren Wolf, Rozaliya Ripa* | |
| ***40***. *Camacho et al v. Target Corp., No. 3:26-cv-08704 (N.D. Cal.)* | |
| ***Via CM/ECF***<br>Jason H. Kim (SBN 220279)<br>SCHNEIDER WALLACE<br>COTTRELL KIM LLP<br>515 S. Figueroa Street, Suite 1060<br>Los Angeles, CA 90071<br>jkim@schneiderwallace.com<br><br>Todd M. Schneider (SBN 158253)<br>Raymond S. Levine (SBN 348030)<br>SCHNEIDER WALLACE<br>COTTRELL KIM LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>tschneier@scheniderwallace.com<br>relevine@schneiderwallace.com<br><br>Noah A. Messing (*pro hac vice forthcoming*)<br>MESSING & SPECTOR LLP<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169 | ***Via Email***<br>Michael W. McTigue Jr.<br>Meredith C Slawe<br>Shaud G. Tavakoli<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>michael.mctigue@skadden.com<br>meredith.slawe@skadden.com<br>shaud.tavakoli@skadden.com<br><br>*Counsel for Defendant Target Corp.* |

<table>
<tr><td>nm@messingspector.com<br><br>Phillip M. Spector (pro hac vice forthcoming)<br>MESSING & SPECTOR LLP<br>145 West Ostend Street, Suite 600<br>Baltimore, MD 21230<br>ps@messingspector.com<br><br>Counsel for Eric Camacho, Sharon Manier, and Anddilip Somavarapu</td><td></td></tr>
<tr><td colspan="2">41. Severino et al. v. Shein US Services LLC et al., No. 3:26-cv-04062 (N.D. Cal.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Christopher P. Dolotosky<br>Daniel O. Herrera<br>Cafferty Clobes Meriwether &<br>Sprengel LLP<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60423<br>cdolotosky@caffertyclobes.com<br>dherrera@caffertyclobes.com<br><br>Gary M. Klinger<br>Milberg PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>Alexander E. Wolf<br>Milberg PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>awolf@milberg.com<br><br>Lisa Cintron<br>Theodore W Maya<br>Jeff S Westerman<br>Tina Wolfson Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>lcintron@ahdootwolfson.com</td><td><u>Via CM/ECF</u><br>Ryan Ghassemi<br>Robert J. Herrington<br>Valerie Wing Ho<br>Blakeley S. Oranburg<br>Greenberg Traurig, LLP<br>1840 Century Park East, Ste # 1900<br>Los Angeles, CA 90067-2121<br>ryan.ghassemi@gtlaw.com<br>Robert.Herrington@gtlaw.com<br>valerie.ho@gtlaw.com<br>oranburgb@gtlaw.com<br><br>Counsel for Defendant Roadget Business PTE LTD; Shein US Services LLC; Zoetop Business Co LTD</td></tr>
</table>

<table>
<tr><td>tmaya@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br><br>Counsel for Plaintiffs Gayle Brownlee, Ashley Jones, Pooja Prakash, Stacee Severino</td><td></td></tr>
<tr><td colspan="2"><u>42. Rabadi v. Walmart, Inc., No. 3:26-cv-01697 (D. Conn.)</u></td></tr>
<tr><td><u>Via CM/ECF</u><br>Stuart A. Davidson<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL<br>sdavidson@rgrdlaw.com<br><br>Counsel for Plaintiff Sharon Rabadi</td><td><u>Via First Class Mail</u><br>Walmart, Inc.<br>Registered Agent:<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801</td></tr>
<tr><td colspan="2"><u>43. Soffer v. Mango MNG USA, Inc. et al., (Case No. 1:26-cv-06580) (SDNY)</u></td></tr>
<tr><td><u>Via CM/ECF</u><br>Julian C. Diamond<br>Joseph I. Marchese<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY<br>jdiamond @bursor.com<br>jmarchese@bursor.com<br><br>Attorneys for Plaintiff Muriel Soffer</td><td><u>Via CM/ECF</u><br>David G. Hille<br>William H. Bave III<br>Adam Drake<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, N.Y. 10020<br>dhille@whitecase.com<br>wbave@whitecase.com<br>adam.drake@whitecase.com<br><br>Attorneys for Defendants Mango MNG USA, Inc., et al. and Mango NY, Inc.</td></tr>
<tr><td colspan="2"><u>44. Scheflen v. Nikon Americas Inc. et al., (Case No. 2:26-cv-05455-JMW) (EDNY)</u></td></tr>
<tr><td><u>Via CM/ECF</u><br>Deborah De Villa<br>AHDOOT & WOLFSON, PC<br>521 5th Avenue, 17th Floor<br>New York, NY 10175<br>ddevilla@ahdootwolfson.com<br><br>Andrew W. Ferich<br>AHDOOT & WOLFSON, PC</td><td><u>Via CM/ECF</u><br>Seth D. Rothman<br>Emma L. Baratta<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>seth.rothman@hugheshubbard.com<br>emma.baratta@hugheshubbard.com</td></tr>
</table>

