**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: RETAILER TARIFF LITIGATION

MDL NO. 3202

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation of Oral Argument were electronically filed with the clerk of the Judicial Panel on Multidistrict Litigation on November, 2026 through the CM/ECF system which provided electronic service copies of filed documents upon all parties registered in this action.

Dated: November 2, 2026

CROWELL & MORING LLP

*/s/ Sarah M. Gilbert*

Sarah M. Gilbert
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
SGilbert@crowell.com

*Counsel for EssilorLuxottica S.A., Luxottica of America, Inc., Essilor of America, Inc., and EssilorLuxottica USA Inc.*