# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 3202 & TITLE - IN RE: Retailer Tariff Litigation

1. **Oral Argument** – Check ONE of the following boxes:

☑ The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

☐ The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☐ The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

☑ Support Centralization

☐ Oppose Centralization

☐ Other ____________________

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

Northern District of Illinois

4. **Change of Position from Written Response –** If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented –** Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

Representing plaintiffs in all matters listed in the attached Schedule of Actions.

6. **Short Case Caption(s) –** Include District(s) and Civil Action No(s). Attach list if more than one action:

Please see attached Schedule of Actions.

7. **Name and Address of Attorney Designated to Present Oral Argument**:

Donald S. Cuba II
Name

McGuire Law, P.C.
Law Firm

Chicago
City

IL
State

Telephone No.: (312) 820-9011

Email Address: dcuba@mcgpc.com

| 11/2/2026 | Evan M. Meyers | /s/ Evan M. Meyers |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

------------------------------------------------------

**IN RE RETAILER TARIFF LITIGATION** **MDL 3202**

------------------------------------------------------

**SCHEDULE OF ACTIONS**

| Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|
| John Adams | IKEA Distribution Services, Inc.; IKEA North America Services LLC; IKEA US Retail LLC; IKEA Property, Inc.; and IKEA Supply AG | Northern District of Illinois | 1:26-cv-07154 | Hon. Edmond E. Chang |
| Tyrone Hunter | Lenovo (United States) Inc.; Lenovo Global Technology (United States) Inc.; and Motorola Mobility LLC | Northern District of Illinois | 1:26-cv-07403 | Hon. Manish S. Shah |
| Lola Russell | Shein Distribution Corporation; Shein US Services, LLC; and Shein Technology LLC | Northern District of Illinois | 1:26-cv-04533 | Hon. Joan H. Lefkow |

| Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Christina Leyva | MII Brand Import, LLC; Victoria's Secret Stores Brand Management, LLC; Victoria's Secret Direct Brand Management, LLC; VS Direct Fulfillment, LLC; and VS Service Company, LLC | Northern District of Illinois | 1:26-cv-08502 | Hon. Franklin U. Valderrama |
| Evette Tan | Columbia Sportswear Company; Columbia Brands USA, LLC; and prAna Living, LLC | District of Oregon | 3:26-cv-01170 | Hon. Adrienne Nelson |
| Linda Norberg and Dora Rich | On Inc. | District of Oregon | 3:26-cv-01035 | Hon. Jolie A. Russo |
| Linda Norberg and Coty Kelly | Deckers Outdoor Corporation | Central District of California | 2:26-cv-07235 | Hon. Dolly M. Gee |
| Kerri Montoya | Dolgencorp, LLC and Dollar General Corporation | Middle District of Tennessee | 3:26-cv-00977 | Hon. William L. Campbell, Jr. |
| Daniel Lemense and Ronald Rolenc | Puma United North America, LLC; United Legwear Company, LLC; and Puma North America, Inc. | District of Massachusetts | 1:26-cv-12654 | Hon. Julia E. Kobick |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

-----------------------------------------------------

**IN RE RETAILER TARIFF LITIGATION** **MDL 3202**

-----------------------------------------------------

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing *Notice of Presentation or Waiver of Oral Argument* was e-filed via the Court's CM/ECF system on November 2, 2026, which electronically serves copies of filed documents upon all registered parties in this action.

Dated: November 2, 2026

Respectfully submitted,

/s/ *Evan M. Meyers*_________

Evan M. Meyers
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
Email: emeyers@mcgpc.com

*Counsel for Plaintiffs in all Actions listed in the Schedule of Actions*