**BEFORE THE UNITED STATES PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: RETAILER TARIFF LITIGATION | MDL No. 3202 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Interested Party Response was served on all parties in the following cases electronically via ECF on November 3, 2026.

| 1. *In re Sony Interactive Entertainment Tariff Litigation*, No. 3:26-cv-04121 (N.D. Cal.) | |
|---|---|
| **Via CM/ECF**<br><br>Yanni Law APC<br>John C. Bohren<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Yanni@bohrenlaw.com<br><br>Poulin \| Willey \| Anastopoulo, LLC<br>Paul J. Doolittle<br>Andre Bèlanger<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>andre.belanger@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Ali S. Ahmed, P.C.<br>Salar Ali Ahmed<br>430 West Bell Street<br>Houston, TX 77019<br>aahmedlaw@gmail.com<br><br>*Counsel for Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Quresh* | **Via CM/ECF**<br><br>David A. Perez<br>Mallory A. Gitt<br>Shireen Lankarani<br>Melody E. Wong<br>Morrison & Foerster LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>davidperez@mofo.com<br>mgitt@mofo.com<br>slankarani@mofo.com<br>melodywong@mofo.com<br><br>*Counsel for Sony Interactive Entertainment LLC* |
| 2. *Martinez v. Target Corporation*, No. 3:26-cv-01807 (M.D. Fla.) | |

| | |
|---|---|
| **Via CM/ECF**<br><br>Michael J. Fuller, Jr.,<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Zuania Martinez* | **Via CM/ECF**<br><br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Ave, NW<br>Washington, DC 20005<br>john.beisner@skadden.com<br><br>*Counsel for Defendant Target Corporation* |
| 3. *Lasseter v. Amazon.com, Inc.*, No. 8:26-cv-02019 (M.D. Fla.) | |
| **Via CM/ECF**<br><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Sharon Lasseter* | **Via CM/ECF**<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| 4. *Stockov v. Costco Wholesale Corporation*, No. 1:26-cv-02734 (N.D. Ill.) | |
| **Via CM/ECF**<br><br>George A. Zelcs<br>Ryan Z. Cortazar<br>Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Matthew Stockov* | **Via CM/ECF**<br><br>Carl Hao Jiang<br>Brad D. Brian<br>Jennifer L. Bryant<br>Joseph Mantegani<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Brad.Brian@mto.com<br>Jennifer.Bryant@mto.com<br>Carl.Jiang@mto.com<br>Joseph.Mantegani@mto.com<br><br>Elaine J. Goldenberg<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, Suite 500E<br>Washington, D.C. 20001<br>Elaine.Goldenberg@mto.com<br><br>Christopher B. Wilson<br>Spencer Gottlieb<br>Perkins Coie LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, Illinois 60606<br>cwilson@perkinscoie.com |

<table>
<tr><td></td><td>sgottlieb@perkinscoie.com<br><br>Counsel for Defendant Costco Wholesale Corporation</td></tr>
<tr><td colspan="2">5. Russell v. Whaleco Inc., No. 1:26-cv-04296 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Joseph Dunklin<br>Evan M. Meyers<br>Myles P. McGuire<br>McGuire Law, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>jdunklin@mcgpc.com<br>emeyers@mcgpc.com<br>mmcguire@mcgpc.com<br><br>Counsel for Plaintiff Lola Russell</td><td><u>Via CM/ECF</u><br><br>Gary Feinerman<br>Alexis Lazarczyk<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876-7700<br>gary.feinerman@lw.com<br>alexis.lazarczyk@lw.com<br><br>Serrin Turner<br>Matthew Valenti<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200<br>serrin.turner@lw.com<br>matthew.valenti@lw.com<br><br>Counsel for Defendant Whaleco Inc.</td></tr>
<tr><td colspan="2">6. Russell v. Shein Distribution Corporation, No. 1:26-cv-04533 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Myles McGuire<br>Evan M. Meyers<br>Joseph M. Dunklin<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>jdunklin@mcgpc.com<br><br>Counsel for Plaintiff Lola Russell</td><td><u>Via CM/ECF</u><br><br>Jamie Zysk Isani<br>Hunton Andrews Kurth LLP<br>333 SE 2nd Avenue<br>Miami, FL 33131<br>jisani@Hunton.com<br><br><br>Robert A. Chapman<br>Shannon T. Knight<br>Chapman Spingola, LLP<br>190 South LaSalle Street, Suite 3850<br>Chicago, IL 60603<br>rchapman@chapmanspingola.com<br>sknight@chapmanspingola.com<br>lcross@chapmanspingola.com (secondary)<br><br>Jason J. Kim</td></tr>
</table>