<table>
<tr><td>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>aferich@ahdootwolfson.com<br><br>Marc H. Edelson<br>EDELSON LECHTZIN, LLP<br>411 S. State Street, Suite N-300<br>Newtown, PA 18940<br>elechtzin@edelson-law.com<br><br>Attorneys for Plaintiff Mark Scheflen</td><td>Attorneys for Nikon Americas Inc. and Nikon Inc.</td></tr>
<tr><td colspan="2">45. Neal v. Home Depot U.S.A., Inc., et al. (Case No. 3:26-cv-8315) (NDCA)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, California 94612<br>lking@kaplanfox.com<br><br>Counsel for Plaintiffs Neal, et al.</td><td><u>Via CM/ECF</u><br>Lisa R. Bugni<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>lbugni@kslaw.com<br><br>Zachary McEntyre<br>William P. Barnette<br>Stewart Haskins<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>zmcentyre@ksalw.com<br>wbarnette@kslaw.com<br>shaskins@kslaw.com<br><br>Counsel for Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc.</td></tr>
<tr><td colspan="2">46. Wolf-Bond, et al. v. Walmart Inc., 4:26-cv-01274 (N.D. Tex.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Mark S. Reich<br>LEVI & KORSINSKY, LLP<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Email: mreich@zlk.com</td><td><u>Via First Class Mail</u><br>Walmart Inc.<br>through its Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801</td></tr>
</table>

<table>
<tr><td>Attorney for Plaintiffs Lauren Wolf-Bond and Jeffrey Ward</td><td></td></tr>
<tr><td colspan="2">47. Schavrien v. Target Corporation, 5:26-cv-05427 (C.D. Cal.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Mark S. Reich<br>LEVI & KORSINSKY, LLP<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Email: mreich@zlk.com<br><br>Attorney for Plaintiff Ryan Schavrien</td><td><u>Via Email</u><br>Meredith C. Slawe<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 1001-8602<br>meredith.slawe@skadden.com<br><br>Attorney for Defendant Target Corporation</td></tr>
<tr><td colspan="2">48. Govil v. Home Depot U.S.A., Inc., et al., 1:26-cv-05011 (N.D. Ga.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Mark S. Reich<br>LEVI & KORSINSKY, LLP<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Email: mreich@zlk.com<br><br>Attorney for Plaintiff Anirudh Govil</td><td><u>Via CM/ECF</u><br>S. Stewart Haskins II<br>William P. Barnette<br>Zachary A. McEntyre<br>KING & SPALDING LLP<br>1180 Peachtree Street N.E., Suite 1600<br>Atlanta, Georgia 30309-3521<br>shaskins@kslaw.com<br>wbarnette@kslaw.com<br>zmcentyre@kslaw.com<br><br>Attorneys for Defendants Home Depot U.S.A., Inc., and The Home Depot, Inc.</td></tr>
<tr><td colspan="2">49. Kerri Montoya v. Dolgencorp, LLC d/b/a Dollar General, et al., 3:26-cv-00977 (M.D.Ten.)</td></tr>
<tr><td><u>Via CM/ECF</u><br>Mark E. Silvey<br>BRYSON HARRIS SUCIU DEMAY, PLLC<br>201 Sevilla Avenue, Suite 200<br>Coral Gables, FL 33134<br>msilvey@brysonpllc.com<br><br>Attorney for Plaintiff Kerri Montoya</td><td><u>Via Cm/ECF</u><br>Chen George Ni<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste 4100<br>Chicago, IL 60126<br>cni@mcguirewoods.com<br><br>Nicholas J. Hoffman<br>McGuireWoods LLP<br>1800 Century Park East, Ste 8th Floor<br>Los Angeles, CA 90067<br>nhoffman@mcguirewoods.com</td></tr>
</table>