<table>
<tr><td></td><td>Carlos A. Nevarez<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>kimj@Hunton.com<br>cnevarez@Hunton.com<br><br>Counsel for Defendants Shein Technology LLC, Shein Distribution Corporation, Shein US Services, LLC</td></tr>
<tr><td colspan="2">7. Mulconrey v. The J. M. Smucker Company, No. 1:26-cv-08832 (N.D. Ill.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302<br>tfriedman@toddflaw.com<br><br>Steven G. Perry<br>Law Offices of Todd M. Friedman, P.C.<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062<br>Steven.perry@toddflaw.com<br><br>Counsel for Plaintiff Melanie Mulconrey</td><td><u>Via CM/ECF</u><br><br>Ronald Y. Rothstein<br>Winston Taylor LLP<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>ron.rothstein@winstontaylor.com<br><br>Clifford M. Laney<br>Winston Taylor LLP<br>200 Park Avenue<br>New York, NY 10166<br>cliff.laney@winstontaylor.com<br><br>Tatianna Witter Robinson<br>Winston Taylor LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>tatianna.witter@winstontaylor.com<br><br>Counsel for Defendant The J. M. Smucker Company</td></tr>
<tr><td colspan="2">8. Lemense v. Puma United North America, LLC, No. 1:26-cv-12654 (D. Mass.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>David Pastor<br>Pastor Law Office PC<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>dpastor@pastorlawoffice.com<br><br>Myles McGuire<br>Andrew T. Heldut<br>McGuire Law, P.C.<br>55 West Wacker Drive, 9th Floor</td><td><u>Via CM/ECF</u><br><br>Andrew E Skroback<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrew.skroback@nortonrosefulbright.com<br><br>Jeffrey B. Margulies<br>Yi E. Yang<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, 41st Floor</td></tr>
</table>

| | |
|---|---|
| Chicago, IL 60601<br>mmcguire@mcgpc.com<br>aheldut@mcgpc.com<br><br>*Counsel for Plaintiff Daniel Lemense* | Los Angeles, CA 90071<br>jeff.margulies@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com<br><br>*Counsel for Defendant Puma United North America, LLC* |
| 9. *Emerson v. Amazon.com Inc.*, No. 2:26-cv-12614 (E.D. Mich.) | |
| **Via CM/ECF**<br><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>*Counsel for Plaintiff Tonysha Emerson* | **Via CM/ECF**<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Mohamed M. Awan<br>Morgan Lewis & Bockius LLP<br>110 North Wacker Drive Suite 2800<br>Chicago, IL 60606<br>mohamed.awan@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC* |
| 10. *Burgh v. EssilorLuxottica S.A.*, No. 1:26-cv-01133 (E.D.N.Y.) | |
| **Via CM/ECF**<br><br>Raphael Janove<br>Janove PLLC<br>500 7th Avenue, 8th Floor<br>New York, NY 10018<br>raphael@janove.law<br><br>June P. Hoidal<br>Charles R. Toomajian<br>Michael J. Laird<br>Katja D. Lange<br>Zimmerman Reed LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>June.Hoidal@zimmreed.com<br>Charles.Toomajian@zimmreed.com<br>Michael.Laird@zimmreed.com<br>Katja.Lange@zimmreed.com<br><br>Tina Wolfson | **Via CM/ECF**<br><br>Sarah M. Gilbert<br>Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>SGilbert@crowell.com<br><br>Henry W. Leung<br>Crowell & Moring LLP<br>3 Embarcadero Center, Floor 26<br>San Francisco, CA 94111<br>hleung@crowell.com<br><br>*Counsel for Defendants Essilor of America, Inc., EssilorLuxottica S.A., EssilorLuxottica USA Inc., Luxottica of America, Inc.* |