| | |
|---|---|
| | *Attorneys for Dolgencorp, LLC and Dollar General Corporation* |
| ***50. Camacho v. The Vita Coco Company, Inc., 1:26-cv-06043, (S.D.N.Y.)*** | |
| ***Via CM/ECF***<br>Paul J. Doolittle, Esq.<br>32 Ann Street,<br>Charleston, SC 29403<br>Paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com<br><br>Michael A. Tompkins, Esq.<br>Leeds Brown Law, P.C.<br>1 Country Road, Suite 347<br>Carle Place, NY 11514<br>mtompkins@leedsbrownlaw.com<br><br>*Counsel for Plaintiff Eric Camacho* | ***Via CM/ECF***<br>Sarah M. Gilbert<br>CROWELL & MORING LLP<br>Two Manhattan West, 375 Ninth Avenue<br>New York, NY 10001<br>SGilbert@crowell.com<br><br>Helen Ogunyanwo<br>CROWELL & MORING LLP<br>600 Fifth St. NW<br>Washington, D.C. 20001<br>HOgunyanwo@crowell.com<br><br>*Counsel for The Vita Coco Company* |
| ***51. McIntyre v. Goodyear Tire & Rubber Company, 5:26-cv-02154-BYP, (N.D. Ohio.)*** | |
| ***Via CM/ECF***<br>Paul J. Doolittle, Esq.<br>32 Ann Street,<br>Charleston, SC 29403<br>Paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com<br><br>*Counsel for Plaintiff Michael C McIntyre* | ***Via Email***<br>David H. Wallace<br>Michael J Zbiegien Jr<br>Daniel H Bryan<br>Taft Stettinius & Hollister LLP<br>200 Public Square Suite 3500<br>Cleveland, OH 44114-2302<br>dwallace@taftlaw.com<br>mzbiegien@taftlaw.com<br>dbryan@taftlaw.com<br><br>*Attorneys for Defendant The Goodyear Tire & Rubber Company* |
| ***52. Mauldin v. Walmart Inc., No. 8:26-cv-02642, (M.D. Fla.)*** | |
| ***Via Email***<br>Michael Jay Fuller , Jr<br>Farrell & Fuller LLC<br>270 Munoz Rivera Avenue Suite 201<br>San Juan Puerto Rico<br>mike@farrellfuller.com | ***Via CM/ECF***<br>Carolyn A. DeLone<br>HOGAN LOVELLS CADWALADER US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>carrie.delone@hlc.com |

| | |
|---|---|
| *Counsel for Plaintiff Kathy Mauldin* | *Attorney for Defendant Walmart Inc.* |
| ***53. Udovicic v. Walmart Inc., No. 2:26-cv-12731, (D.N.J.)*** | |
| ***Via Email***<br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>NS PR Law Services LLC<br>1302 Avenida Ponce De Leon<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>*Counsel for Plaintiff Tin Udovicic* | ***Via CM/ECF***<br>Carolyn A. DeLone<br>HOGAN LOVELLS CADWALADER US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>carrie.delone@hlc.com<br><br>*Attorney for Defendant Walmart Inc.* |