<table>
<tr><td>Ahdoot & Wolfson, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>twolfson@ahdootwolfson.com<br><br>Bradley K. King<br>Ahdoot & Wolfson, PC<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>bking@ahdootwolfson.com<br><br>Counsel for Plaintiffs Louis Burgh, Christopher Figler, Amando Mercado, Xochilt Smith</td><td></td></tr>
<tr><td colspan="2">11. Hernandez v. Adidas America, Inc., No. 1:26-cv-02848 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Paul J. Doolittle, Esq.<br>Poulin | Willey | Anastopoulo, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>paul.doolittle@poulinwilley.com<br>cmad@poulinwilley.com (secondary)<br><br>Michael A. Tompkins, Esq.<br>Jeffrey K. Brown, Esq. (appearance withdrawn 9/9/2026)<br>Leeds Brown Law, P.C.<br>1 Country Road, Suite 347<br>Carle Place, NY 11514<br>mtompkins@leedsbrownlaw.com<br>jbrown@leedsbrownlaw.com<br><br>Counsel for Plaintiffs Miguel Hernandez, Jason Schoen</td><td><u>Via CM/ECF</u><br><br>Stephen M. Feldman<br>Chad M. Colton<br>Kayla L. Lindgren<br>Ashurst Perkins Coie US LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Stephen.Feldman@ashurstperkins.com<br>Chad.Colton@ashurstperkins.com<br>Kayla.Lindgren@ashurstperkins.com<br><br>Maeve O’Connor<br>Elliot Greenfield<br>Brandon Fetzer<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>egreenfield@debevoise.com<br>bfetzer@debevoise.com<br><br>Counsel for Defendant Adidas America, Inc.</td></tr>
<tr><td colspan="2">12. Rittenhouse v. Amazon.com, Inc., No. 2:26-cv-03392 (E.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com</td><td><u>Via CM/ECF</u><br><br>Brian D. Buckley<br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000</td></tr>
</table>

| | |
|---|---|
| Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Gregory Rittenhouse* | Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>matthew.cooper@morganlewis.com<br>grant.macqueen@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.* |
| 13. *Polistico v. Amazon.com, Inc.*, No. 1:26-cv-04194 (E.D.N.Y.) | |
| **Via CM/ECF**<br><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Don Polistico* | **Via CM/ECF**<br><br>Brian David Buckley<br>Grant MacQueen<br>Matthew Cooper<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>brian.buckley@morganlewis.com<br>grant.macqueen@morganlewis.com<br>matthew.cooper@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC* |
| 14. *Browne v. Target Corporation*, No. 1:26-cv-04959 (E.D.N.Y.) | |
| **Via CM/ECF**<br><br>David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>drosenfeld@rgrdlaw.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>sdavidson@rgrdlaw.com<br><br>*Counsel for Plaintiff Damany Browne* | **Via CM/ECF**<br><br>Meredith C. Slawe<br>Shaud G. Tavakoli<br>Michael W. McTigue Jr.<br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>shaud.tavakoli@skadden.com<br>michael.mctigue@skadden.com<br>john.beisner@skadden.com<br><br>*Counsel for Defendant Target Corporation* |

<table>
<tr><td colspan="2">15. Trocchio v. Zara USA, Inc., No. 1:26-cv-05009 (S.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Innessa M. Huot<br>Faruqi & Faruqi, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>ihuot@faruqilaw.com<br><br>Ryan F. Stephan<br>James B. Zouras<br>Danielle M. Sweet<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, IL 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>dsweet@stephanzouras.com<br><br>Counsel for Plaintiff Lynnea Trocchio</td><td><u>Via CM/ECF</u><br><br>Jillian Nicole London<br>Christopher Chorba<br>Judson Owen Littleton<br>Gibson, Dunn & Crutcher LLP<br>2000 Avenue of the Stars, Suite 1200N<br>Los Angeles, CA 90067<br>jlondon@gibsondunn.com<br>CChorba@gibsondunn.com<br>jlittleton@gibsondunn.com<br><br>Counsel for Defendant Zara USA, Inc.</td></tr>
<tr><td colspan="2">16. Cavallaro v. Target Corporation, No. 7:26-cv-06165 (S.D.N.Y.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Hunter J. Shkolnik<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, PR 00907<br>Hunter@nsprlaw.com<br><br>Salvatore C. Badala<br>Napoli Shkolnik<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>Counsel for Plaintiff Patricia Cavallaro</td><td><u>Via CM/ECF</u><br><br>Meredith C. Slawe<br>John Herbert Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Meredith.Slawe@skadden.com<br>john.beisner@skadden.com<br><br>Counsel for Defendant Target Corporation</td></tr>
<tr><td colspan="2">17. Glase v. Walmart Inc., No. 1:26-cv-00988 (N.D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF</u></td><td><u>Via CM/ECF</u></td></tr>
</table>

<table>
<tr><td>Thomas J. Connick<br>Theodore M. Dunn, Jr.<br>Kevin Kozak<br>Schneider Bell LLP<br>1375 East Ninth Street Suite 900<br>Cleveland, OH 44114<br>tconnick@sssb-law.com<br>tdunn@mysblaw.com<br><br>Edward A. Proctor<br>Mills, Mills, Fiely and Lucas, LLC<br>101 Canton Central Plaza, Suite 1200<br>Canton, OH 44702<br>eproctor@mmfllaw.com<br><br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>edward@edwcochran.com<br><br>Counsel for Plaintiffs John Glase and Greg Haehn</td><td>Rebecca C. Lutzko<br>Madison J. Kaufmann<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>rlutzko@bakerlaw.com<br>mkaufmann@bakerlaw.com<br><br>Carolyn A. DeLone<br>Rebecca Wilton<br>Hogan Lovells Cadwalader (Washington)<br>555 13th Street NW<br>Washington, DC 20004<br>carrie.delone@hlc.com<br>rebecca.wilton@hoganlovells.com<br><br>Katherine B. Wellington<br>Hogan Lovells Cadwalader (Boston)<br>Suite 2010<br>125 High Street<br>Boston, MA 02110<br>katherine.wellington@hoganlovells.com<br><br>Counsel for Defendant Walmart Inc.</td></tr>
<tr><td colspan="2">18. Sangha v. Amazon.com Inc., No. 1:26-cv-01777 (N.D. Ohio)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Michael J. Fuller, Jr.<br>Farrell & Fuller Law<br>270 Munoz Rivera Avenue, Suite 201<br>San Juan, PR 00918<br>mike@farrellfuller.com<br><br>Counsel for Plaintiff Parveen Sangha</td><td><u>Via CM/ECF</u><br><br>Daniel M. Finer<br>Morgan, Lewis & Bockius LLP<br>One Oxford Centre, Thirty-Second Floor<br>301 Grant Street<br>Pittsburgh, PA 15219<br>daniel.finer@morganlewis.com<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Ave., Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC</td></tr>
<tr><td colspan="2">19. Caldwell v. Nike, Inc., No. 3:26-cv-00923 (D. Or.)</td></tr>
<tr><td><u>Via CM/ECF</u></td><td><u>Via CM/ECF</u></td></tr>
</table>

| | |
|---|---|
| Kaleigh N. Boyd<br>McNaul Ebel PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>kboyd@mcnaul.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & Demarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegal.com<br>dgould@msdlegal.com<br><br>Zachary P. Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohgelernter Tanner<br>Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@feldmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana* | Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>Gary M. Klinger<br>Milberg, PLLC<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>*Counsel for Plaintiffs Diann Caldwell, Phillip Taylor, Rachel Bailey, Roman Merino, Tyranika Johnson, Gregory Hoffert, Elzey Linder, James Dunn, and Consolidated Plaintiffs Robert White, Javier Mancilla, Chris Hufana*<br><br>B. John Casey<br>Rachel C. Lee<br>Stoel Rives LLP<br>760 S.W. Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>john.casey@stoel.com<br>rachel.lee@stoel.com<br><br>Anthony A. Todaro<br>DLA Piper LLP US<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>anthony.todaro@us.dlapiper.com<br><br>Keara Marie Gordon<br>Rachael Kessler<br>Connor Rowinski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>keara.gordon@us.dlapiper.com<br>rachael.kessler@dlapiper.com<br>connor.rowinski@us.dlapiper.com<br><br>*Counsel for Defendant Nike, Inc.* |
| 20. *Downs v. Adidas America, Inc.*, No. 3:26-cv-01008 (D. Or.) | |
| **Via CM/ECF** | **Via CM/ECF** |

Kaleigh N. Boyd
McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, WA 98101
kboyd@mcnaul.com

J. Gerard Stranch, IV
Michael Tackeff
Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

Nathan R. Ring
Stranch Jennings & Garvey, PLLC
3100 West Charleston, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

Jason T. Dennett
Milberg, PLLC
1700 7th Avenue, Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Terence R. Coates
Jonathan T. Deters
Markovits, Stock & Demarco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
tcoates@msdlegal.com
jdeters@msdlegal.com

Brian Levin
Levin Law, P.A.
2665 South Bayshore Drive, PH2b
Miami, FL 33133
brian@levinlawpa.com

Matthew R. Wilson
Jared W. Connors
Meyer Wilson Werning Co., LPA

Gary M. Klinger
Milberg, PLLC
227 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Zachary Arbitman
Nicole A. Maruzzi
Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
zarbitman@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes*

Stephen M. Feldman
Chad M. Colton
Kayla L. Lindgren
Ashurst Perkins Coie US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Stephen.Feldman@ashurstperkins.com
Chad.Colton@ashurstperkins.com
Kayla.Lindgren@ashurstperkins.com

Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

*Counsel for Defendant adidas America, Inc.*

<table>
<tr><td>305 West Nationwide Boulevard<br>Columbus, OH 43215<br>mwilson@meyerwilson.com<br>jconnors@meyerwilson.com<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Timothy Emery<br>Brook Garberding<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Counsel for Plaintiffs Amber Downs, Chris Hufana, Lakenya, Lee, Paul Quinn, Sonya Allen, Nicole St. George, Aaron Parisi, Carlos Aris, Antonio Chaidez, Franklin Chang, Taje Gill, Dhaman Gill, and Alvyn Hernandez Reyes</td><td></td></tr>
<tr><td colspan="2">21. Terrill v. Ikea North America Services LLC, No. 2:26-cv-02774 (E.D. Pa.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Donald R. Hall<br>Hae Sung Nam<br>Aaron Schwartz<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>aschwartz@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Diana J. Zinser<br>William G. Caldes</td><td><u>Via CM/ECF</u><br><br>Marcel S. Pratt<br>Facundo Bouzat<br>Wilson Cole Smerconish<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>prattm@ballardspahr.com<br>bouzatf@ballardspahr.com<br>smerconishw@ballardspahr.com<br><br>Meegan Brooks<br>Ballard Spahr LLP<br>71 Stevenson Street, Suite 400<br>San Francisco, CA 94105<br>brooksm@ballardspahr.com<br><br>Counsel for Defendants IKEA North America Services LLC, IKEA US Retail LLC, IKEA</td></tr>
</table>

<table>
<tr><td>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>Spector Caldes & Corrigan<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>dzinser@scc.law<br>bcaldes@scc.law<br>jcorrigan@scc.law<br>jspector@scc.law<br><br>Jonathan Shub<br>Benjamin F. Johns<br>Shub, Johns & Holbrook LLP<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428<br>jshub@shublawyers.com<br>bjohns@shublawyers.com<br><br>Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Goldenberg Schneider, LPA<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br><br>Counsel for Plaintiffs Patrick Terrill, Brenda Perez, Lisa Matthews, Gezille Pontiente</td><td>Property, Inc., INGKA Holding Overseas B.V., INGKA Holding B.V., INGKA Procurement LLC, INGKA Digital US, LLC, INGKA Investments Real Estate US LLC</td></tr>
<tr><td colspan="2">22. Briggs v. Costco Wholesale Corporation, No. 2:26-cv-01064 (W.D. Wash.)</td></tr>
<tr><td><u>Via CM/ECF</u><br><br>Jason T. Dennett<br>Milberg, PLLC<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>jdennett@milberg.com<br><br>M. Anderson Berry<br>Timothy Emery<br>Brook Garberding<br>Gregory Haroutunian<br>Brandon P. Jack<br>Emery Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, Washington 98101</td><td><u>Via CM/ECF</u><br><br>Elaine J. Goldenberg<br>Munger Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001<br>Elaine.Goldenberg@mto.com<br><br>Alexis D. Campbell<br>Brad D. Brian<br>Jennifer Bryant<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>alexis.campbell@mto.com<br>brad.brian@mto.com</td></tr>
</table>

| | |
|---|---|
| anderson@emeryreddy.com<br>emeryt@emeryreddy.com<br>brook@emeryreddy.com<br>gregory@emeryreddy.com<br>brandon@emeryreddy.com<br><br>Terence R. Coates<br>Dylan J. Gould<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>tcoates@msdlegaf.com<br>dgould@msdlegal.com<br><br>Zachary Arbitman<br>Nicole A. Maruzzi<br>Feldman Shepherd Wohlgelernt Tanner Weinstock & Dodig, LLP<br>1845 Walnut Street, 21st Floor<br>Philadelphia, PA 19103<br>zarbitman@fefdmanshepherd.com<br>nmaruzzi@feldmanshepherd.com<br><br>*Counsel for Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, Karyn Wygle* | jennifer.bryant@mto.com<br><br>Andrew Nguyen<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>andrew.nguyen@mto.com<br><br>Nicholas Peter Gellert<br>Ashurst Perkins Coie US LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>nick.gellert@ashurstperkins.com<br><br>*Counsel for Defendant Costco Wholesale Corporation* |
| 23. *In re Amazon Tariff Litigation*, No. 2:26-cv-01670 (W.D. Wash.) | |
| **Via CM/ECF**<br><br>Steve W. Berman<br>Sydney K. Thomas<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>sydney.thomas@hbsslaw.com<br><br>Christopher R. Pitoun<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>christopherp@hbsslaw.com<br><br>Dana Abelson<br>Hagens Berman Sobol Shapiro LLP<br>455 North Cityfront Plaza Drive, Suite 2410 | **Via CM/ECF**<br><br>John Goldmark<br>Kevin Kramer<br>DAVIS WRIGHT TREMAINE 920 Fifth Ave, Ste. 3300<br>Seattle, WA 98104-1610<br>johngoldmark@dwt.com<br>kevinkramer@dwt.com<br><br>Brian D. Buckley<br>Molly A. Terwilliger<br>Tjitske Dekker<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>tjitske.dekker@morganlewis.com |

| | |
|---|---|
| Chicago, IL 60611<br>dana.abelson@hbsslaw.com<br><br>Kelly L. Tucker<br>Matthew Denn<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>ktucker@gelaw.com<br>mdenn@gelaw.com<br><br>Thomas Walsh<br>Grant & Eisenhofer P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>twalsh@gelaw.com<br><br>*Counsel for Plaintiffs Mari Cartagenova, Kathleen Holm, Jerry Kmiec, Jeffrey Price, and Howard Rosen* | <br>*Counsel for Defendant Amazon.com, Inc.* |
| 24. *Hastings v. Microsoft Corporation*, No. 2:26-cv-02537 (W.D. Wash.) | |
| **Via CM/ECF**<br><br>Samuel J. Strauss<br>One Magnificent Mile<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Michael Tackeff<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mtackeff@stranchlaw.com<br><br>*Counsel for Plaintiff Trevor Hastings* | **Via CM/ECF**<br><br>James Moon<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>jamesmoon@dwt.com<br><br>Emily Parsons<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>emilyparsons@dwt.com<br><br>Laura Flahive Wu<br>Maeve McBride<br>Nathan Lange<br>Valerie Hletko<br>Covington & Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>lflahivewu@cov.com<br>mmcbride@cov.com<br>nlange@cov.com |

| | |
|---|---|
| | vhletko@cov.com<br><br>*Counsel for Defendant Microsoft Corporation* |
| 25. *Spadafino v. Amazon, Inc.*, No. 2:26-cv-10023 (D.N.J.) | |
| **Via CM/ECF**<br><br>Salvatore C. Badala<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>SBadala@napolilaw.com<br><br>Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>1302 Avenida Ponce de Leon<br>Santurce, PR 00907<br>hunter@nsprlaw.com<br><br>Shayna E. Sacks<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>SSacks@napolilaw.com<br><br>*Counsel for Plaintiff Luisa Spadafino* | **Via CM/ECF**<br><br>Mark Donatiello<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>mark.donatiello@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc.*<br><br>Brian D. Buckley<br>Morgan, Lewis & Bockius LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>brian.buckley@morganlewis.com<br><br>*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC* |

Dated: November 3, 2026

By: */s/ Max E. Kaplan*
Max E. Kaplan (323140)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-4682
Email: mkaplan@cozen.com

Melissa A. Siebert (6210154)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-4491
Email: msiebert@cozen.com

*Attorneys for Defendants Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Global Technology (United States) Inc.*